**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JONATHAN H. MORRIS | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Case No. |
| | : | 1:06-CV-01131 (HHK) |
| BUVERMO PROPERTIES, INC., et. al., | : | |
| | : | |
| Defendants. | : | |

## **DEFENDANTS' DISCLOSURE OF CORPORATE AFFILIATIONS**

As required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, the undersigned counsel of record for Defendants Buvermo Properties, Inc., Fidelio Properties, F.P. Executive Partners, L.L.C., Janivo Realty, Inc., Donelux, Inc., Orvan, Inc., Fidelio Properties Management, Inc. and John Gardner, certifies that to the best of his knowledge and belief, there are no parent companies, subsidiaries or affiliates of any of the named Defendants which have any outstanding securities in the hands of the general public.

These representations are made to allow judges of this Court to determine the need for recusal.

                                                  Respectfully submitted,

                                                  SMITH, LEASE & GOLDSTEIN, LLC

                           By:        /s/
                                          Marc J. Smith
                                          D.C. Bar No. 460255
                                          11 North Washington Street
                                          Suite 520
                                          Rockville, Maryland 20850
                                          Phone: (301) 838-8950

                                                  Counsel for Plaintiff

SMITH, LEASE & GOLDSTEIN, LLC

ATTORNEYS AT LAW
11 NORTH WASHINGTON STREET, SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 838-8950