IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JONATHAN H. MORRIS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No.: 1:06CV01131 (HHK) |
| | : | |
| **BUVERMO PROPERTIES, INC., et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## SCHEDULING ORDER

The parties having met and submitted their Joint Meet and Confer Statement, and having attended the Scheduling Conference on August 9, 2006, it is, pursuant to Rule 16.3(d) of the Local Rules, ORDERED that that the following schedule shall govern this case:

| | |
|---|---|
| Deadline to add parties or amend pleadings: | September 8, 2006 |
| Deadline to Exchange Witness Lists | September 8, 2006 |
| Deadline for Post-R.26(a) Discovery Requests | September 22, 2006 |
| Proponent's R.26(a)(2) Statements | October 9, 2006 |
| Opponent's R.26(a)(2) Statements | November 9, 2006 |
| Rebuttal R.26(a)(2) Statements | November 23, 2006 |
| Discovery Closed | December 8, 2006 |
| Dispositive Motions Deadline | January 8, 2007 |
| Pre-Trial Conference | _____ |

**SO ORDERED, this ___ day of August, 2006**

_____
Judge, United States District Court for
the District of Columbia

2

<u>Copies to</u>:

David C. Tobin, Esq.
Ziad Haddad, Esq.
Tobin, O'Connor, Ewing & Richard
5335 Wisconsin Ave., N.W., Suite 700
Washington, D.C. 20015

Marc J. Smith, Esq.
Smith, Lease & Goldstein, L.L.C.
11 North Washington Street
Suite 520
Rockville, MD  20850