**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JONATHAN H. MORRIS : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Case No. |
| : | 1:06-CV-01131 (HHK) |
| BUVERMO PROPERTIES, INC., et. al., : | |
| : | |
| Defendants. : | |

### **DEFENDANTS' RULE 26(A)(1) DISCLOSURES**

In accordance with Fed. R. Civ. P. 26(A)(1) and the Joint Meet and Confer Statement filed on July 28, 2006, Defendants Buvermo Properties, Inc., Fidelio Properties, F.P. Executive Partners, L.L.C., Janivo Realty, Inc., Donelux, Inc., Orvan, Inc., Fidelio Properties Management, Inc. and John Gardner hereby serve their required initial disclosures.

1. **Witnesses.**

    a. John Gardner. Mr. Gardner may be contacted through his counsel of record, Marc J. Smith, Smith, Lease & Goldstein, LLC, 11 North Washington Street, Suite 520, Rockville, Maryland 20850; (301) 838-8950. Mr. Gardner has relevant knowledge of all aspects of this litigation.

    b. Kara McCormick. Ms. McCormick may be contacted through Defendant Buvermo's counsel of record, Marc J. Smith, Smith, Lease & Goldstein, LLC, 11 North Washington Street, Suite 520, Rockville, Maryland 20850; (301) 838-8950. Ms. McCormick has relevant knowledge of all aspects of this litigation.

    c. Jonathan Morris. Mr. Morris has relevant knowledge of all aspects of this litigation.

    d. Joost E. Tjaden. Mr. Tjaden may be contacted through Defendant Buvermo's counsel of record, Marc J. Smith, Smith, Lease & Goldstein, LLC, 11 North Washington Street, Suite 520, Rockville, Maryland 20850; (301) 838-8950. Mr. Tjaden has relevant knowledge of all aspects of this litigation.

SMITH, LEASE & GOLDSTEIN, LLC

ATTORNEYS AT LAW
11 NORTH WASHINGTON STREET, SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 838-8950

  e. Andre van Rhee.  Mr. van Rhee may be contacted through Defendant Buvermo's counsel of record, Marc J. Smith, Smith, Lease & Goldstein, LLC, 11 North Washington Street, Suite 520, Rockville, Maryland 20850; (301) 838-8950.  Mr. van Rhee has relevant knowledge of all aspects of this litigation.

  f. Anthony J. LoPinto.  Mr. LoPinto may be contacted c/o Equinox Partners, 675 Third Avenue, 20th Floor, New York, NY 10017; (212) 661-0505.  Mr. LoPinto has knowledge concerning the terms of Plaintiff's employment with Buvermo, including the at-will nature of Plaintiff's employment.

  g. Marsha Pearcy.  Ms. Pearcy may be contacted c/o Equinox Partners, 675 Third Avenue, 20th Floor, New York, NY 10017; (212) 661-0505.  Ms. Pearcy has knowledge concerning the terms of Plaintiff's employment with Buvermo, including the at-will nature of Plaintiff's employment.

Defendants reserve the right to supplement their witness list in the event additional witnesses are discovered during the course of this case.

2. **Documents.**  All documents in Defendants' possession, custody or control that Defendants may use to support their defenses will be produced contemporaneously herewith. Defendants reserve the right to supplement this disclosure in the event additional documents are discovered during the course of this case.

3. **Computation of Damages.**  Not applicable.

4. **Insurance Agreements.**  None.

    Respectfully submitted,

    SMITH, LEASE & GOLDSTEIN, LLC

By: _____/s/_____
   Marc J. Smith
   D.C. Bar No. 460255
   11 North Washington Street
   Suite 520
   Rockville, Maryland 20850
   Phone: (301) 838-8950

   Counsel for Plaintiff

SMITH, LEASE & GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON STREET, SUITE 520
ROCKVILLE, MARYLAND 20850
TELEPHONE: (301) 838-8950