**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JONATHAN H. MORRIS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No.:  1:06CV01131 (HHK)** |
| | : | **Next Event:  Status Conference** |
| **BUVERMO PROPERTIES, INC., et al.,** | : | **April 20, 2007 at 10:30 a.m.** |
| | : | |
| **Defendants.** | : | |

**PLAINTIFF'S MOTION FOR LEAVE**
**TO FILE FIRST AMENDED COMPLAINT**

Plaintiff Jonathan H. Morris ("Plaintiff"), through his undersigned counsel and pursuant to Rule 15 of the Federal Rules of Civil Procedure, hereby seeks leave to file his First Amended Complaint and states as follows:

1.      Pursuant to this Court's Scheduling Order, the deadline for filing amended pleadings is September 8, 2006.

2.      Plaintiff is seeking leave to file his First Amended Complaint to include an additional request for relief that was inadvertently omitted from his initial Complaint.  A true and correct copy of the First Amended Complaint is attached hereto as Exhibit 1.  In addition, plaintiff has attached hereto as Exhibit 2 a "redline" version of the First Amended Complaint, clearly reflecting the changes that were made to the initial Complaint filed by plaintiff.

3.      Because this case was just recently filed and discovery has just commenced, no prejudice will result to the defendants from the filing of plaintiff's First Amended Complaint.  In addition, this filing will in no way affect the deadlines and schedule of events set forth in this Court's scheduling Order.

4.    As required by Local Rule 7(m), counsel for plaintiff has conferred with counsel for defendants regarding this motion and defendants have refused to consent to the relief requested herein.

WHEREFORE, plaintiff respectfully requests that this Court grant plaintiff leave to file his First Amended Complaint.

Respectfully submitted,

TOBIN, O'CONNOR, EWING & RICHARD

By:    /s/ Ziad Haddad_____
David C. Tobin, Esq., D.C. Bar # 395959
Ziad P. Haddad, Esq., D.C. Bar #469470
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C.  20015
Tel:  (202) 362-5900
Fax:  (202) 362-5901
*Attorney for Plaintiff Jonathan Morris*

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that on August 31, 2006, a true and correct copy of the foregoing was mailed by first-class mail to:

Marc J. Smith, Esq.
Smith, Lease & Goldstein, L.L.C.
11 North Washington Street
Suite 520
Rockville, MD  20850

/s/ Ziad Haddad_____
Ziad Haddad