IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN H. MORRIS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 1:06CV01131 (HHK) |
| : | Next Event: Status Conference |
| BUVERMO PROPERTIES, INC., et al., : | April 20, 2007 at 10:30 a.m. |
| : | |
| Defendants. : | |

**PLAINTIFF'S WITNESS LIST**

Plaintiff Jonathan H. Morris ("Plaintiff"), through his undersigned counsel and pursuant to this Court's Scheduling Order, hereby states that plaintiff may call the following persons to testify at trial in this action:

1. Jonathan Morris

2. John H. Gardner, III, 6501 West Langley Lane, McLean, Virginia 22101.

3. Anthony J. LoPinto, Equinox Partners, 675 Third Avenue, 20th Floor, New York, New York 10017, (212) 661-2000.

4. Marsha Pearcy, Equinox Partners, 1875 I Street, N.W., 5th Floor, Washington, D.C. 20006, (202) 429-9574.

5. Joost E. Tjaden, address and telephone number unknown.

6. Andre van Rhee, address and telephone number unknown.

7. Chris Zachariasse, address and telephone number unknown.

8. Kara McCormick, 1901 North Moore Street, Suite 804, Arlington, Virginia 22209, (703) 465-8200.

9. Steven Bonacci, The JBG Companies, 4445 Willard Avenue, Suite 400, Chevy Chase, Maryland 20815, (240) 333-3600.

10. Laura Preede, address and telephone number unknown.

11. Andrew van Horn, The JBG Companies, 4445 Willard Avenue, Suite 400, Chevy Chase, Maryland 20815, (240) 333-3600.

12. Terry Hinderman, address and telephone number unknown.

13. John Schlichting, The JBG Companies, 4445 Willard Avenue, Suite 400, Chevy Chase, Maryland 20815, (240) 333-3600.

14. Steve Garchik, 9001 Congressional Court, Potomac, Maryland, (301) 299-8616.

15. Burdiss Pijper, address and telephone number unknown.

16. Luciano Ripani, 2800 Pennsylvania Avenue N.W., Washington, DC 20007, (202) 342-0444.

17. Jim Luck, Cushman & Wakefield, 1801 K Street, N.W., Washington, D.C. 20006, (202) 467-0600.

18. Warren Dahlstrom, Cushman & Wakefield, 1801 K Street, N.W., Washington, D.C. 20006, (202) 467-0600.

19. Sharon Oliver, Meany & Oliver Companies, 1110 N Glebe Road, Arlington, Virginia 22201, (703) 516-7050.

20. Philip Meany, Meany & Oliver Companies, 1110 N Glebe Road, Arlington, Virginia 22201, (703) 516-7050.

21. Jeffrey Title, Guggenhein Real Estate, 135 East 57th Street, 8th Floor, New York, New York 10022, (212) 651-0833.

22. Michael Glosserman, The JBG Companies, 4445 Willard Avenue, Suite 400, Chevy Chase, Maryland 20815, (240) 333-3600.

23. Robert Stewart, The JBG Companies, 4445 Willard Avenue, Suite 400, Chevy Chase, Maryland 20815, (240) 333-3600.

24. Robert Baldwin, Columbia National Real Estate Finance, 1667 K Street, N.W., Suite 510, Washington, DC 20006, (202) 872-0737.

25. Sheldon Weisel, Esq., Goulston & Storrs, 2001 K Street, NW, Suite 1100 Washington, D.C. 20006.

26. Designated representative(s) of Buvermo Properties, Inc., 1901 N. Moore Street, Suite 804, Arlington, Virginia 22209.

27. Designated representative(s) of Fidelio Properties, 1901 N. Moore Street, Suite 804, Arlington, Virginia  22209.

28. Designated representative(s) of F.P. Executive Partners, L.L.C., 1901 N. Moore Street, Suite 804, Arlington, Virginia  22209.

29. Designated representative(s) of Janivo Realty, Inc., 1901 N. Moore Street, Suite 804, Arlington, Virginia  22209.

30. Designated representative(s) of Donelux, Inc., 1901 N. Moore Street, Suite 804, Arlington, Virginia  22209.

31. Designated representative(s) of Orvan, Inc., 1901 N. Moore Street, Suite 804, Arlington, Virginia  22209.

32. Designated representative(s) of Fidelio Properties Management, Inc., 1901 N. Moore Street, Suite 804, Arlington, Virginia  22209.

33. John Donavan, American Partners Bank, 6903 Rockledge Drive, Suite 525 Bethesda, MD 20817.

34. John T. Beaty, Jr., Beaty Haynes & Patterson, 7475 Wisconsin Ave Ste 800 0, Bethesda, Maryland, (301) 718-8600.

35. Designated representative(s) of The JBG Companies, 4445 Willard Avenue, Suite 400, Chevy Chase, Maryland  20815, (240) 333-3600.

36. Designated representative(s) of SJM Partners, Inc., 9001 Congressional Court, Potomac, Maryland, (301) 299-8616.

This list does not include the names of individuals intended to be used solely for impeachment purposes.

At this time, discovery in this case is not complete.  Therefore, plaintiff reserves the right to supplement this list if and when new information is later discovered or disclosed.

          Respectfully submitted,

          TOBIN, O'CONNOR, EWING & RICHARD

By:   /s/ Ziad Haddad
      David C. Tobin, Esq., D.C. Bar # 395959
      Ziad P. Haddad, Esq., D.C. Bar #469470
      5335 Wisconsin Avenue, N.W., Suite 700
      Washington, D.C. 20015
      Tel: (202) 362-5900
      Fax: (202) 362-5901
      *Attorney for Plaintiff Jonathan Morris*

## **CERTIFICATE OF SERVICE**

I HERBY CERTIFY that on September 7, 2006, a true and correct copy of the foregoing was mailed by first-class mail to:

Marc J. Smith, Esq.
Smith, Lease & Goldstein, L.L.C.
11 North Washington Street
Suite 520
Rockville, MD 20850

          /s/ Ziad Haddad
          Ziad Haddad

4