**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JONATHAN H. MORRIS | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Case No. |
| | : | 1:06-CV-01131 (HHK) |
| BUVERMO PROPERTIES, INC., et. al., | : | Next Event: Status Conference |
| | : | April 20, 2007 at 10:30 a.m. |
| Defendants. | : | |

## DEFENDANTS' WITNESS LIST

Pursuant to this Court's Scheduling Order, Defendants Buvermo Properties, Inc., Fidelio Properties, F.P. Executive Partners, L.L.C., Janivo Realty, Inc., Donelux, Inc., Orvan, Inc., Fidelio Properties Management, Inc. and John Gardner hereby state that Defendants may call the following persons to testify at trial in this action.

1. John Gardner. Mr. Gardner may be contacted through his counsel of record, Marc J. Smith, Smith, Lease & Goldstein, LLC, 11 North Washington Street, Suite 520, Rockville, Maryland 20850; (301) 838-8950.

2. Kara McCormick. Ms. McCormick may be contacted through Defendant Buvermo's counsel of record, Marc J. Smith, Smith, Lease & Goldstein, LLC, 11 North Washington Street, Suite 520, Rockville, Maryland 20850; (301) 838-8950.

3. Jonathan Morris, address and telephone number unknown.

4. Joost E. Tjaden. Mr. Tjaden may be contacted through Defendant Buvermo's counsel of record, Marc J. Smith, Smith, Lease & Goldstein, LLC, 11 North Washington Street, Suite 520, Rockville, Maryland 20850; (301) 838-8950.

5. Andre van Rhee. Mr. van Rhee may be contacted through Defendant Buvermo's counsel of record, Marc J. Smith, Smith, Lease & Goldstein, LLC, 11 North Washington Street, Suite 520, Rockville, Maryland 20850; (301) 838-8950.

6. Anthony J. LoPinto. Mr. LoPinto may be contacted c/o Equinox Partners, 675 Third Avenue, 20th Floor, New York, NY 10017; (212) 661-0505.

SMITH, LEASE &
GOLDSTEIN, LLC

ATTORNEYS AT LAW
11 NORTH WASHINGTON
STREET, SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 838-8950

7. Marsha Pearcy. Ms. Pearcy may be contacted c/o Equinox Partners, 675 Third Avenue, 20th Floor, New York, NY 10017; (212) 661-0505.

8. All witnesses on Plaintiff's Witness list.

Defendants reserve the right to supplement their witness list in the event additional witnesses are discovered during the course of this case. This list also does not include the names of individuals intended to be used solely for impeachment purposes.

Respectfully submitted,

SMITH, LEASE & GOLDSTEIN, LLC

By: _____/s/_____
Marc J. Smith
D.C. Bar No. 460255
11 North Washington Street
Suite 520
Rockville, Maryland 20850
Phone: (301) 838-8950

Counsel for Plaintiff

SMITH, LEASE &
GOLDSTEIN, LLC

ATTORNEYS AT LAW

11 NORTH WASHINGTON
STREET, SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 838-8950

2