IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN H. MORRIS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No.: 1:06CV01131 (HHK) |
| : | Next Event: Status Conference |
| **BUVERMO PROPERTIES, INC., et al.,** : | April 20, 2007 at 10:30 a.m. |
| : | |
| **Defendants.** : | |

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT**

Plaintiff Jonathan H. Morris ("plaintiff"), through his undersigned counsel, hereby submits his reply to the Defendants' Opposition to Plaintiff's Motion for Leave To File Amended Complaint ("Opposition"), and states as follows:

1. In their Opposition, defendants argue that plaintiff should be denied leave to file his amended complaint because, according to defendants, no legal basis exists for awarding plaintiff the additional relief sought in the amended complaint.

2. It is worth noting, however, that defendants have not moved to dismiss any of plaintiff's claims and, in fact, have conceded that the proposed amendment, and presumably all other claims of the plaintiff, are not subject to dismissal under Rule 12(b)(6). See Opposition at ¶ 4.

3. In this regard, the sole authority relied upon by defendants in their opposition, Moore v. Mortz, F. Supp.2d 88, 94 (D.D.C. 2006), is readily distinguishable. There, the Court denied the plaintiff's motion to amend because the claim he sought to add "would not survive a motion to dismiss." Id. at 94. As defendants themselves concede, this is not the case here.

WHEREFORE, plaintiff respectfully requests that this Court grant plaintiff leave to file his First Amended Complaint.

Respectfully submitted,

TOBIN, O'CONNOR, EWING & RICHARD

By:  /s/ Ziad Haddad
David C. Tobin, Esq., D.C. Bar # 395959
Ziad P. Haddad, Esq., D.C. Bar #469470
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C.  20015
Tel:  (202) 362-5900
Fax:  (202) 362-5901
*Attorneys for Plaintiff Jonathan Morris*

**CERTIFICATE OF SERVICE**

I HERBY CERTIFY that on September 14, 2006, a true and correct copy of the foregoing was mailed by first-class mail to:

Marc J. Smith, Esq.
Smith, Lease & Goldstein, L.L.C.
11 North Washington Street
Suite 520
Rockville, MD  20850

/s/ Ziad Haddad
Ziad Haddad