IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JONATHAN H. MORRIS | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil Case No. |
| | : | 1:06-CV-01131 (HHK) |
| BUVERMO PROPERTIES, INC., et. al., | : | |
| | : | |
|     Defendants. | : | |

**AGREED AND UNOPPOSED MOTION
FOR ENTRY OF PROTECTIVE ORDER LIMITING
<u>DISTRIBUTION OF CONFIDENTIAL INFORMATION AND DOCUMENTS</u>**

Defendants Buvermo Properties, Inc., Fidelio Properties, F.P. Executive Partners, L.L.C., Janivo Realty, Inc., Donelux, Inc., Orvan, Inc., Fidelio Properties Management, Inc. and John Gardner (hereinafter referred to collectively as "Defendants") hereby file the following Agreed and Unopposed Motion for Entry of Protective Order Limiting Distribution of Confidential Information and Documents.

1. This case concerns the claims of a former employee of Defendant Buvermo Properties, Inc.

2. The Plaintiff in this case has propounded Interrogatories and Document Requests seeking confidential and proprietary information concerning Defendants' business and certain current and former employees. It is also anticipated that such confidential and proprietary information may be the subject of inquiry during depositions in this case.

3. The parties agree that the information requested by Plaintiff or that otherwise may be disclosed during discovery may constitute confidential and proprietary information that should be afforded the protections set forth in the attached Stipulated Order Regarding Confidentiality of Discovery Material.

WHEREFORE, Defendants respectfully request that the Court GRANT their Agreed Upon and Unopposed Motion for Protective Order and enter the proposed Stipulated Order Regarding Confidentiality of Discovery Material attached hereto.

                              Respectfully submitted,
                              SMITH, LEASE & GOLDSTEIN, LLC

By: _____/s/_____
Marc J. Smith
D.C. Bar No. 460255
11 North Washington Street
Suite 520
Rockville, Maryland 20850
Phone: (301) 838-8950

Counsel for Defendants