**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JONATHAN H. MORRIS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No.: 1:06CV01131 (HHK) |
| : | Next Event: Status Conference |
| **BUVERMO PROPERTIES, INC., et al.,** : | April 20, 2007 at 10:30 a.m. |
| : | |
| **Defendants.** : | |

**PLAINTIFF JONATHAN H. MORRIS'S**
**RULE 26(a)(2) DISCLOSURE OF EXPERT TESTIMONY**

Plaintiff Jonathan H. Morris ("plaintiff"), through his undersigned counsel and pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, hereby states the following individual may be called to testify and provide expert opinion testimony at the trial of this matter:

Brent S. Solomon, MSF, CPA, CVA, CM&A
Reznick Group, P.C.
7700 Old Georgetown Road
Suite 400
Bethesda, Maryland 20814

As stipulated and agreed to by the parties, Mr. Solomon's expert report will be provided to defendants on or before November 9, 2006. Plaintiff anticipates that Mr. Solomon will provide expert testimony concerning the value of plaintiff's interests in all projects in which plaintiff was entitled to receive an interest by virtue of his employment with Buvermo Properties, Inc. It is expected that Mr. Solomon's opinions will be based on the documents produced in discovery in this matter, his knowledge of the real estate market, the nature of the transactions involved, as well as his experience and education.

Attached hereto is a copy of Mr. Solomon's *curriculum vitae*, which sets forth Mr. Solomon's qualifications and includes a list of any other cases in which Mr. Solomon has testified as

an expert within the preceding four years. Mr. Solomon has not authored any publications within the preceding ten years. Mr. Solomon is being compensated in the amount of $350.00 per hour for his services and testimony as an expert for plaintiff.

Because discovery is not yet complete and defendants only recently provided plaintiff with documents in response to his discovery requests, plaintiff reserves the right to supplement this disclosure and to further define or broaden the nature and scope of expert testimony that Mr. Solomon will provide on his behalf.

Respectfully submitted,

TOBIN, O'CONNOR, EWING & RICHARD

By:   /s/ Ziad P. Haddad
David C. Tobin, Esq., D.C. Bar # 395959
Ziad P. Haddad, Esq., D.C. Bar # 469470
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C.  20015
Tel:  (202) 362-5900
Fax:  (202) 362-5901
*Attorneys for Plaintiff Jonathan H. Morris*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of October, 2006, a true and correct copy of the foregoing was served by first-class, postage pre-paid U.S. mail to:

Marc J. Smith, Esq.
Smith, Lease & Goldstein, L.L.C.
11 North Washington Street
Suite 520
Rockville, MD  20850

/s/ Ziad P. Haddad
Ziad Haddad

2