# BRENT S. SOLOMON, MSF, CPA, CVA, CM&AA

**EDUCATION:**

M.S. in Finance, August 1988
The Johns Hopkins University, Baltimore, Maryland

B.S. in Accounting, August 1984
University of Maryland, College Park, Maryland

Passed uniform Certified in Mergers & Acquisitions (CM&A) examination on first sitting, December 2003

Passed uniform Certified Valuation Analyst (CVA) examination on first sitting, June 1999

Passed uniform certified public accountant (CPA) examination on first sitting, November 1984

**PROFESSIONAL EXPERIENCE:**

**Principal, Reznick Group, P.C., Bethesda, Maryland**
**September 1998 to Present**
Responsible for managing the Valuation and Transaction Advisory Group and as Engagement Principal for business consulting services, assurance and income tax services for a diverse clientele principally involved in real estate, mortgage banking, technology, retail and distribution.

- Manage a department performing over 200 valuation and transaction engagements annually.
- Perform strategic advisory, structuring and tax planning, and due diligence services in connection with merger and acquisition transactions.
- Strategic advisor, in an outsource CFO role, coordinating financial planning and management for companies in technology, service, manufacturing, and distribution businesses.
- Perform financial analyses and valuation analyses for bankruptcy, litigation, and divorce cases as an expert witness.
- Manages valuation engagements including estate and gift taxes, stock based compensation, ESOPs, FAS 141 and 142, and transactions involving raising capital and the purchase and sale of business interests.
- Analyzes proposed transactions of corporations and rendered fairness opinions.

**Partner, Rudden & Associates, A Professional Corporation, Bethesda, Maryland**
**February 1995 to September 1998**
Responsible for practice and firm development and a full range of accounting, tax, and consulting services for a diverse client base.

- Partner-in-charge or quality control partner for all audit/assurance services and financial consulting engagements including valuation analyses, forecasts, and projections.
- Managed all tax planning and compliance matters for business and individual clients. Managed IRS examinations, drafted technical tax memorandums and consulted regarding transaction structuring, tax elections, and accounting methods to achieve significant tax savings.
- Managed consulting engagements including strategic and business planning, employee benefit and retirement planning, business process reengineering, accounting system and internal control evaluations, and obtaining financing.

### Director of Financial Reporting & Analysis, The Mills Corporation, Washington, D.C.
**May 1994 to February 1995**

Responsible for all accounting functions, financial reporting, budgeting and financial analysis, and information systems for this public REIT (NYSE) with a market capitalization of $1.3 billion.

- Managed a staff of 30 including accountants, financial analysts, and information system professionals.
- Responsible for all SEC reporting and communication of financial information with shareholders, the board of directors, and analysts.
- Re-engineered business processes and information systems and established accounting policies and internal control procedures to meet the requirements of a public company.
- Developed corporate business planning and reforecasting processes for internal planning and control and to satisfy the external need for financial information. Presented proforma analyses for evaluating acquisitions, project feasibility, and attracting financing. Analyzed financial instruments for risk management including swap, caps, and collars.

### Controller, Questar Properties, Inc., Baltimore, Maryland
**September 1992 to May 1994**

Senior financial officer, reporting directly to the CEO, for general contractor/developer/homebuilder. Responsible for all accounting and treasury functions, financial planning, and information systems.

- Implemented a state-of-the-art UNIX based management information system providing full integration of sales, production, and accounting functions.
- Developed a policies and procedures manual for sales, production, and accounting to complement a fully integrated information system and support a proactive management by exception environment.
- Negotiated project financing for residential and commercial developments and managed lender relations. Coordinated submissions to obtain HUD, FHA, and FNMA approvals. Developed sophisticated cash management systems by linking sales, purchasing, and loan administration data with Lotus Version 3.4 spreadsheets.
- Managed the strategic planning function. Developed corporate policies for project feasibility analysis, division performance reviews, and corporate business plans. Utilized advanced spreadsheet techniques to link UNIX based system data and improve the efficiency of division and corporate business plan updates.

### Corporate Controller, C-I / Mitchell & Best Company, Rockville, Maryland
**July 1989 to September 1992**

Responsible for all accounting functions, financial reporting, financial planning, budgeting and forecasting, tax planning and compliance, and information systems for 20 entities with annual revenues of $80 million, primarily from development and property management operations.

- Managed a staff of 12.
- Participated in executive committees for development and construction, property management, and remodeling operations.
- Prepared proforma financial analysis for acquisition feasibility studies, loan applications and modifications, private placements, and valuation analysis. Evaluated alternatives for structuring transactions and participated in negotiations with investors and financial institutions.
- Participated in planning sessions to evaluate business strategies and the Company's structure. Developed reorganization proposals with respect to capital structures and the Company's businesses. Prepared information packages for presentation to all concerned parties. Assisted in negotiations with financial institutions to restructure existing debt agreements.

**<u>Supervising Senior (Audit), Grant Thornton, Washington, D.C.</u>**
**September 1986 to May 1989**
Supervised financial statement audits, acquisition audits, and management consulting engagements for public and closely-held companies.
- Participated in government contractors and real estate industry groups involved in practice development and technical issues.
- Evaluated accounting and computer systems, overhead cost allocations, and compliance with federal regulations for government contractors. Extensive experience with clients using Deltek accounting software.

**<u>In-charge Accountant, Snyder Newrath & Company, Bethesda, Maryland</u>**
**May 1985 to September, 1986**

**<u>System Consultant, GAB Business Services under contract with the Export Import Bank of the United States, Washington D.C., June 1984 to April 1985</u>**

**LITIGATION EXPERIENCE:** Named as expert witness, provided expert testimony in court proceeding and depositions, and prepared supporting documentation for a number of cases. The following is a list of cases in which testimony was given:

- *Zaitz v. Zaitz,*[1] Circuit Court, Montgomery County, Maryland [April, 2002]
- *Game Face v. Polk et al,*[2] Circuit Court, St. Louis County, Missouri [August, 2004]
- *Weber v. Weber,*[2] Circuit Court, Montgomery County, Maryland [November 2004]
- *Stavrou v. Stavrou,*[2] Circuit Court, Anne Arundel County, Maryland [November 2004]
- *Epstein v. Epstein,*[1] Circuit Court, Anne Arundel County, Maryland [March 2005]
- *City of Alexandria Virginia v. Ace Temporaries, Inc. et al. (Testimony at hearing),* Circuit Court, City of Alexandria [June 2005]
- *Philip Howard Collector*[3], US Bankruptcy Court, District of Maryland [September 2006]

**PROFESSIONAL ASSOCIATIONS:**
**American Institute of Certified Public Accountants**
**Maryland Association of Certified Public Accountants**
**National Association of Certified Valuation Analysts**
**ESOP Association**
**Alliance of Merger and Acquisition Advisors**

**PROFESSIONAL SPEAKING ENGAGEMENTS:**
**Commercial Real Estate Women, Charlotte, NC**
Valuation Overview - January 22, 2003

**RF&S Southwestern Developers Conference, Scottsdale, AZ**
Business Succession - May 30, 2003

**Bank of America, Washington, D.C.**
Business Succession and ESOPS - July 15, 2003

**The Institute for Responsible Housing Preservation Seminar, La Jolla, CA**
Planning for Business Succession – September 3, 2003

**Branch Banking & Trust Co. (BB&T)**
Business Succession and ESOPS – September 5, 2003

**University of Maryland, College Park, MD**
Mergers & Acquisitions Closely Held Companies – October 18, 2003

---

[1] Indicates testimony given at trial
[2] Indicates testimony given at deposition only
[3] Indicates testimony given at hearing

**RF&S Southeastern Developers Conference, Orlando, FL**
Tax Planning for Developers and Owners - December 3, 2003

**National Housing & Rehabilitation Association Annual Meeting, Key Biscayne, FL**
Selling or Transferring GP Interests in Affordable Housing Properties – March 4, 2004

**Capital Contractors Consortium Construction Industry Seminar, Shady Grove, MD**
Planning for Business Succession – June 4, 2004

**M&A Advisor Conference and Expo, Chicago, IL**
Profitable Exit Strategies- June 25, 2004

**RF&S Western Regional Developers Conference, Sonoma, CA**
Tax & Succession Planning for Developers and Owners- July 1, 2004

**Association of Practicing CPAs (APCPA), Rockville, MD**
Mergers & Acquisitions Closely Held Companies – September 9, 2004

**M&A Advisor Conference and Expo, San Francisco, CA**
Accounting for Acquisitions- September 14, 2004

**Linowes and Blocher LLP – Reznick Group Executive Seminar, Bethesda, MD**
Planning for Business Succession – October 14, 2004

**Reznick Group Commercial Real Estate Breakfast, Baltimore, MD**
Planning for Business Succession - October 20, 2004

**M&A Advisor Conference and Expo, New York, NY**
New (Fair Value Based) Accounting Rules - December 14, 2004

**Computer Marketing Associates(CMA), M&A Series Seminar, Vienna, VA**
Profitable Exit Strategies- June 22, 2005

**AM&AA Summer Conference, Chicago, IL**
Structuring Opportunities – Tax Issues – July 21, 2005

**AM&AA Winter Conference, Newport Beach, CA**
Private Equity – January 19, 2006

**DC Bar Association, Washington, DC**
Financing Emerging Businesses – February 29, 2006

**AM&AA Summer Conference, Chicago, IL**
Private Equity – June 16, 2006

**M&A Advisor Conference and Expo, Chicago, IL**
Structuring the Deal When the Hammer Falls - June 20, 2006

|  |  |
|---|---|
| **RECOGNITION:** | Recognized as one of Maryland's 2006 SmartCPAs by SmartCEO Magazine in the July 2006 Issue. Of more than 200 nominations of individuals within the Washington, DC, Maryland, and Virginia area, Brent was selected as one of the 60 winners who were honored at the Maryland Association of CPAs (MACPA).

Recognized as one of Maryland's 2005 SmartCPAs by SmartCEO Magazine in the July 2005 Issue. Of more than 200 nominations of individuals within the Washington, DC, Maryland, and Virginia area, Brent was selected as one of the 60 winners who were honored at the Maryland Association of CPAs (MACPA).

Recognized as one of Maryland's 2004 SmartCPAs by SmartCEO Magazine in the July 2004 Issue. Of more than 14,500 nominations, Brent was selected as one of the 60 winners who were honored at the Maryland Association of CPAs (MACPA) annual business meeting luncheon. |