UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN H. MORRIS<br><br>        Plaintiff,<br><br>v.<br><br>BUVERMO PROPERTIES, INC. et al.<br><br>        Defendant. | Civil Case No.<br>1:06-CV-01131 (HHK) |

**JOINT MOTION FOR ENTRY OF ORDER EXPANDING THE SCOPE OF THE PROTECTIVE ORDER ENTERED HEREIN ON OCTOBER 3, 2006**

Plaintiff Jonathan H. Morris and Defendants Buvermo Properties, Inc., Fidelio Properties, F.P. Executive Partners, L.L.C., Janivo Realty, Inc., Donelux, Inc., Orvan, Inc., Fidelio Properties Management, Inc. and John Gardner (hereinafter referred to collectively as "Defendants"), by their respective counsel, hereby file the following Joint Motion for Entry of Order Expanding the Scope of the Protective Order Entered Herein on October 3, 2006.

1. This case concerns the claims of plaintiff, as a former employee of Defendant Buvermo Properties Inc.

2. The Plaintiff in this case propounded Interrogatories and Document Requests seeking confidential and proprietary information concerning Defendants' business and certain current and former employees. It was also anticipated that such confidential and proprietary information may be the subject of inquiry during depositions in this case.

3. Upon consideration of the parties Agreed and Unopposed Motion for Entry of Protective Order Limiting Distribution of Confidential Information and Documents, this Court entered its Order on October 3, 2006 which was in the nature of a protective order, as requested by the parties.

4.     Plaintiff has also delivered a subpoena duces tecum addressed to non-party JBG which also seeks confidential and proprietary information concerning Defendants' and JBG's business and certain current and former employees of Defendants. It is also possible that such confidential and proprietary information may be the subject of inquiry during depositions in this case.

5.     The parties agree that the information requested by Plaintiff of JBG or that otherwise may be disclosed during discovery may constitute confidential and proprietary information that should be afforded the protections set forth in the Protective Order which was entered on October 3, 2006 in this action.

WHEREFORE, Plaintiff and Defendants respectfully request that the court GRANT their Consent Motion to Expand the Scope of the Protective Order Entered Herein on October 3, 2006 and enter the proposed Stipulated Order Expanding the Scope of the Protective Order Entered October 3, 2006 which is attached hereto.

Respectfully submitted,

| | |
|---|---|
| TOBIN, O'CONNOR, EWING & RICHARD | SMITH, LEASE & GOLDSTEIN, LLC |
| | |
| _____/s/_____ | _____/s/_____ |
| David C. Tobin, Esq., D.C. Bar #395959 | Marc J. Smith, Esq. D.C. Bar #460255 |
| Ziad P. Haddad, Esq., D.C. Bar #469470 | 11 North Washington Street |
| 5335 Wisconsin Avenue, N.W., Suite 700 | Suite 520 |
| Washington, D.C. 20015 | Rockville, MD 20850 |
| Tel: (202) 362-5900 | Phone: (301) 838-8950 |
| Fax: (202) 362-5901 | Fax: (301) 838-0322 |
| | |
| *Attorneys for Plaintiff Jonathan Morris* | *Attorneys for Defendants* |

299161v1