UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN H. MORRIS,<br><br>Plaintiff,<br><br>v.<br>BUVERMO PROPERTIES, INC., et al.,<br><br>Defendants. | Civil Action 06-01131<br>(HHK) |

**STIPULATED ORDER EXPANDING THE SCOPE OF THE
PROTECTIVE ORDER FILED ON OCTOBER 3, 2006**

Whereas, the parties have stipulated to the expansion of the scope of the Protective Order entered herein on October 3, 2006 as to treating certain discovery material as confidential;

Accordingly, it is, this 11th day of October, 2006, by the United States District Court for the District of Columbia,

**ORDERED** that the Order entered herein on October 3, 2006 as Docket Entry #18(the "Protective Order") be, and the same hereby is, expanded in scope so as to apply to documents produced in response to a subpoena duces tecum issued by plaintiff and addressed to The JBG Companies in the above-captioned action and to other discovery undertaken as to such documents, including, but not limited to, depositions; and it is

**FURTHER ORDERED:** That the scope of the Protective Order be, and the same hereby is, also expanded to apply to documents which may be produced by The JBG Companies in response to any request for the same made by any of the defendants herein and to depositions taken by the defendants.

Henry H. Kennedy, Jr.<br>
United States District Judge