IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN H. MORRIS,** | : |
| Plaintiff, | : |
| v. | : Case No.: 1:06CV01131 (HHK) |
| | : Next Event: Status Conference |
| **BUVERMO PROPERTIES, INC., et al.,** | : April 20, 2007 at 10:30 a.m. |
| Defendants. | : |

### JOINT MOTION TO STAY EXPERT-RELATED DISCOVERY PENDING THIS COURT'S RULING ON DEFENDANTS' SUMMARY JUDGMENT MOTION, OR IN THE ALTERNATIVE, TO EXTEND DEADLINES FOR COMPLETING EXPERT DISCOVERY

Plaintiff Jonathan H. Morris ("plaintiff") and defendants Buvermo Properties, et al. ("defendants"), through their respective undersigned counsel, hereby request an Order staying all expert-related discovery until after this Court has ruled on the summary judgment motion defendants intend to file in this case. In the alternative, the parties request an Order extending the deadlines within which expert discovery must be completed. In support of this motion, the parties state as follows:

1. This case involves plaintiff's claims arising from the termination of his employment with Buvermo Properties, Inc. ("Buvermo") and the defendants' refusal to recognize plaintiff's alleged interests in various real estate projects in which Fidelio Properties ("Fidelio"), either directly or through an affiliated entity, has made or intend to make an investment.

2. To date, the parties have exchanged and responded to written discovery requests, issued third-party subpoenas, and conducted several depositions. The parties anticipate that all

non-expert discovery can and will be completed by the December 8, 2006 discovery deadline set forth in this Court's Scheduling Order.

3. The expert-related discovery that the parties have commenced and intend to conduct in this case relates solely to determining the value of plaintiff's alleged interest in the real estate projects at issue. Thus far, plaintiff has identified his expert to testify as to the value of plaintiff's alleged interests in the projects at issue. Defendants also intend to designate their own expert to testify as to the value of plaintiff's alleged interests.

4. Due to the delays of non-parties in responding to document subpoenas issued in this case, as well as the large volume of documents produced in response to those subpoenas, the parties' experts require additional time to complete their examination of the facts and to issue their reports.

5. The parties previously agreed to extend by one month the date within which their expert reports must be exchanged.[1] Since their agreement, however, the parties have received more than 8,000 pages of additional material that must be reviewed by their experts before rendering their opinions. In addition, plaintiff has determined that depositions of non-parties will be necessary to enable plaintiff's experts to render a complete and thorough report. Thus, the extension initially agreed to by the parties still does not provide enough time for the parties' experts to complete their reports.

6. Counsel for defendants also has confirmed that defendants will be filing a summary judgment motion soon after the December 8 discovery deadline. Counsel for defendants has indicated that the summary judgment motion will ask for the dismissal of all claims and, if granted, will render unnecessary all expert discovery contemplated by the parties.

---

[1] The parties agreed to extend the date within which plaintiff's report would be due from October 9, 2006 through November 9, 2006, and the date within which defendants' report would be due from November 9, 2006 through December 8, 2006.

7. Because the cost of expert discovery will be significant to both parties, counsel for defendant has proposed that all expert discovery be stayed until after this Court has ruled on defendants' summary judgment motion.

8. Plaintiff believes summary judgment is not appropriate in this case. Nonetheless, given the additional time that plaintiff's expert requires to review the discovery materials and render his expert report, plaintiff consents to a stay of expert-related discovery.

9. Therefore, the parties respectfully request that this Court extend the time for plaintiff to complete his expert-related discovery and submit his expert report to within forty-five (45) days of this Court's ruling on defendants' summary judgment motion and also extend the time for defendants to designate their expert, to complete their expert-related discovery, and to submit their expert report to within forty-five (45) days thereafter.

10. The requested extension of the parties' expert-related discovery should in no way affect any other dates set forth in this Court's Scheduling Order and should allow for completion of expert discovery prior the April 20, 2007 Status Conference.

11. Should this Court deem it inadvisable to stay expert discovery until after its ruling of defendants' summary judgment motion, the parties respectfully request that, in the alternative, the Court grant plaintiff until February 16, 2007 to complete his expert discovery and to submit his expert report, and that it grant defendants until March 31, 2007 to designate their expert, to complete their expert discovery and to submit their expert report.

WHEREFORE, the parties respectfully request an Order extending the time for plaintiff to complete his expert-related discovery and submit his expert report to within forty-five (45) days of this Court's ruling on defendants' summary judgment motion and extend the time for defendants to designate their expert witness, to complete their expert-related discovery and to

submit their expert report to within forty-five (45) days thereafter. In the alternative, the parties request that plaintiff be given until February 16, 2007 to complete his expert discovery and submit his expert report, and that defendants be given until March 31, 2007 to designate their expert, to complete their expert discovery and to submit their expert report.

    Respectfully submitted,

By:   /s/ Ziad Haddad
David C. Tobin, Esq., D.C. Bar # 395959
Ziad P. Haddad, Esq., D.C. Bar #469470
Tobin, O'Connor, Ewing & Richard
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C. 20015
Tel: (202) 362-5900
Fax: (202) 362-5901
*Attorney for Plaintiff Jonathan Morris*

/s/ Marc J. Smith
Marc J. Smith, Esq.
Smith, Lease & Goldstein, L.L.C.
11 North Washington Street
Suite 520
Rockville, MD 20850
301.838.8950
301.838.0322 (fax)
*Attorney for Defendants*