IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JONATHAN H. MORRIS,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: 1:06CV01131 (HHK) |
| | : | Next Event: Status Conference |
| **BUVERMO PROPERTIES, INC., et al.,** | : | April 20, 2007 at 10:30 a.m. |
| | : | |
| Defendants. | : | |

## ORDER

Upon consideration of the parties' Joint Motion To Stay Expert-Related Discovery Pending This Court's Ruling On Defendants' Summary Judgment Motion, Or In The Alternative, To Extend Deadlines For Completing Expert Discovery ("Motion To Stay Expert Discovery"), and good cause having been shown, it is this _____ day of _____, 2006, hereby

ORDERED, that Motion to Stay Expert Discovery be, and the same hereby is, GRANTED; and it is further

ORDERED, that plaintiff shall complete his expert-related discovery and submit his expert report within forty-five (45) days of this Court's ruling on defendants' summary judgment motion and that defendants shall designate their expert, complete their expert-related discovery and submit their expert report to within forty-five (45) days thereafter.

.

_____
Judge Henry H. Kennedy, Jr.
United States District Judge

Copies to:

David C. Tobin, Esq.
Ziad P. Haddad, Esq.
Tobin, O'Connor, Ewing & Richard
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C. 20015

Marc J. Smith, Esq.
Smith, Lease & Goldstein, L.L.C.
11 North Washington Street
Suite 520
Rockville, MD 20850