**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JONATHAN H. MORRIS : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Case No. |
| : | 1:06-CV-01131 (HHK) |
| BUVERMO PROPERTIES, INC., et. al., : | |
| : | |
| Defendants. : | |

## MOTION TO QUASH SUBPOENA FOR RECORDS

Pursuant to Fed. R. Civ. P. 45, Defendant Buvermo Properties, Inc. and Forrest Walpole, Esq., through counsel, hereby file their Motion to Quash the Subpoena served upon Mr. Walpole by Plaintiff Jonathan H. Morris.

1.  Forrest Walpole, Esq. serves as legal counsel to Defendant Buvermo Properties, Inc. on matters relating to its corporate affairs.

2.  On December 7, 2006, Mr. Walpole was served with a subpoena by Plaintiff's counsel requesting a records deposition to take place the following day on December 8, 2006. The discovery period in this case expires on December 8, 2006. Defendant Buvermo Properties, Inc. and Mr. Walpole object to Plaintiff's subpoena on grounds that it fails to allow for a reasonable time for compliance.

3.  Further, apart from documents that have already been produced to Plaintiff, the documents requested in Plaintiff's subpoena constitute privileged, non-discoverable

SMITH, LEASE &
GOLDSTEIN, LLC

ATTORNEYS AT LAW
11 NORTH WASHINGTON
STREET, SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 838-8950

communications between Mr. Walpole and Defendant Buvermo Properties, Inc. and/or are protected from disclosure by the work-product privilege.[1]

WHEREFORE, Defendant Buvermo Properties, Inc. and Forrest Walpole, through counsel, respectfully request that the Court quash Plaintiff's subpoena for records served December 7, 2006.

          Respectfully submitted,

          SMITH, LEASE & GOLDSTEIN, LLC

By:      /s/
     Marc J. Smith
     D.C. Bar No. 460255
     11 North Washington Street
     Suite 520
     Rockville, Maryland 20850
     Phone: (301) 838-8950

     Counsel for Plaintiff

---

[1] Mr. Walpole did not exchange correspondence with Mr. LoPinto, Ms. Pearcy or any other Equinox agent or employee and therefore has no documents responsive to Request No. 2. All other non-privileged documents responsive to Request Nos. 1-5 have been produced.

SMITH, LEASE & GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON STREET, SUITE 520
ROCKVILLE, MARYLAND 20850
TELEPHONE: (301) 838-8950

2