**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JONATHAN H. MORRIS : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Case No. |
| : | 1:06-CV-01131 (HHK) |
| BUVERMO PROPERTIES, INC., et. al., : | |
| : | |
| Defendants. : | |

**OBJECTION TO SUBPOENA FOR RECORDS**

Pursuant to Fed. R. Civ. P. 45, Forrest Walpole, Esq., through counsel, hereby files his objection to the Subpoena served upon him by Plaintiff Jonathan H. Morris.

1. Forrest Walople, Esq. serves as legal counsel to Defendant Buvermo Properties, Inc. on matters relating to its corporate affairs.

2. On December 7, 2006, Mr. Walpole was served with a subpoena by Plaintiff's counsel requesting a records deposition to take place the following day on December 8, 2006. Mr. Walpole objects to Plaintiff's subpoena on grounds that it fails to allow for a reasonable time for compliance.

3. Further, apart from documents that have already been produced to Plaintiff, the documents requested in Plaintiff's subpoena constitute privileged, non-discoverable communications between Mr. Walpole and Buvermo Properties, Inc. and/or are protected from disclosure by the work-product privilege.[1]

---

[1] Mr. Walpole did not exchange correspondence with Mr. LoPinto, Ms. Pearcy or any other Equinox agent or employee and therefore has no documents responsive to Request No. 2. All other non-privileged documents responsive to Request Nos. 1-5 have been produced.

SMITH, LEASE &
GOLDSTEIN, LLC

ATTORNEYS AT LAW
11 NORTH WASHINGTON
STREET, SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 838-8950

                    Respectfully submitted,

                    SMITH, LEASE & GOLDSTEIN, LLC

By: _____/s/_____
                    Marc J. Smith
                    D.C. Bar No. 460255
                    11 North Washington Street
                    Suite 520
                    Rockville, Maryland 20850
                    Phone: (301) 838-8950

                    Counsel for Plaintiff

SMITH, LEASE & GOLDSTEIN, LLC

ATTORNEYS AT LAW

11 NORTH WASHINGTON STREET, SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 838-8950

Case 1:06-cv-01131-HHK     Document 23     Filed 12/07/2006     Page 2 of 2