IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN H. MORRIS,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 1:06CV01131 (HHK) |
| : | Next Event: Status Conference |
| **BUVERMO PROPERTIES, INC., et al.,** : | April 20, 2007 at 10:30 a.m. |
| : | |
| Defendants. : | |

### ORDER

Upon consideration of the Motion To Quash Subpoena for Records filed by defendants Buvermo Properties, et al. ("defendants") and Forrest Walpole, Esq. ("Mr. Walpole") and the Objection To Subpoena for Records filed by Mr. Walpole, and plaintiff's opposition thereto, it is this _____ day of _____, 200___, hereby

ORDERED, that Motion To Quash Subpoena for Records and the Objection To Subpoena for Records be, and the same hereby are, DENIED; and it is further

ORDERED, that Mr. Walpole shall produce all documents requested by plaintiff's subpoena within five (5) business days of this Order; and it is further

ORDERED, that defendants shall reimburse plaintiff for all attorney's fees and costs incurred in opposing that Motion To Quash Subpoena for Records and the Objection To Subpoena for Records.

_____
Judge Henry H. Kennedy, Jr.
United States District Judge

Copies to:

David C. Tobin, Esq.
Ziad P. Haddad, Esq.
Tobin, O'Connor, Ewing & Richard
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C. 20015

Marc J. Smith, Esq.
Smith, Lease & Goldstein, L.L.C.
11 North Washington Street
Suite 520
Rockville, MD 20850

Forrest Walpole, Esq.
501 Slaters Lane, #19
Alexandria, VA 22314