## Toni Lopinto and Marsha Pearcy

April 17, 2006

**Subject: Interview with Toni Lopinto and Marsha Pearcy, search firm that dealt with Jonathan Morris.**

Toni Lopinto is a long-term friend of Jonathan Morris. He gave him his first job in the commercial real estate industry. At the time, Mr. Lopinto was the CFO for the Smith Companies.

Both Mr. Lopinto and Ms. Pearcy state that no formal representations were made concerning security, written, verbally, or otherwise. The most that could have been said was a general statement that 'I hope that Fidelio continues to make investments in the market for a good long time and it works well for you.'

Absolutely no representations were made whatsoever about job security, severance, term or anything that could be construed as job security or contractual obligation. No guarantees at all! Both Mr. Lopinto and Ms. Pearcy are very strong on this.

With respect to Fidelio's commitment to the market, no promises were made. Everything was conditioned: if the market continues strong, deals continue to develop, the returns are forthcoming, Filelio likes the DC market and expects to continue to invest in the market.

Mr. Lopinto: 'Jonathan knows better than anyone else the tenuous nature of any long-term investment strategy and commitment. He has experience first hand on how these investment decisions are made.'

Mr. Lopinto: As a matter of practice, unless the Company and candidate indicate that some job security language will be part of the employment agreement, all deals are at-will contracts. This clearly was the case in Jonathan's case. No discussion took place concerning a contract term, severance, definition of 'cause' or anything that remotely could be construed as a representation that he would have some contractual right to share of profits for a guaranteed period. When this type of security is an issue, it is highly negotiated and detailed discussions take place.

The job description contains no reference of term, amount of compensation or type of bonus.



DEF-ID-017