UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN H. MORRIS,<br><br>Plaintiff,<br><br>v.<br>BUVERMO PROPERTIES, INC., et al.,<br><br>Defendants. | Civil Action 06-01131  (HHK) |

ORDER OF REFERRAL TO
UNITED STATES MAGISTRATE JUDGE

It is this 19th day of December, 2006, hereby

**ORDERED** that defendants' motion to quash [#23], as well as all further motions relating to discovery or discovery-related disputes, are hereby referred to Magistrate Judge Deborah A. Robinson for her determination pursuant to LCvR 72.2(a).  Until this referral is terminated, *all* filings in this case shall include the initials of the assigned Magistrate Judge, "DAR," in the caption next to the initials of the undersigned Judge**.**  *See* LCvR 5.1(f).

Henry H. Kennedy, Jr.
United States District Judge