IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JONATHAN H. MORRIS | : | |
| Plaintiff, | : | |
| v. | : | Civil Case No. |
| | : | 1:06-CV-01131 (HHK)(DAR) |
| BUVERMO PROPERTIES, INC., et. al., | : | Next Event: Status Conference |
| | : | April 20, 2007 at 10:30 a.m. |
| Defendants. | : | |

## ORDER

Having considered Defendants' Motion for Summary Judgment, Plaintiff's Opposition thereto and argument of counsel, for good cause shown, it is hereby

ORDERED that Defendants' Motion for Summary Judgment is GRANTED and Plaintiff's Amended Complaint is hereby dismissed in its entirety with prejudice.

SO ORDERED this __ day of _____ 2007.

 _____
 Hon. Henry H. Kennedy , Jr.
 United States District Judge

Copies to:

Marc J. Smith, Esq.
Smith, Lease & Goldstein, LLC
11 North Washington Street
Suite 520
Rockville, Maryland 20850

Counsel for Defendants

Ziad P. Haddad, Esq.
Tobin, O'Connor, Ewing & Richard
5335 Wisconsin Avenue, N.W.
Suite 700
Washington, D.C.  20015

Counsel for Plaintiff