# EXHIBIT

# 8

1      A.    No.

2      Q.    Do you recall discussing what the
3  percentage of the promote that the candidate
4  would be given in deals was?

5      A.    No.

6      Q.    Do you recall having -- okay, strike
7  that.

8            Do you recall having any discussions
9  with anybody regarding what Buvermo was looking
10 for in terms of a time commitment from
11 candidates?

12     A.    I don't understand what you mean.

13     Q.    In other words, were they looking for
14 somebody who was going to be around for a while?
15 Do you recall any discussions to that effect?

16     A.    No.  No.

17     Q.    Okay, do you recall having any
18 discussions with anybody as to whether -- and
19 this is prior to Mr. Morris's hiring -- do you
20 recall having any discussions with anybody as to
21 whether Buvermo would be willing to guarantee a
22 term of employment?

Page 40

1       A.      No, not at all.

2       Q.      Do you recall having any discussions

3  with anybody as to whether -- as to whether

4  Buvermo would be willing to guarantee a payment

5  of salary for a period of time?

6       A.      No.

7       Q.      Do you have an understanding as to --

8  have you ever heard the term of at-will

9  employment before?

10      A.      Often.

11      Q.      Okay, what is your understanding of

12  what that means?

13              MR. SPERDUTO:   Just let me make my

14  speech.  To the extent that that calls for a

15  legal conclusion I object.

16              Otherwise, you can answer with your

17  understanding.

18              THE WITNESS:   My understanding is that

19  an employee can be terminated at will.  And the

20  employee's employment is at will, so can leave

21  without any continuing obligations.

22              MR. HADDAD:   Um-hum.

```
 1              experienced first hand how these
 2              investment decisions are made."
 3      A.   I don't remember that specific
 4  statement.
 5      Q.   Were you told that a write-up was
 6  going to be created following your discussion?
 7      A.   No.
 8           MR. HADDAD:  All right, I have no
 9  further questions.
10           MR. SMITH:  I just have a few to clean
11  up the record.
12        EXAMINATION ON BEHALF OF THE DEFENDANTS
13           BY MR. SMITH:
14      Q.   Mr. LoPinto, to your knowledge, did
15  Buvermo ever promise Mr. Morris a specific term
16  of employment with respect to the position at
17  Buvermo that he eventually accepted?
18      A.   No.
19      Q.   All right.
20           MR. SMITH:  I don't have anything
21  further.
22           MR. HADDAD:  I'm done.
```