IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN H. MORRIS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No.: 1:06CV01131 (HHK) (DAR) |
| : | |
| **BUVERMO PROPERTIES, INC., et al.,** : | |
| : | |
| **Defendants.** : | |

### JOINT MOTION TO EXTEND FILING DATES FOR OPPOSITION TO AND REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Jonathan H. Morris ("plaintiff") and defendants Buvermo Properties, Inc., et al., ("defendants"), through their respective undersigned counsel, hereby request an Order extending the date upon which plaintiff's opposition to defendants' Motion For Summary Judgment ("Motion") must be filed to January 31, 2007, and extending the date upon which defendant's reply memorandum must be filed to February 12, 2007, and state as follows:

1. Defendants' Motion was filed on January 5, 2007. Pursuant to Local Rule 7(b), plaintiff's opposition to the Motion is due on or before January 19, 2007.

2. At this time, plaintiff's counsel is attending to other pressing matters, including preparing an opposition to a motion to dismiss and drafting a summary judgment motion in two unrelated matters.

3. In addition, the drafting of the opposition to the Motion, and any reply memorandum, will require counsel to review thousands of documents produced in discovery and hundreds of pages of deposition transcripts.

4. Therefore, counsel for plaintiff requires an extension to and including January 31, 2007 to prepare and file plaintiff's opposition to the Motion, and defense counsel requires an

extension to and including February 12, 2007 to prepare and file defendants' reply memorandum.

5. The requested extensions will not interfere with any court date currently set; a status conference in this matter is currently scheduled for April 20, 2007.

WHEREFORE, the parties respectfully request an Order extending the date upon which plaintiff's opposition to defendant's Motion For Summary Judgment must be filed to January 31, 2007, and extending the date upon which defendant's reply memorandum must be filed to February 12, 2007.

        Respectfully submitted,

        TOBIN, O'CONNOR, EWING & RICHARD

By:   /s/ Ziad P. Haddad
      David C. Tobin, Esq. (Bar No. 03727)
      Ziad P. Haddad, Esq. (Bar No. 14638)
      5335 Wisconsin Avenue, N.W., Suite 700
      Washington, D.C. 20015
      *Counsel for Plaintiff*

        SMITH, LEASE & GOLDSTEIN, L.L.C.

By:   /s/ Mark J. Smith
      Marc J. Smith, Esq. (Bar No. 460255)
      Smith, Lease & Goldstein, L.L.C.
      11 North Washington Street
      Suite 520
      Rockville, MD 20850
      *Counsel for Defendants*