IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JONATHAN H. MORRIS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No.: 1:06CV01131 (HHK) (DAR) |
| | : | |
| **BUVERMO PROPERTIES, INC., et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of the parties' Joint Motion To Extend Filing Dates For Opposition To And Reply In Support Of Defendants' Motion For Summary Judgment ("Joint Motion To Extend Filing Dates"), and good cause having been shown, it is this _____ day of _____, 2007, hereby

ORDERED, that the Joint Motion To Extend Filing Dates be, and the same hereby is, GRANTED; and it is further

ORDERED, that the plaintiff's opposition to defendants' Motion For Summary Judgment shall be filed on or before January 31, 2007; and it is further

ORDERED, that defendants' reply memorandum shall be filed on or before February 12, 2007.

_____
Judge Henry H. Kennedy, Jr.
United States District Judge

2

<u>Copies to</u>:

David C. Tobin, Esq.
Ziad P. Haddad, Esq.
Tobin, O'Connor, Ewing & Richard
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C. 20015

Marc J. Smith, Esq.
Smith, Lease & Goldstein, L.L.C.
11 North Washington Street
Suite 520
Rockville, MD 20850