IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN H. MORRIS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No.:  1:06CV01131 (HHK) (DAR) |
| : | |
| **BUVERMO PROPERTIES, INC., et al.,** : | |
| : | |
| **Defendants.** : | |

### CONSENT MOTION TO EXTEND FILING DATES FOR OPPOSITION TO AND REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Jonathan H. Morris ("plaintiff"), hereby requests an Order extending the date upon which plaintiff's opposition to defendants' Motion For Summary Judgment ("Motion") must be filed to February 7, 2007, and extending the date upon which defendant's reply memorandum must be filed to February 19, 2007, and state as follows:

1. Defendants' Motion was filed on January 5, 2007.  Pursuant to Local Rule 7(b), plaintiff's opposition to the Motion is due on or before January 19, 2007.

2. On January 10, 2007, plaintiff and defendant filed a Joint Motion to Extend Filing Dates For Opposition To And Reply In Support Of Defendants' Motion For Summary Judgment.

3. Presently, plaintiff requests an additional extension because plaintiff's counsel was busy attending to the birth of his son, which occurred slightly ahead of schedule and necessitated his absence from work for one week.

4. Therefore, counsel for plaintiff requires an additional extension to and including February 7, 2007 to prepare and file plaintiff's opposition to the Motion.  Plaintiff also requests that the deadline for defendant's reply be extended one week, to and including February 19, 2007.

5. The requested extensions will not interfere with any court date currently set; a status conference in this matter is currently scheduled for April 20, 2007.

6. Counsel for defendants has consented to this Consent Motion to Extend Filing Dates.

WHEREFORE, plaintiff respectfully requests an Order extending the date upon which plaintiff's opposition to defendant's Motion For Summary Judgment must be filed to February 7, 2007, and extending the date upon which defendant's reply memorandum must be filed to February 10, 2007.

Respectfully submitted,

TOBIN, O'CONNOR, EWING & RICHARD

By:   /s/ Ziad P. Haddad
David C. Tobin, Esq. (Bar No. 03727)
Ziad P. Haddad, Esq. (Bar No. 14638)
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C. 20015
*Counsel for Plaintiff*


SMITH, LEASE & GOLDSTEIN, L.L.C.

By:   /s/ Mark J. Smith
Marc J. Smith, Esq. (Bar No. 460255)
Smith, Lease & Goldstein, L.L.C.
11 North Washington Street
Suite 520
Rockville, MD 20850
*Counsel for Defendants*

2