## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**JONATHAN H. MORRIS,**      :
                             :
    **Plaintiff,**           :
                             :
v.                           :     Case No.:  1:06CV01131 (HHK) (DAR)
                             :
**BUVERMO PROPERTIES, INC., et al.,**  :
                             :
    **Defendants.**           :

## ORDER

Upon consideration of plaintiff's Consent Motion To Extend Filing Dates For Opposition To And Reply In Support Of Defendants' Motion For Summary Judgment ("Consent Motion To Extend Filing Dates"), and good cause having been shown, it is this _____ day of _____, 2007, hereby

ORDERED, that the Consent Motion To Extend Filing Dates be, and the same hereby is, GRANTED; and it is further

ORDERED, that the plaintiff's opposition to defendants' Motion For Summary Judgment shall be filed on or before February 7, 2007; and it is further

ORDERED, that defendants' reply memorandum shall be filed on or before February 19, 2007.

                                                                          _____
                                                                          Judge Henry H. Kennedy, Jr.
                                                                           United States District Judge