**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JONATHAN H. MORRIS : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Case No. |
| : | 1:06-CV-01131 (HHK) |
| BUVERMO PROPERTIES, INC., et. al., : | |
| : | |
| Defendants. : | |

## WITHDRAWAL OF MOTION TO QUASH

Defendant Buvermo Properties, Inc. and Forrest Walpole, Esq., through counsel, hereby file their Withdrawal of Motion to Quash the Subpoena served upon Mr. Walpole by Plaintiff Jonathan H. Morris.

    Respectfully submitted,

    SMITH, LEASE & GOLDSTEIN, LLC

By: _____/s/_____
    Marc J. Smith
    D.C. Bar No. 460255
    11 North Washington Street
    Suite 520
    Rockville, Maryland 20850
    Phone: (301) 838-8950

    Counsel for Plaintiff