# BUVERMO PROPERTIES, INC.

## EMPLOYEE MANUAL

### I. INTRODUCTION

This manual provides general information on the policies of BUVERMO Properties, Inc. ("BUVERMO Properties") which are applicable to all employees.

BUVERMO Properties intends to apply these policies consistently and fairly. However, they are not to be applied inflexibly, nor are they intended to create enforceable rights on the part of employees. Management reserves the right to alter, amend or deviate from these policies as it deems appropriate for any reason not prohibited by law.

### II. BUVERMO PROPERTIES, INC.

BUVERMO Properties, a wholly-owned subsidiary of Fidelio Properties, was formed in 1978. BUVERMO Properties was created to service the real estate investment needs of the partners of Fidelio Properties. To that end, BUVERMO Properties is employed to oversee the real estate assets of Fidelio Properties. BUVERMO Properties employees perform various responsibilities in connection with the acquisition, sale, development and management of commercial real estate.

### III. CONFIDENTIALITY

Because BUVERMO Properties is actively engaged on an ongoing basis in the acquisition and sale of real estate property, BUVERMO Properties employees frequently deal with information that in the commercial real estate market is of a highly sensitive and confidential nature. Such information should be used and disclosed by BUVERMO Properties employees only as necessary for the proper conduct of their business and to conduct themselves in a professional manner at all times.

### IV. OFFICE HOURS

All employees are expected to work an 8-hour day, 40 hours per week. Office hours are 9:00 a.m. through 5:30 p.m. Variances in office hours may be determined by the officers of the company.



EXHIBIT 7

D-001104

Employee Manual
Page 2

### V. LEAVE

#### A. Annual Leave

All annual leave is to be approved by the employee's supervisor. Employees are expected to use their annual leave in the year in which it accrues. Unless an exception is made at the president's discretion, annual leave may not be taken before an employee has been with the company for at least three months and cannot be accumulated or carried over from one calendar year to the next. The following is a breakdown of annual leave for all personnel:

| Years of Service | Annual Leave Allowance (prorated) |
| --- | --- |
| Less than 5 Years | Three Weeks |
| 5 Years or More | Four Weeks |

Any deviations from the above table must be approved by the President.

#### B. Personal Leave

Each employee may be granted personal leave for absences of a personal nature (and not covered by annual or sick leave) such as family illness, funerals and religious holidays. Use of a personal leave day must be approved by a supervisor.

#### C. Sick Leave

Sick Leave is to be used solely for the employees' illness or accidents. In case of an accident or illness the employee concerned should notify the supervisor.

The amount of sick leave granted corresponds with the amount of employment service accumulated and accumulates annually in proportion to the number of days worked in that year. Sick leave cannot be accumulated or carried over from one calendar year to the next.

| Years of Service | 100% Sick Leave Coverage |
| --- | --- |
| Less than 1 year | One Week |

D-001105

Employee Manual
Page 3

      1 Year and less than 3      Two Weeks
      3 Years and less than 5     Three Weeks
      5 Years or more            Thirteen Weeks

In the event that an employee's sick leave is insufficient in a given year to cover a period of illness, an employee may apply annual leave available before having to take time off without pay.

Up to one week of sick leave may be used to care for an ill family member. The supervisor may request documentation from the physician to verify the use of this leave.

D.    Holidays

The President designates New Year's Day, Martin Luther King, Jr. Day, President's Day, Memorial Day, Fourth of July, Labor Day, Columbus Day, Thanksgiving (Thursday and Friday), and Christmas Day as company holidays.

E.    Maternity Leave

Absences due to pregnancy and conditions related to child bearing will be treated in the same manner as absences due to any other illness or disability and the sick leave schedule. An employee may take leave for a period of six (6) weeks subsequent to the birth of the child. Any additional sick leave taken must be upon the recommendation of the employee's physician, just as it would be if an employee were disabled for any other medical reason.

F.    Leave Without Pay

If an employee requires leave in excess of available annual leave in instances of personal need, such as caring for a new or seriously ill child, the employee may be granted unpaid leave of up to three months without pay at the sole discretion of the President. In order to be granted this, the employee must advise the appropriate supervisor and the President of the intended absence and provide an estimated date of return. Every effort should be made to give this notice far enough in advance in order that provisions may be made to cover the employee's responsibilities during the absence.

Employee Manual
Page 4

### VI.  MOONLIGHTING

BUVERMO Properties discourages all employees from taking on secondary employment, especially in fields or areas which may cause a conflict with a given employee's responsibilities at BUVERMO Properties.

Employees should discuss with their immediate supervisor any plans that they may have to take on secondary employment.

Discovery that an employee has taken an unauthorized second job which, in the judgment of the employee's supervisor, creates a conflict or the appearance of a conflict with the employee's position at BUVERMO Properties, or which adversely affects the employee's ability to discharge his or her duties at BUVERMO Properties, may be grounds for termination of the employee's employment.

### VII.  BENEFITS

A.  <u>Medical Insurance</u> - All employees are eligible for health insurance.

B.  <u>Pension Plan</u>

BUVERMO Properties has established a pension program in accordance with the provisions of Section 401 (K) of the Internal Revenue Code (the "401 (K) Plan"). The 401 (K) Plan is managed by Principal Financial Group on behalf of each individual employees. Employees monitor and direct investment of their contributions and contributions made on their behalf.

All employees are eligible to make individual contributions to the 401 (K) Plan upon being hired by BUVERMO. After one year of employment at BUVERMO, employee contributions will be matched by BUVERMO. After qualifying for the 401 (K) Plan, employees may elect to contribute three percent (3%) of all salary paid by BUVERMO Properties, and BUVERMO Properties will make a (6%) contribution. Employees may elect to contribute additional amounts, which will not be matched by BUVERMO Properties, up to the maximum permitted by law.

Employee Manual
Page 5

      Employees are always one hundred percent (100%) vested in contributions made by them. Employees become vested in contributions made by BUVERMO Properties on their behalf at the rate of twenty percent (20%) per year of employment with BUVERMO Properties, so that they will be one hundred percent (100%) vested in BUVERMO Properties' past and future contribution after five years.

    C.    <u>Seminars and Educational Benefits</u>

      BUVERMO Properties may pay for the cost of job related courses and seminars taken by employees. Covered seminars and courses must be approved in advance by the employee's supervisor.

## VIII. RESIGNATION AND TERMINATION

    A.    <u>Termination</u>

      All employees are expected to perform their duties effectively and efficiently; to follow BUVERMO Properties' policies and rules and their supervisors' directives; to display loyalty, integrity, and a spirit of cooperation; and to avoid conduct that is illegal, improper, or otherwise brings discredit on BUVERMO Properties or interferes with its efficient operation. Any employee who acts in a manner inconsistent with these basic principles is subject to discipline, up to and including termination. Responsibility for imposing proper discipline rests with the employee's supervisor and the President.

      BUVERMO Properties may terminate an employee immediately for serious misconduct, including but not limited to dishonesty, insubordination, illegal conduct, serious deviations from rules or duties, or any other conduct that significantly interferes with the efficient operation of BUVERMO Properties.

    B.    <u>Severance Pay</u>

      In the event that any employee's employment is terminated by BUVERMO Properties for reasons other than serious misconduct, the employee will be given at least two weeks' notice or, at the supervisor's option, two weeks' severance pay. Adjustment will be made for accumulated vacation days or for time owed by the employee to BUVERMO Properties.

Employee Manual
Page 6

    C.    <u>Notice</u>

It is expected that any BUVERMO Properties employee will provide BUVERMO Properties and his or her supervisor a minimum of two weeks notice of his or her intent to resign from BUVERMO Properties, except for officers of Buvermo Properties, for which the notice period shall be four weeks. It is further expected that any employee leaving BUVERMO Properties will make every effort to coordinate and assist their supervisor to ensure a smooth and orderly transition of responsibilities. Failure to give the required notice and cooperation may result in denial of adjustment for accumulated vacation days.

**IX.    GIFTS**

Any business gifts in excess of $25 in value received by BUVERMO Properties employees must be reported in writing to the Office Administrator within 24 hours of receipt. Gifts from vendors and contractors to BUVERMO Properties employees should be actively discouraged, especially at Christmas time.

**X.    EQUAL EMPLOYMENT OPPORTUNITY AND SEXUAL HARASSMENT**

It has been and will continue to be the policy of BUVERMO Properties to be fair and impartial in all of its relations with its employees and applicants for employment and to make all employment-related decisions without regard to sex, physical or mental handicap, or veteran status. This policy applies to recruitment, hiring, training, promotion, and all other personnel actions and conditions of employment. Decisions regarding employment and promotion will be base only upon valid job-related factors.

Sexual harassment is illegal and contrary to the policy of BUVERMO Properties. BUVERMO Properties strives to foster a work environment free of sexual discrimination, intimidation and insult. BUVERMO Properties prohibits any employee from making unwelcome and unsolicited sexual advances, or engaging in other verbal or physical conduct of a sexual nature, when an individual's submission to that conduct is made explicitly or implicitly a term or condition of that individual's employment, or when that conduct creates an intimidating, hostile or offensive working environment.

Any person who believes that he or she is the victim of any type of discriminatory conduct, including sexual harassment, should promptly advise the President of that fact. The

Employee Manual
Page 7

President will conduct a prompt and thorough investigation of all the circumstances surrounding the alleged incident. If the investigation discloses that an individual shall be subject to appropriate disciplinary action, up to and including termination. Any person who knowingly makes a false claim of discrimination shall also be subject to appropriate disciplinary action.

By this policy, BUVERMO Properties wishes to ensure that all employees have the opportunity to make their maximum contribution to BUVERMO Properties and to their own career goals. The intention behind this policy is to provide for an equal employment opportunity program that will simultaneously serve the requirements of society, the law, sound business practices, and individual dignity.