MEMORANDUM

To: Joost Tjaden

From: John Gardner

Subject: Future Employment Agreement

Date: September 19, 2005

Following is an outline of the terms which you and I have tentatively agreed to regarding my ongoing employment with Buvermo/Fidelio.

1. I will continue to work full time through year end 2005, however I will receive my current salary and benefits through March 31, 2006.
2. Following year end 2005, I will reduce my hours to a maximum of ½ time, and will change my role to advisor, similar to the role currently filled by Chris Zachariasse, who will be giving up his advisorship as of year end 2005.
3. I will continue as an employee of Buvermo Properties, Inc. after March 31, 2006, for a period of three years, and will retain employee benefits, including health insurance and 401 K participation, etc. However my salary will be reduced to $150,000 the first year, $125,000 the second year, and $100,000 the third year. Any extension beyond the end of the three year period will be subject to our mutual agreement.
4. I will retain an office at Buvermo.
5. My role as advisor to both Jonathan Morris and the Fidelio Partners will be as mutually agreed to between myself, Morris, and the Fidelio Partners.
6. After year end 2005, I will give up my FPEP promote interest for projects originated after that time, but will retain the option to invest capital prorata through FPEP for future projects.
7. We will terminate the agreement for FPEP to share in shortfalls and profits from Buvermo Properties, effective year end 2005. Any amount I am due upon termination will be paid prior to March 31, 2006, after actual 2005 results are available.



DEF-ID-001