```
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF COLUMBIA
 3    - - - - - - - - - - - - - - x
 4    JONATHAN H. MORRIS,            :
 5           Plaintiff,              :
 6       Vs.                         :  Case No.:
 7    BUVERMO PROPERTIES, INC.,      :  1:06CV01131 (HHK)
 8    et al.,                        :
 9           Defendants.             :
10    - - - - - - - - - - - - - - x
11              Wednesday, November 1, 2006
12                    Washington, D.C.
13
14    Deposition of:
15              ANTHONY J. LOPINTO,
16    the Witness, called for examination by counsel
17    for the Plaintiff, pursuant to notice, commencing
18    at 3:25 p.m., at the law offices of The Sperduto
19    Law Firm, 2021 L Street, N.W., Washington, D.C.,
20    before Curtis R. Cloward, CSR, a Notary Public in
21    and for the District of Columbia when were
22    present on behalf of the respective parties:
```

EXHIBIT 13

Page 2

1  APPEARANCES
2
3  ON BEHALF OF THE PLAINTIFF:
4    ZIAD P. HADDAD, ESQ.
5    TOBIN, O'CONNOR, EWING & RICHARD
6    5335 Wisconsin Avenue, N.W., Suite 700
7    Washington, D.C. 20015
8    (202) 362-5900
9    zphaddad@tobinoconnor.com
10
11 ON BEHALF OF THE DEFENDANT:
12   MARC J. SMITH, ESQ.
13   SMITH, LEASE & GOLDSTEIN, LLC
14   11 North Washington Street, Suite 520
15   Rockville, Maryland 20850
16   (301) 838-8950
17   msmith@slglaw.com
18
19
20
21
22

Page 3

1  APPEARANCES (CONTINUED):
2
3  ON BEHALF OF THE WITNESS:
4    KIM HOYT SPERDUTO, ESQ.
5    THE SPERDUTO LAW FIRM, PLC
6    2021 L Street, N.W., Second Floor
7    Washington, D.C. 20036
8    (202) 408-8900
9    ksperduto@sperdutolaw.com
10
11 ALSO PRESENT:  John Gardner
12
13       - oOo -
14
15
16
17
18
19
20
21
22

Page 4

1        INDEX
2  DEPOSITION OF ANTHONY J. LOPINTO
3        11/1/06
4
5  EXAMINATION BY                PAGE
6  Mr. Haddad ............................    5
7  Mr. Smith .............................   65
8
9
10   INDEX OF DEPOSITION EXHIBITS
11 NUMBER        DESCRIPTION        PAGE
12 1    E-Mail Stream ...................... 47
13 2    E-Mail ............................. 49
14 3    E-Mail ............................. 59
15       - oOo -
16
17
18
19
20
21
22

Page 5

1      PROCEEDINGS
2  Whereupon,
3      ANTHONY J. LOPINTO,
4  was called as a witness and, after having been
5  first duly sworn by the Notary Public, was
6  examined and testified, as follows:
7      EXAMINATION ON BEHALF OF THE PLAINTIFF
8      BY MR. HADDAD:
9      BY MR. HADDAD:
10   Q.  **Good afternoon.**
11   A.  Good afternoon.
12   Q.  **Mr. LoPinto, please state your name for the record.**
13   A.  Anthony J. LoPinto.
14   Q.  **And Mr. LoPinto, have you had your deposition taken before?**
15   A.  Yes.
16   Q.  **On how many occasions?**
17   A.  Two or three.
18   Q.  **Okay, you're probably familiar with the rules of deposition but I'm just going to go over them briefly with you.**

1     Q.    So, aside from just advising him that
2  you didn't feel like it made sense -- that he
3  should not be litigious, you don't recall
4  anything being said?
5     A.    No.
6     Q.    Do you know how long that conversation
7  lasted?
8     A.    Fifteen minutes.
9     Q.    I want to move back a little bit to
10 immediately prior to Jonathan's hiring.
11    A.    Um-hum.
12    Q.    Do you recall having a conversation
13 with Jonathan about Buvermo's interest in him
14 working until the age of 65?
15    A.    No.
16    Q.    Okay, do you recall having any
17 conversation with Jonathan about how long he
18 would be willing to work at Buvermo?
19    A.    No.
20    Q.    Okay, and is that because -- I mean,
21 are you saying that you -- the conversation might
22 have happened but you don't recall or are you

1  certain that the conversation never happened?

2      A.   I don't recall any conversation.

3      Q.   Okay.

4           Why did you agree to talk with
5  Jonathan in an effort to persuade him not to be
6  litigious when you had little knowledge of what
7  the -- what the issues in dispute were?

8           MR. SPERDUTO:  Form.

9           THE WITNESS:  Ask the question again.

10          BY MR. HADDAD:

11     Q.   Okay, I believe you testified earlier
12 that you are unfamiliar with what the dispute --
13 what the -- aside from Jonathan claiming a term
14 of ten years, okay, or a term of years in
15 employment, you're unfamiliar with what else is
16 being claimed in this litigation; is that right?

17     A.   Yes.

18     Q.   Okay, and at the time that you spoke
19 with Jonathan I believe you indicated that you
20 weren't sure what the issues were between the
21 parties; is that correct?

22          If I'm wrong, correct me, please.

1        CERTIFICATE OF NOTARY PUBLIC

2        I, Curtis R. Cloward, a Notary Public in
3   and for the District of Columbia, before whom the
4   foregoing deposition was taken, do hereby certify
5   that the witness whose testimony appears in the
6   foregoing pages was duly sworn by me; that the
7   testimony of said witness was taken by me in
8   shorthand at the time and place mentioned in the
9   caption hereof and thereafter reduced to
10  typewriting under my supervision; that said
11  deposition is a true record of the testimony
12  given by said witness; that I am neither counsel
13  for, related to, nor employed by any of the
14  parties to the action in which this deposition is
15  taken; and, further, that I am not a relative or
16  employee of any attorney or counsel employed by
17  the parties thereto, nor financially or otherwise
18  interested in the outcome of the action.

19
20
                            _____
                            Curtis R. Cloward, CSR
21                          Notary Public in and for
                            the District of Columbia
22  My commission expires: September 30, 2007