**CONFIDENTIAL**

## SPOTSWOOD VALLEY SQUARE SHOPPING CENTER

| SPOTSWOOD VALLEY | | Acquisition 5/1/2006 | Cash Flow Proforma YE 3/31/2007 | Cash Flow Proforma YE 3/31/2008 | Cash Flow Proforma YE 3/31/2009 | Cash Flow Proforma YE 3/31/2010 | Cash Flow Proforma YE 3/31/2011 | Cash Flow Proforma YE 3/31/2012 | Cash Flow Proforma YE 3/31/2013 | Cash Flow Proforma YE 3/31/2014 | Cash Flow Proforma YE 3/31/2015 | SALE OF CENTER & Cash Flow YE 3/31/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contributions | | $ (3,352,845) | | | | | | | | | | |
| Distributions | | - | $ 229,796 | $ 222,414 | $ 232,032 | $ 279,812 | $ 293,932 | $ 289,865 | $ 2,363,592 | $ 303,812 | $ 327,041 | $ 6,292,762 |
| 10% Hurdle Rate | | $ (3,352,845) | $ (3,449,835) | $ (3,504,176) | $ (3,579,045) | $ (3,756,692) | $ (3,827,560) | $ (3,909,747) | $ (1,925,863) | $ (1,803,463) | $ (1,644,721) | $ (1,527,921) |
| Balance Subject to Promote | | - | - | - | - | - | - | - | - | - | - | $ 4,764,841 |
| **Ownership-Capital+10% Return/Paid Back** | | | | | | | | | | | | |
| Jonathan Morris | 2.50% | $ (83,821) | $ 5,745 | $ 5,560 | $ 5,823 | $ 6,998 | $ 7,348 | $ 7,247 | $ 59,090 | $ 7,595 | $ 8,176 | $ 38,198 |
| John Gardner | 2.50% | $ (83,821) | $ 5,745 | $ 5,560 | $ 5,823 | $ 6,998 | $ 7,348 | $ 7,247 | $ 59,090 | $ 7,595 | $ 8,176 | $ 38,198 |
| Fidelio Properties | 95.00% | $ (3,185,202) | $ 218,306 | $ 211,293 | $ 221,205 | $ 265,916 | $ 279,235 | $ 275,372 | $ 2,245,412 | $ 288,621 | $ 310,689 | $ 1,451,525 |
| | 100.00% | $ (3,352,845) | $ 229,796 | $ 222,414 | $ 232,032 | $ 279,912 | $ 293,932 | $ 289,865 | $ 2,363,592 | $ 303,812 | $ 327,041 | $ 1,527,921 |
| **Promote** | | | | | | | | | | | | |
| Balance Subject to Promote | | | | | | | | | | | | $ 4,764,841 |
| Jonathan Morris Share | | | | | | | | | | | | $ (738,550) |
| Balance after Promote | | | | | | | | | | | | $ 4,026,291 |
| **Balance after Capital + Preferred + Promote Allocation** | | | | | | | | | | | | |
| Jonathan Morris | 2.50% | | | | | | | | | | | $ 100,657 |
| John Gardner | 2.50% | | | | | | | | | | | $ 100,657 |
| Fidelio Properties | 95.00% | | | | | | | | | | | $ 3,824,976 |
| | 100.00% | | | | | | | | | | | $ 4,026,291 |
| **TOTAL PER DISTRIBUTION** | | | | | | | | | | | | |
| JONATHAN MORRIS | CAPITAL | $ (83,821) | $ 5,745 | $ 5,560 | $ 5,823 | $ 6,998 | $ 7,348 | $ 7,247 | $ 59,090 | $ 7,595 | $ 8,176 | $ 138,855 |
| | PROMOTE | | | | | | | | | | | $ 738,550 |
| | TOTAL | $ (83,821) | $ 5,745 | $ 5,560 | $ 5,823 | $ 6,998 | $ 7,348 | $ 7,247 | $ 59,090 | $ 7,595 | $ 8,176 | $ 877,406 |
| JOHN GARDNER | CAPITAL | $ (83,821) | $ 5,745 | $ 5,560 | $ 5,823 | $ 6,998 | $ 7,348 | $ 7,247 | $ 59,090 | $ 7,595 | $ 8,176 | $ 138,855 |
| FIDELIO PROPERTIES | CAPITAL | $ (3,185,202) | $ 218,306 | $ 211,293 | $ 221,205 | $ 265,916 | $ 279,235 | $ 275,372 | $ 2,245,412 | $ 288,621 | $ 310,689 | $ 5,276,501 |
| TOTAL DISTRIBUTION | | $ (3,352,845) | $ 229,796 | $ 222,414 | $ 232,032 | $ 279,912 | $ 293,932 | $ 289,865 | $ 2,363,592 | $ 303,812 | $ 327,041 | $ 6,292,762 |

**Proposed Transaction Structure**

| | |
|---|---|
| Existing Mortgage | $ 9,560,973 |
| Guggenheim Mezz Loan | 4,300,000 |
| Partner Equity | 3,944,523 |
| Fidelio Properties (85%) | $ 3,352,845 |
| SJM Partners (15%) | $ 591,678 |
| Total Acquisition | $ 17,811,496 |

| Cash Flow | |
|---|---|
| 3/31/2006 | $ (3,352,845) |
| 3/31/2007 | $ 229,796 |
| 3/31/2008 | $ 222,414 |
| 3/31/2009 | $ 232,032 |
| 3/31/2010 | $ 279,912 |
| 3/31/2011 | $ 293,932 |
| 3/31/2012 | $ 289,865 |
| 3/31/2013 | $ 2,363,592 |
| 3/31/2014 | $ 303,812 |
| 3/31/2015 | $ 327,041 |
| 3/31/2016 | $ 6,292,762 |
| IRR | 16.07% |

3/17/2006



EXHIBIT 15

D-001352