## DESIGNATION OF FPEP PROPERTY

Effective as of _____, the Management Committee hereby designates the Partnership's interest in _____ as an FPEP Property pursuant to Section 3.03 (a) of the Partnership's Fourth Amended and Restated Partnership Agreement dated as of September 1,1993 as amended for time to time (the "<u>Fidelio Agreement</u>").

The Partnership has made an equity investment in such FPEP Property as of _____ (the "Initial Investment"). It is agreed that FPEP will contribute to the Partnership as FPEP's Investment in this FPEP Property (the " FPEP Investment") its pro rata share of the Initial Investment, as well as subsequent Investments as made by the Partnership, in accordance with the percentages shown on Attachment A.

Signatures to be added

**Attachment A to the _____ Property Designation**

% of total capital invested by Fidelio Interests (the Pro Rata Participants)

| | |
|---|---|
| Fidelio Properties Partners other than FPEP | 85% |
| FPEP | 5% |
| VBM USA | <u>10%</u> |
| Total | 100% |

Breakdown of FPEP's Capital %

| | |
|---|---|
| John Gardner | 2.5% |
| Jonathan Morris | 2.5% |
| | |
| Preferred IRR | 10% |
| | |
| FPEP Promote Percentage | 13% |

Breakdown of FPEP's Promote Percentage

| | |
|---|---|
| John Gardner | 10% |
| Jonathan Morris | 3% |

*[Handwritten annotations in margin:*
*15.5%*
*× .8387*
*13(0)*

*77%*
*23%*
*/13*

*Workpaper*
*105,942*
*31,783*
*137,725*

*Sign Contracts*
*By end of next week.*

*J's]*

JHM0241