

Buvermo Properties, Inc
1901 N. Moore Street
Suite 804
Arlington, VA 22209

703/465-8200
Fax: 703/465-8262

March 24, 2006

Jonathan H. Morris
The Ritz-Carlton
1155 23rd Street, N.W.
PH 1A
Washington, DC 20037

403 Australian Avenue
Palm Beach, FL 33480

Via Email: JONATHANMORRIS@COMCAST.NET

Dear Jonathan:

    This letter constitutes formal notice that your employment and all contract relationships with Buvermo Properties Inc. are hereby terminated, effective immediately.

    Please return at your earliest convenience your keys to the Buvermo office, your access card keys to 1901 N. Moore, Arlington, VA
and the parking garage, as well as your Company American Express card and Smart Tag. Please make arrangements with Kara to pick up your personal property, including the HP 100 and HP 1500L.

    Sincerely,

Buvermo Properties Inc.

By: _____
    John H. Gardner, III
    President



JHM0276