

BUVERMO Properties, Inc.
1901 N. Moore Street
Suite 804
Arlington, VA 22209

703/465-8200
Fax: 703/465-8262

July 6, 2006

Laurence Millspaugh
9305 Burning Tree Road
Bethesda, Maryland 20817

Dear Laurey,

I am pleased to offer you the following terms of employment with Buvermo Properties, Inc.

Position- President of Buvermo Properties, Inc.

Starting Date- August 15, 2006

Starting Salary- $325,000 per annum

Benefits- Standard benefits, including health care benefits, 401K participation etc.

Promoted Interest-

Future Projects-
The Fidelio Partners have agreed to permit FPEP to be entitled to a promoted interest for all projects for which FPEP is entitled to participate, in accordance with the provisions of the Fidelio Property and FPEP agreements. You will be entitled to a 12% promoted interest for all FPEP projects initiated after the date of your employment, after return of capital and a preferred 12% return to Fidelio and other capital providers. The preferred return may be subject to change relative to future projects dependent upon future market conditions. In addition, you will also be provided the right but not the obligation to invest pro rata up to 2.5% of the capital for all future projects, on a nonselective basis.

Current Projects-
You will be entitled, upon start of employment, to the share of the FPEP promoted interest currently owned by Fidelio Properties for land parcels adjacent to the Sheraton Reston parcels. With regard to the recently acquired Reston International parcels, the Spotswood Valley Shopping Center and any FPEP properties acquired prior to the start of your employment, you will be entitled to a 12% promoted interest as described above. The promoted interests for all Current Projects, in addition to being in accordance with the provisions of the Fidelio Property and FPEP agreements, will also be subject to a two year vesting period.

EXHIBIT 19

All items will be governed by the FPEP LLC agreement, of which you will become a member.

Your Role in the Future-
The intent is for you to assume the position of president of Buvermo Properties, Inc., the service provider for Fidelio Properties, upon commencement of your employment. . I will continue to retain the title of president of Fidelio Properties Management, Inc., the managing general partner of Fidelio Properties, as well as the managing member of the LLC's through which Fidelio possesses its property ownership interests, at least through year end, with the intent for you to take over that position as well, as soon as the Fidelio Partners are comfortable with your assumption of that role. My intent is to continue to work part time for at least the next two and one half to three years to support you and Buvermo/Fidelio in any ways that both you and the Fidelio partners agree. I also intend to continue as a pro rata 2.5% investor for all future projects.

Future Decision Making-
For any future investment decisions, both you and I will have to agree before we submit the investment to the Fidelio Partners for their approval.

While we look forward to a long and productive relationship with you, please be aware that employment with Buvermo Properties, Inc. is "at will," that is, you or Buvermo may terminate the employment relationship at any time with or without cause or notice.

Please indicate your agreement with these terms by signing below.

Sincerely,

John Gardner

Accepted,

Laurence Millspaugh