## DESIGNATION OF FPEP PROPERTY

Effective as of **December 5, 2006**, the Management Committee hereby designates the Partnership's interest in **Spotswood Valley Shopping Center** as an FPEP Property pursuant to Section 3.03 (a) of the Partnership's Fourth Amended and Restated Partnership Agreement dated as of September 1,1993 as amended for time to time (the "Fidelio Agreement").

The Partnership has made an equity investment in such FPEP Property as of July 6, 2006 (the "Initial Investment"). It is agreed that FPEP will contribute to the Partnership as FPEP's Investment in this FPEP Property (the " FPEP Investment") its pro rata share of the Initial Investment, as well as subsequent Investments as made by the Partnership, in accordance with the percentages shown on Attachment A.

### FIDELIO PROPERTIES MANAGEMENT COMMITTEE:

Janivo Realty, Inc.

By: _____
Name: Joost E. Tjaden
Title: Designated Representative

Donelux, Inc.

By: _____
Name: André van Rhee
Title: Designated Representative

Acknowledged and Accepted as of this 5th day of December, 2006.

F.P. EXECUTIVE PARTNERS, L.P.

By: F.P. Investments, Inc.,
    general partner

By: _____
Name: John Gardner
Title: President

The undersigned partners consent to this designation.

Orvan, Inc.

By: _____

Fidelio Properties Management, Inc.

By: _____

EXHIBIT 20

**CONFIDENTIAL**

**D002441**

## Attachment A to the
## Spotswood Valley Shopping Center
## Property Designation

% of total capital invested by Fidelio Interests (the Pro Rata Participants)

| | |
|---|---|
| Fidelio Properties Partners other than FPEP | 97.5% |
| FPEP | 2.5% |
| Total | 100.0% |

Breakdown of FPEP's Capital %
| | |
|---|---|
| John Gardner | 2.5% |
| M. Laurence Millspaugh | 0.0% |
| Preferred IRR | 11.0% |
| FPEP Promote Percentage | 12.0% |

Breakdown of FPEP's Promote Percentage
| | |
|---|---|
| M. Laurence Millspaugh | 12.0% |

CONFIDENTIAL
D002442

## DESIGNATION OF FPEP PROPERTY

Effective as of **December 5, 2006**, the Management Committee hereby designates the Partnership's interest in **Reston International Center** as an FPEP Property pursuant to Section 3.03 (a) of the Partnership's Fourth Amended and Restated Partnership Agreement dated as of September 1,1993 as amended for time to time (the "Fidelio Agreement").

The Partnership has made an equity investment in such FPEP Property as of June 9, 2006 (the "Initial Investment"). It is agreed that FPEP will contribute to the Partnership as FPEP's Investment in this FPEP Property (the "FPEP Investment") its pro rata share of the Initial Investment, as well as subsequent Investments as made by the Partnership, in accordance with the percentages shown on Attachment A.

### FIDELIO PROPERTIES MANAGEMENT COMMITTEE:

Janivo Realty, Inc.

By: /s/ Joost E. Tjaden
Name: Joost E. Tjaden
Title: Designated Representative

Donelux, Inc.

By: /s/ André van Rhee
Name: André van Rhee
Title: Designated Representative

Acknowledged and Accepted as of this 5th day of DECEMBER, 2006

F.P. EXECUTIVE PARTNERS, L.P.

By: F.P. Investments, Inc.,
    general partner

By: /s/ John Gardner
Name: John Gardner
Title: President

The undersigned partners consent to this designation.

Orvan, Inc.

By: /s/

Fidelio Properties Management, Inc.

By: /s/

CONFIDENTIAL
D002443

**Attachment A to the**
**Spotswood Valley Shopping Center**
**Property Designation**

% of total capital invested by Fidelio Interests (the Pro Rata Participants)

| | |
|---|---|
| Fidelio Properties Partners other than FPEP | 97.5% |
| FPEP | 2.5% |
| Total | 100.0% |
| <u>Breakdown of FPEP's Capital %</u> | |
| John Gardner | 2.5% |
| M. Laurence Millspaugh | 0.0% |
| Preferred IRR | 11.0% |
| FPEP Promote Percentage | 12.0% |
| <u>Breakdown of FPEP's Promote Percentage</u> | |
| M. Laurence Millspaugh | 12.0% |

**CONFIDENTIAL**
**D002444**