**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JONATHAN H. MORRIS,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Case No.: 1:06CV01131 (HHK) |
| | : Next Event: Status Conference |
| **BUVERMO PROPERTIES, INC., et al.,** | :      April 20, 2007 at 10:30 a.m. |
| | : |
| **Defendants.** | : |

## ORDER

Upon consideration of the Defendants' Motion for Summary Judgment, and plaintiff's opposition thereto, it is this _____ day of _____, 2007, hereby

ORDERED, that the Defendants' Motion for Summary Judgment Motion be, and the same hereby is, DENIED.

.

_____
Judge Henry H. Kennedy, Jr.
United States District Judge

Copies to:

David C. Tobin, Esq.
Ziad P. Haddad, Esq.
Tobin, O'Connor, Ewing & Richard
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C.  20015

Marc J. Smith, Esq.
Smith, Lease & Goldstein, L.L.C.
11 North Washington Street
Suite 520
Rockville, MD  20850