**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JONATHAN H. MORRIS                  :
                                    :
    Plaintiff,                      :
                                    :
v.                                  :    Civil Case No.
                                    :    1:06-CV-01131 (HHK)
BUVERMO PROPERTIES, INC., et. al.,  :
                                    :
    Defendants.                     :

### MOTION FOR LEAVE TO FILE ANSWER TO AMENDED COMPLAINT

Defendants Buvermo Properties, Inc., Fidelio Properties, F.P. Executive Partners, L.L.C., Janivo Realty, Inc., Donelux, Inc., Orvan, Inc., Fidelio Properties Management, Inc. and John Gardner (hereinafter referred to collectively as "Defendants") hereby file their Motion for Leave to File their Answer and Affirmative Defenses to Plaintiff's First Amended Complaint.

1. On or about August 31, 2006, Plaintiff filed a Motion for Leave to File his First Amended Complaint, seeking to include an additional request for relief inadvertently omitted from his initial Complaint relating to an alleged option to invest his own equity in projects in which Defendant Fidelio Properties was involved.

2. The Court granted Plaintiff's Motion on October 6, 2006.

3. Defendants inadvertently failed to file an Answer to the First Amended Complaint, although Plaintiff was aware that Defendants contested his right to invest in Fidelio's projects following his termination in March 2006. Plaintiff had the opportunity to explore the basis for Defendants' position on this issue during discovery.

SMITH, LEASE & GOLDSTEIN, LLC

ATTORNEYS AT LAW
11 NORTH WASHINGTON STREET, SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 838-8950

4.Defendants have filed a Motion for Summary Judgment with respect to each of Plaintiff's claims, including his alleged right to invest in Fidelio's projects. Plaintiff has opposed Defendants' Motion for Summary Judgment.

5.Defendants respectfully request the right to file their Answer to the First Amended Complaint, a copy of which is attached. No prejudice would result to Plaintiff by allowing this filing. Plaintiff does not consent to, but has indicated he will not oppose this Motion.

WHEREFORE, Defendants respectfully request that the Court GRANT this Motion and allow the filing of the attached Answer to the First Amended Complaint.

Respectfully submitted,

SMITH, LEASE & GOLDSTEIN, LLC

By:_____/s/ Marc J. Smith_____
Marc J. Smith
D.C. Bar No. 460255
11 North Washington Street
Suite 520
Rockville, Maryland 20850
Phone: (301) 838-8950

Counsel for Plaintiff

SMITH, LEASE & GOLDSTEIN, LLC

ATTORNEYS AT LAW

11 NORTH WASHINGTON STREET, SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 838-8950