IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JONATHAN H. MORRIS | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Case No. |
| | : | 1:06-CV-01131 (HHK)(DAR) |
| BUVERMO PROPERTIES, INC., et. al., | : | Next Event: Status Conference |
| | : | April 20, 2007 at 10:30 a.m. |
| Defendants. | : | |

## **ORDER**

Having considered Defendants' Motion for Leave to File Answer to Plaintiff's First Amended Complaint, for good cause shown, it is hereby

ORDERED that Defendants' Motion is GRANTED and Defendants' Answer to the First Amended Complaint attached to their Motion will be deemed filed as of the date of the entry of this Order.

SO ORDERED this __ day of _____ 2007.

_____
Hon. Henry H. Kennedy , Jr.
United States District Judge

Copies to:

Marc J. Smith, Esq.
Smith, Lease & Goldstein, LLC
11 North Washington Street
Suite 520
Rockville, Maryland 20850

Counsel for Defendants

Ziad P. Haddad, Esq.
Tobin, O'Connor, Ewing & Richard
5335 Wisconsin Avenue, N.W.
Suite 700
Washington, D.C.  20015

Counsel for Plaintiff

2