Morris vs. Buvermo, et al.                                    Deposition of J. Gardner 10/26/06

174

1    outside world in supporting -- we said, you know,
2    "Jonathan, you act" -- "you know, you're" -- "you're to act
3    as the president; the world is to perceive you as the
4    president of Buvermo."
5            BY MR. HADDAD:
6        Q   And for all intents and purposes, you considered
7    him the president as well?
8        A   Yes.
9        Q   And that was throughout his employment with --
10       A   Yes.
11       Q   -- Buvermo?
12           You also considered him an employee throughout
13   his employment at Buvermo?
14       A   I didn't -- I knew he was not an employee because
15   he had -- we had this contract relationship.  So he really
16   wasn't an employee.
17       Q   I see.
18       A   I mean I knew that.  But that was -- seemed to be
19   something that we both felt was acceptable.
20       Q   And despite knowing that he wasn't an employee,
21   you referred to him -- to employment relationships in his
22   termination letter; isn't that right?