103

1  have a similar orientation as to -- as far as his horizon
2  was concerned.
3          So there were -- we did discuss it partly because
4  he wanted to make sure that we were not gone in two years
5  and partly because I wasn't -- wanted to make sure this his
6  orientation was for the longer term.
7      Q   Uh-huh.
8          And what came with those discussions?
9      A   Well, we -- we seemed to agree.  He seemed to
10 be -- feel comfortable that we would be around for a
11 long -- for the longer term, and I felt comfortable that
12 his orientation was similar.
13     Q   Okay.  Are you opposed as a matter of practice to
14 providing any guarantees of employment terms?
15     A   Yes.
16     Q   Okay.
17     A   Very strongly so.  I don't have them myself.
18     Q   Yet Jim Smith -- you know him; correct?
19     A   (The witness moves head up and down.)
20     Q   The offer that was made to him contained a
21 guarantee of two years' salary; correct?
22     A   Well, you have to see it in a different manner.