**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JONATHAN H. MORRIS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No.: 1:06CV01131 (HHK) |
| | : | Next Event: Status Conference |
| **BUVERMO PROPERTIES, INC., et al.,** | : | April 20, 2007 at 10:30 a.m. |
| | : | |
| **Defendants.** | : | |

## ERRATA

On February 7, 2007, plaintiff Jonathan H. Morris ("plaintiff") filed his Opposition to the defendants' Motion for Summary Judgment. In filing the exhibits to said Opposition, plaintiff inadvertently omitted second page of Exhibit 1, which is an Affidavit by plaintiff. Attached hereto is a complete copy of Exhibit 1 to the plaintiff's Opposition.

                         Respectfully submitted,

                         TOBIN, O'CONNOR, EWING & RICHARD

By:   /s/ Ziad Haddad_____
       David C. Tobin, Esq., D.C. Bar # 395959
       Ziad P. Haddad, Esq., D.C. Bar #469470
       5335 Wisconsin Avenue, N.W., Suite 700
       Washington, D.C. 20015
       Tel: (202) 362-5900
       Fax: (202) 362-5901
       *Attorney for Plaintiff Jonathan Morris*