D-00502

# JONATHAN H. MORRIS
## Real Estate Holdings

| Property | Status | Comments |
|---|---|---|
| The Ritz-Carlton – Penthouse 2D<br>1155 23rd Street, N.W.<br>Washington, D.C. 20037 | DC Residence | This will be sold for around $950,000 (purchased for $850,000). BofA holds a $600,000 mortgage on it. Can you transfer this mortgage to Ph1A? |
| 403 Australian Avenue<br>Palm Beach, FL 33480 | Principal Residence from | Purchased in 2004 for $875,000; value near $1.5 million. Loan of $565,000 Luxury Mortgage; 10-year, interest 5.75%; long-term hold |
| The Island House<br>354 Chilean Avenue<br>Palm Beach, FL 33480 | Investment Condo | Purchased for $285,000 in May 2000. Value $525,000. BofA loan of $285,000. Property is rented for 3 months each year for $13,500 net. Long-term hold. |
| Sutton Towers<br>$15K<br>3101 New Mexico Ave NW<br>Apartment 553<br>Washington, D.C. 20016 | Investment Condo | Purchased for $75,000 in 1998. BofA mortgage at $72,500. Rented annually Covers all costs and provides some cash flow. Value is $225,000. |

| Property | Value | Mortgage |
|---|---|---|

| | | | |
|---|---|---|---|
| Ritz-Carlton | $ 950,000 | $600,000 | Will be sold- New Unit will have $700K in equity versus $350K |
| 403 Australian | 1,500,000 | $575,000 | Total Real Estate will be $4,150,000 after purchase; loans |
| Island House | 525,000 | $285,000 | of $2,132,500 or 51.38% LTV on all real estate. |
| Sutton Towers | 225,000 | $ 72,500 | |
| Total | $3,200,000 | $1,532,500 | $1,667,500 Current Equity-will go to $2,017,500 with PHIA |

D-00503