IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JONATHAN H. MORRIS | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Case No. |
| | : | 1:06-CV-01131 (HHK)(DAR) |
| BUVERMO PROPERTIES, INC., et. al., | : | Next Event:  Status Conference |
| | : | |
| Defendants. | : | |

## ORDER

Having considered Defendants' Motion for Reconsideration, for good cause shown, it is hereby

ORDERED that Defendants' Motion is GRANTED and that Defendants are entitled to summary judgment with respect to Plaintiff's breach of contract (Count I), Breach of Implied Covenant of Good Faith and Fair Dealing (Count II), Anticipatory Breach of Contract (Count III) and Declaratory Judgment (Count IV) claims and the same are hereby dismissed with prejudice.

SO ORDERED this ___ day of _____ 2007.

                                                                                                        _____
                                                                                                          Hon. Henry H. Kennedy , Jr.
                                                                                                         United States District Judge

Copies to:

Marc J. Smith, Esq.
Smith, Lease & Goldstein, LLC
11 North Washington Street
Suite 520
Rockville, Maryland 20850

Counsel for Defendants

Ziad P. Haddad, Esq.
Tobin, O'Connor, Ewing & Richard
5335 Wisconsin Avenue, N.W.
Suite 700
Washington, D.C.  20015

Counsel for Plaintiff