IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN H. MORRIS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No.: 1:06CV01131 (HHK) |
| : | |
| **BUVERMO PROPERTIES, INC., et al.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

Upon consideration of the Defendants' Motion for Reconsideration, and plaintiff's opposition thereto, it is this _____ day of _____, 2007, hereby

ORDERED, that the Defendants' Motion for Reconsideration be, and the same hereby is, DENIED.

_____
Judge Henry H. Kennedy, Jr.
United States District Judge

Copies to:

David C. Tobin, Esq.
Ziad P. Haddad, Esq.
Tobin, O'Connor, Ewing & Richard
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C. 20015

Marc J. Smith, Esq.
Smith, Lease & Goldstein, L.L.C.
11 North Washington Street
Suite 520
Rockville, MD 20850