UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN H. MORRIS,**<br><br>Plaintiff,<br><br>v.<br>**BUVERMO PROPERTIES, INC., et al.,**<br><br>**Defendants.** | Civil Action 06-01131  (HHK) |

**ORDER**

Before the court is defendants' motion for reconsideration of the court's memorandum opinion and order entered on September 24, 2007 [#40].  Upon consideration of the motion, the opposition thereto, and the record of this case, it is this 22nd  day of October, 2007, hereby

**ORDERED** that the motion [#40] is **DENIED**.

                                                      Henry H. Kennedy, Jr.
                                                      United States District Judge