IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JONATHAN H. MORRIS,** | : | |
| Plaintiff, | : | |
| v. | : | Case No.: 1:06CV01131 (HHK) |
| | : | Next Event: Status Hearing |
| **BUVERMO PROPERTIES, INC., et al.,** | : | November 2, 2007 |
| Defendants. | : | |

**JOINT MOTION TO EXTEND DEADLINES
FOR COMPLETING EXPERT DISCOVERY**

Plaintiff Jonathan H. Morris ("plaintiff") and defendants Buvermo Properties, et al. ("defendants"), through their respective undersigned counsel, hereby request an Order extending the deadlines within which expert discovery must be completed, and state as follows:

1.   This case involves plaintiff's claims arising from the termination of his employment with Buvermo Properties, Inc. ("Buvermo") and the defendants' refusal to recognize plaintiff's alleged interests in various real estate projects in which Fidelio Properties ("Fidelio"), either directly or through an affiliated entity, has made or intends to make an investment.

2.   The expert-related discovery that the parties have commenced and intend to conduct in this case relates solely to determining the value of plaintiff's alleged interest in the real estate projects at issue.  Thus far, plaintiff has identified his expert to testify as to the value of plaintiff's alleged interests in the projects at issue.  Defendants also intend to designate their own expert to testify as to the value of plaintiff's alleged interests.

3. On November 8, 2006, the parties filed a joint motion to stay expert discovery pending this Court's ruling on defendants' summary judgment motion. The Court granted the joint motion to stay expert discovery on November 14, 2006 ("November 14, 2006 Order").

4. Pursuant to the November 14, 2006 Order, plaintiff must complete his expert-related discovery and submit his expert report within forty-five (45) days of this Court's ruling on defendants' summary judgment motion, and defendants must designate their expert, complete their expert-related discovery, and submit their expert report to within forty-five (45) days thereafter.

5. Defendants filed their summary judgment motion on January 5, 2007 and, on September 24, 2007, the Court issued its ruling granting the motion in part and denying it in part. Thus, pursuant to the November 14, 2006 Order, plaintiff must complete his expert-related discovery and submit his expert report on or before November 8, 2007, and defendants must designate their expert, complete their expert-related discovery, and submit their expert report within forty-five (45) days thereafter.

6. Since defendants filed their summary judgment motion, significant and material changes have occurred with respect to the various real estate projects at issue in this case. For example, it is expected that Fidelio will complete the sale of its interests in some of the real estate projects at issue in the near future. The sale of these interests will help establish the value of plaintiff's alleged interests in these projects, without the need for costly expert analysis.

7. Moreover, to properly value plaintiff's alleged interests in other real estate projects, up-to-date information must be obtained from third parties. After reviewing the supplemental discovery that defendants recently produced, plaintiff intends to subpoena said third parties to obtain this additional information.

8. Given these circumstances, and in the interest of reducing expert costs, the parties require additional time to complete expert discovery.

WHEREFORE, the parties respectfully request an Order extending the time for plaintiff to complete his expert-related discovery and submit his expert report to January 18, 2008, and extend the time for defendants to designate their expert witness, to complete their expert-related discovery and to submit their expert report to March 18, 2008.

Respectfully submitted,

By: /s/ Ziad Haddad_____
David C. Tobin, Esq., D.C. Bar # 395959
Ziad P. Haddad, Esq., D.C. Bar #469470
Tobin, O'Connor & Ewing
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C. 20015
Tel: (202) 362-5900
Fax: (202) 362-5901
*Attorney for Plaintiff Jonathan Morris*

/s/ Marc J. Smith_____
Marc J. Smith, Esq.
Smith, Lease & Goldstein, L.L.C.
11 North Washington Street
Suite 520
Rockville, MD 20850
301.838.8950
301.838.0322 (fax)
*Attorney for Defendants*