IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JONATHAN H. MORRIS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No.: 1:06CV01131 (HHK) |
| | : | Next Event: Status Hearing |
| **BUVERMO PROPERTIES, INC., et al.,** | : | November 2, 2007 |
| | : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of the parties' Joint Motion To Extend Deadlines For Completing Expert Discovery ("Motion"), and good cause having been shown, it is this _____ day of _____, 2007, hereby

ORDERED, that Motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that plaintiff shall complete his expert-related discovery and submit his expert report on or before January 18, 2008, and defendants shall designate their expert, complete their expert-related discovery and submit their expert report on or before March 18, 2008.

.

_____
Judge Henry H. Kennedy, Jr.
United States District Judge

Copies to:

David C. Tobin, Esq.
Ziad P. Haddad, Esq.
Tobin, O'Connor, Ewing & Richard
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C.  20015

Marc J. Smith, Esq.
Smith, Lease & Goldstein, L.L.C.
11 North Washington Street
Suite 520
Rockville, MD  20850