IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JONATHAN H. MORRIS,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: 1:06CV01131 (HHK) (DAR) |
| | : | Next Event: Status Conference |
| **BUVERMO PROPERTIES, INC., et al.,** | : | April 4, 2008 at 10:00 a.m. |
| | : | |
| Defendants. | : | |

### PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE DEPOSITION OF DEFENDANTS' DESIGNEE AND TO TAKE THREE NON-PARTY DEPOSITIONS

Plaintiff Jonathan H. Morris ("plaintiff"), through his undersigned counsel, hereby requests an Order granting him leave to continue the deposition of defendants' Rule 30(b)(6) designee and to take three additional non-party depositions, and states as follows:

1.  This case involves plaintiff's claims arising from the termination of his employment with Buvermo Properties, Inc. ("Buvermo") and the defendants' refusal to recognize plaintiff's alleged interests in various real estate investments made by Fidelio Properties ("Fidelio"), either directly or through an affiliated entity.

2.  The expert-related discovery that the parties have commenced and intend to conduct in this case relates solely to determining the value of plaintiff's alleged interest in the real estate investments at issue.

3.  On November 8, 2006, the parties to this case filed a joint motion requesting a stay of expert-related discovery pending this Court's ruling on defendants' summary judgment motion. The joint motion made clear that "depositions of non-parties will be necessary to enable plaintiff's experts to render a complete a thorough report." See Joint Motion To Stay Expert-

Related Discovery (Docket No. 22) at ¶5. Indeed, the need for these depositions was cited as a basis for extending the parties' expert discovery.

4.  At this time, plaintiff is in need of continuing the deposition of defendants' designee in order to obtain information on the status of the investments at issue in this case, and to value his alleged interest in those investments

5.  Although plaintiff previously took the deposition of defendants' designee in October, 2006, there has been considerable change in the status of the investments since that time. For example, defendants have since acquired an interest in at least one investment and recently sold their interests in several other investments at issue in this case.

6.  The deposition of defendants' designee will be limited to questioning on the status of those investments and to determining facts relevant to a valuation of plaintiff's alleged interests in those investments.

7.  In addition, at this time, plaintiff is in need of taking the depositions of three non-parties to this case, SJM Partners, Inc., JBG Companies and Landmark Gateway, L.L.C., with whom defendants have made the investment that are the subject of this case. These entities have considerable knowledge of the status of those investments and of other facts relevant to the value of the investments.

8.  Pursuant to Local Rule 7(m), the undersigned counsel discussed this motion with counsel for defendants in order to determine whether defendants opposed the relief sought herein. Defense counsel has indicated that defendants will not consent to this motion.

WHEREFORE, the plaintiff respectfully requests an Order granting him leave to continue the deposition of defendants' Rule 30(b)(6) designee and to take three additional non-party depositions.

Respectfully submitted,

By: /s/ Ziad Haddad
David C. Tobin, Esq., D.C. Bar # 395959
Ziad P. Haddad, Esq., D.C. Bar #469470
Tobin, O'Connor & Ewing
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C. 20015
Tel: (202) 362-5900
Fax: (202) 362-5901
*Attorneys for Plaintiff Jonathan Morris*

## REQUEST FOR HEARING

Plaintiff respectfully requests a hearing on this motion.

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that on November 26, 2007, a true and correct copy of the foregoing was served via the Court's electronic filing system on the following:

Marc J. Smith, Esq.
Smith, Lease & Goldstein, L.L.C.
11 North Washington Street
Suite 520
Rockville, MD 20850

/s/ Ziad Haddad
Ziad Haddad