**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JONATHAN H. MORRIS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No.: 1:06CV01131 (HHK) (DAR) |
| | : | Next Event: Status Conference |
| **BUVERMO PROPERTIES, INC., et al.,** | : | April 4, 2008 at 10:00 a.m. |
| | : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of Plaintiff's Motion for Leave To Continue Deposition of Defendants' Designee and To Take Three Non-Party Depositions ("Motion"), and any opposition thereto, it is this _____ day of _____, 2007, hereby

ORDERED, that the Motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that the plaintiff is hereby granted leave to continue the deposition of defendants' designee and to take the depositions of the designees for SJM Partners, Inc., JBG Companies and Landmark Gateway, L.L.C.

_____
Judge Deborah A. Robinson
United States Magistrate Judge

Copies to:

David C. Tobin, Esq.
Ziad P. Haddad, Esq.
Tobin, O'Connor & Ewing
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C. 20015

Marc J. Smith, Esq.
Smith, Lease & Goldstein, L.L.C.
11 North Washington Street
Suite 520
Rockville, MD 20850