## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JONATHAN H. MORRIS | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Case No. |
| | : | 1:06-CV-01131 (HHK) |
| BUVERMO PROPERTIES, INC., et. al., | : | Next Event: Status Conference |
| | : | April 4, 2008 at 10:00 a.m. |
| Defendants. | : | |

## ORDER

Having considered Plaintiff's Motion for Leave to Continue Deposition of Defendants' Designee and to take Three Non-Party Witnesses, Defendants' Opposition thereto and Defendants' Motion to Quash, for good cause shown, it is hereby

ORDERED that Plaintiff's Motion is hereby DENIED; and it is

FURTHER ORDERED that Defendants' Motion to Quash the subpoenas issued to SJM Partners, Inc., JBG Companies and/or Landmark Gateway, LLC, is hereby GRANTED.

SO ORDERED this __ day of _____ 2007.

                                                                  _____
                                                                  Hon. Henry H. Kennedy , Jr.
                                                                  United States District Judge

Copies to:

Marc J. Smith, Esq.
Smith, Lease & Goldstein, LLC
11 North Washington Street
Suite 520
Rockville, Maryland 20850

Counsel for Defendants

Ziad P. Haddad, Esq.
Tobin, O'Connor, Ewing & Richard
5335 Wisconsin Avenue, N.W.
Suite 700
Washington, D.C.  20015

Counsel for Plaintiff