**Ziad P. Haddad**

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Thursday, October 25, 2007 11:03 AM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:06-cv-01131-HHK MORRIS v. BUVERMO PROPERTIES, INC. et al Order on Motion for Extension of Time to Complete Discovery |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 10/25/2007 at 11:02 AM and filed on 10/25/2007
**Case Name:** MORRIS v. BUVERMO PROPERTIES, INC. et al
**Case Number:** 1:06-cv-1131
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Minute order granting [44] the parties' joint motion to extend deadlines for completing expert discovery. Plaintiff shall have up to and including January 18, 2008, to complete expert-related discovery and to submit an expert report. Defendants shall have up to and including March 18, 2008, to designate an expert, complete expert-related discovery, and submit an expert report. Signed by Judge Henry H. Kennedy, Jr., on October 25, 2007. Official paperless order (FL, )

**1:06-cv-1131 Notice has been electronically mailed to:**
Ziad Paul Haddad zphaddad@tobinoconnor.com
Marc J. Smith msmith@slglaw.com
David C. Tobin dctobin@tobinoconnor.com, zphaddad@tobinoconnor.com

**1:06-cv-1131 Notice will be delivered by other means to::**



EXHIBIT 1

11/30/2007