Ziad P. Haddad

**From:** DCD_ECFNotice@dcd.uscourts.gov
**Sent:** Tuesday, November 14, 2006 2:47 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:06-cv-01131-HHK MORRIS v. BUVERMO PROPERTIES, INC. et al "Remark"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Columbia

Notice of Electronic Filing

The following transaction was received from FL, entered on 11/14/2006 at 2:46 PM EDT and filed on 11/14/2006
**Case Name:**        MORRIS v. BUVERMO PROPERTIES, INC. et al
**Case Number:**      1:06-cv-1131
**Filer:**
**Document Number:**

**Docket Text:**
Minute order [22]: Plaintiff shall complete expert-related discovery and submit an expert report within forty-five (45) days of this court's ruling on defendants' summary judgment motion. Defendants shall designate an expert, complete expert-related discovery, and submit an expert report within forty-five (45) days thereafter. Official paperless order (FL, )

The following document(s) are associated with this transaction:

**1:06-cv-1131 Notice will be electronically mailed to:**

Ziad Paul Haddad     zphaddad@tobinoconnor.com

Marc J. Smith     msmith@slglaw.com,

David C. Tobin     dctobin@tobinoconnor.com, zphaddad@tobinoconnor.com

**1:06-cv-1131 Notice will be delivered by other means to:**



11/30/2007