IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN H. MORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 1:06-CV-01131 (HHK) |
| ) | |
| BUVERMO PROPERTIES, INC., et al., ) | |
| and DANIEL A. ROWE ) | |
| ) | |
| Defendants. ) | |

## OBJECTION OF LANDMARK GATEWAY LLC TO SUBPOENA

Landmark Gateway LLC ("Landmark"), by counsel, pursuant to Rule 45(c) of the Federal Rules of Civil Procedure, files its objection to the subpoena served upon it by plaintiff in this matter, on the following grounds:

The subpoena is overbroad, would subject Landmark Gateway to significant expense and undue burden, and seeks trade secret and other confidential information, the disclosure of which to third parties would be harmful to Landmark Gateway.  Further, Landmark understands, through counsel, that all relevant information relating to the documentation at issue has already been provided to plaintiff by defendant, and thus the subpoena is unnecessarily duplicative.

WHEREFORE Landmark Gateway respectfully requests that the Court quash the subpoena served upon it in this matter.

LANDMARK GATEWAY LLC
By Counsel

REED SMITH LLP

_____/s/_____
Richard C. Sullivan, Jr., Esq. (DC Bar #462141)
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia 22042
Phone (703) 641-4200
Fax (703) 641-4340
rsullivan@reedsmith.com
*Counsel for Landmark Gateway LLC*

**CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the foregoing was served by mail on December 5, 2007 to:

> Ziad P. Haddad
> Tobin, O'Connor & Ewing
> 5335 Wisconsin Avenue, N.W.
> Suite 700
> Washington, DC  20015
>
> Marc J. Smith
> Smith, Lease & Goldstein, LLC
> 11 North Washington Street
> Suite 520
> Rockville, MD  20850
> Counsel for Defendants

_____/s/_____
Richard C. Sullivan, Jr.

#509439