UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN H. MORRIS,<br><br>Plaintiff,<br><br>v.<br><br>BUVERMO PROPERTIES, INC., et al.,<br><br>Defendants. | Civil Action 06-01131  (HHK) |

ORDER OF REFERRAL TO
UNITED STATES MAGISTRATE JUDGE

It is this 6th day of December, 2007, hereby

**ORDERED** that plaintiff's "Motion for Leave to Continue Deposition of Defendants' Designee and to Take Three Non-Party Depositions" [#45], as well as any other motions relating to discovery or discovery-related disputes, are referred to United States Magistrate Judge Alan Kay for his determination pursuant to LCvR 72.2(a).  Henceforth, and until this referral is terminated, ALL filings in this case shall include the initials of Magistrate Judge Kay, "AK," in the caption next to the initials of the undersigned judge.  *See* LCvR 5.1(f).

                    Henry H. Kennedy, Jr.
                    United States District Judge