IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JONATHAN H. MORRIS,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: 1:06CV01131 (HHK) |
| | : | Next Event: Status Conference |
| **BUVERMO PROPERTIES, INC., et al.,** | : | April 4, 2008 at 10:00 a.m. |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S CONSENT MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT**

Plaintiff Jonathan H. Morris ("plaintiff"), through his undersigned counsel and pursuant to Rule 15 of the Federal Rules of Civil Procedure, hereby seeks leave to file his Second Amended Complaint and states as follows:

1. This case involves plaintiff's claims arising from the termination of his employment with Buvermo Properties, Inc. ("Buvermo") and the defendants' refusal to recognize plaintiff's alleged interests in various real estate projects identified by Buvermo and in which Fidelio Properties ("Fidelio"), either directly or through an affiliated entity, has made or intends to make an investment.

2. Recently, plaintiff learned that the defendants have established a new entity, Fidelio Properties II, L.L.C. ("Fidelio II") through which investments in the various real estate projects that are identified by Buvermo would be made.

3. Plaintiff is seeking leave to file his Second Amended Complaint to include Fidelio II as a defendant to this action. A true and correct copy of the Second Amended Complaint is attached hereto as Exhibit 1. In addition, plaintiff has attached hereto as Exhibit 2 a "redline"

version of the Second Amended Complaint, clearly reflecting the changes that were made to the First Amended Complaint filed by plaintiff.

4. Fidelio II will be represented by defendants' current counsel and its inclusion will not require reopening discovery. In addition, the inclusion of Fidelio II as a defendant will not affect the deadlines and schedule of events set forth in this Court's Scheduling Order.

5. As required by Local Rule 7(m), counsel for plaintiff has conferred with counsel for defendants regarding this motion and defendants have consented to the relief requested herein.

WHEREFORE, plaintiff respectfully requests that this Court grant plaintiff leave to file his Second Amended Complaint.

Respectfully submitted,

By: /s/ Ziad Haddad_____
David C. Tobin, Esq., D.C. Bar # 395959
Ziad P. Haddad, Esq., D.C. Bar #469470
Tobin, O'Connor & Ewing
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C. 20015
Tel: (202) 362-5900
Fax: (202) 362-5901
*Attorneys for Plaintiff Jonathan Morris*

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that on January 25, 2008, a true and correct copy of the foregoing was served electronically on the following:

Marc J. Smith, Esq.
Smith, Lease & Goldstein, L.L.C.
11 North Washington Street
Suite 520
Rockville, MD 20850

/s/ Ziad Haddad_____
Ziad Haddad

2