From: Jonathan H. Morris [jmorris@buvermo.com]
Sent: Friday, February 17, 2006 3:06 PM
To: 'Jonathan Morris'
Subject: DRAFT FOR HEIDI

Heidi,

I need to give you a head's up about something that came up quickly which got us very interested and we decided to move on it. The trustee of an estate of a 2 bedroom in the Australian (429 Australian) asked a few people if they had some interest in buying it. The apartment is number 11 and it is the corner unit, top floor with views of the lake. Rick mentioned this to us (he manages the building) on the last day we were there in January and we went and looked at it quickly the day we left. It is perfect for us as it is in the same neighborhood, small building, top floor, pool great views, and 2 parking spaces, etc. etc.

As you know, buying a condo to replace the townhouse was the plan. I also signed a confidentiality agreement so I was bound to be quiet for several weeks. The last sale in the building faced the parking lot on the 2nd floor at around $1.2 million, renovated (I saw it, very modern). I am happy with this unit and the pricing will be fine (1.1) since I hope this is it for a while. A one-bedroom on the first floor is for sale at 995, just reduced I think since it wasn't moving (no view at all, next to the lobby, etc.)

I want to begin work on the unit this spring as soon as the building allows. We hired Cindy Thomas to help us (do you know her? she worked at Kemble and then started her own thing) and I am hoping Branch Construction will take the job. I am now committed to selling something, most likely the townhouse (as always, I am still thinking about alternatives). I hired Chad to do all the window treatments (he doesn't know about this sale nor does anyone else) and I plan to use the TH as a home base for the next 10 months and let things, hopefully, escalate in price a bit. I thought about selling the TH now, but I think it is premature since it will disrupt everything by having to move all the stuff into storage and then use the Island House when the rest of the family relies on that unit. I just spent $15,000 on the new window treatments and we did the hall closet and upstairs closets with CA CLOSETS so I would like to 'pretty-up" the house for sale. I cannot cancel the drapes or other work, it is all paid for in advance.

Either way, I would like to determine my maximum value at the TH and I would like to get your thoughts on pricing and schedule. Just so you know, I tried to get you included in the Australian deal, but as you might suspect, the seller was not interested in this (no selling broker either). Bank of America gave me a bridge loan for this unit, which I have to pay off in 12-18 months (the rates stinks since I have too much debt now) so I do need to sell the TH by next season.

Let me know what you think about the townhouse pricing, timing, etc. I am not in a FORCED position, but it does need to be sold carefully and for the right price. I wanted to give you a head's up as soon as possible as this sale will hit soon and you should know about it...I don't want you to think that we worked with anyone else or had any choice in the matter. Sorry about keeping this to ourselves for several weeks... the seller (the trustee of his mother's estate) is a New York commercial real estate guy and he was very adamant about the 'rules'. Several 'notables' were bidding on it and one in particular is mad that he didn't get it.

Thanks, as always, for showing us everything in town and being available all the time, I greatly appreciate it.

Jonathan H. Morris
*President & Chief Executive Officer*
BUVERMO PROPERTIES, INC.
1901 N. Moore Street
Suite 804
Arlington, VA 22209
(703) 465-8292 Direct
(561) 379-2755 Mobile

D-00453

9/21/2006

(703) 465-8262 Facsimile
jmorris@buvermo.com

Page 2 of 2

D-00454