# Ziad P. Haddad

**From:** Marc J. Smith [msmith@slglaw.com]
**Sent:** Thursday, January 10, 2008 11:15 AM
**To:** Ziad P. Haddad
**Subject:** RE:

Ziad: My questions will concern 2 areas: (1) his employment since his departure; and (2) the disposition/acquisition of properties leading up to and following his departure from Buvermo.

Marc J. Smith
Smith, Lease & Goldstein, LLC
11 North Washington Street
Suite 520
Rockville, Maryland 20850

(301) 838-8950
(301) 838-0322 (Fax)

www.slglaw.com

---

**From:** Ziad P. Haddad [mailto:zphaddad@tobinoconnor.com]
**Sent:** Thursday, January 10, 2008 10:40 AM
**To:** Marc J. Smith
**Subject:** RE:

Sorry Marc, but I haven't been able to reach him. I'll try again today. Could you just confirm that you will be limiting your questioning to efforts he has made to secure employment since his last deposition? If not, what else do anticipate questioning him on?

Ziad Haddad
Tobin, O'Connor, Ewing & Richard
5335 Wisconsin Avenue, N.W.
Suite 700
Washington, D.C. 20015
202-362-5900
202-362-6579 (fax)

---

**From:** Marc J. Smith [mailto:msmith@slglaw.com]
**Sent:** Thursday, January 10, 2008 10:23 AM
**To:** Ziad P. Haddad
**Subject:**

Ziad: Please let me know whether Mr. Morris will consent to the deposition we discussed.

Marc J. Smith
Smith, Lease & Goldstein, LLC
11 North Washington Street
Suite 520
Rockville, Maryland 20850

(301) 838-8950
(301) 838-0322 (Fax)

1/12/2008

www.slglaw.com

2/12/2008