## Ziad P. Haddad

**From:** Ziad P. Haddad
**Sent:** Friday, January 25, 2008 5:20 PM
**To:** 'msmith@slglaw.com'
**Subject:** Re:

There's no issue. I was unable to speak with him about your request until late yesterday and again today. Notwithstanding your clients' refusal to voluntarily submit to a continuation of their designee's deposition, Jonathan will submit to a second (and brief) deposition. Jonathan is in Florida, however, and has no plans to be in the area any time soon. Therefore, his deposition will have to be taken in Florida or telephonically, whichever you prefer. In addition, the deposition must be limited to questioning on matters that could not have been discovered prior to the discovery deadline.  Please let me know how you would like to proceed.  Thanks and have a nice weekend.


Ziad Haddad
Tobin, O'Connor, Ewing & Richard
5335 Wisconsin Avenue, N.W.
Suite 700
Washington, D.C. 20015
202-362-5900
202-362-6579 (fax)


-----Original Message-----
From: Marc J. Smith <msmith@slglaw.com>
To: Ziad P. Haddad
Sent: Fri Jan 25 13:21:53 2008
Subject: RE:

Thanks — I'll take a look.  What is the issue with your client?  It seems like he is blowing us off.  If he is not willing to appear, I would like to know sooner rather than later so I can file the motion.


I'll be in touch in a bit when I review the attachments.


Marc J. Smith

Smith, Lease & Goldstein, LLC

11 North Washington Street

Suite 520

Rockville, Maryland 20850


(301) 838-8950

(301) 838-0322 (Fax)


www.slglaw.com

1