IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JONATHAN H. MORRIS | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Case No. |
| | : | 1:06-CV-01131 (HHK)(AK) |
| BUVERMO PROPERTIES, INC., et. al., | : | Next Event:  Status Conference |
| | : | April 4, 2008 at 10:00 a.m. |
| Defendants. | : | |

**DEFENDANTS' MOTION FOR LEAVE
TO FILE AMENDED ANSWER TO SECOND AMENDED COMPLAINT**

Defendants Buvermo Properties, Inc., Fidelio Properties, Fidelio Properties II, LLC, F.P. Executive Partners, L.L.C., Janivo Realty, Inc., Donelux, Inc., Orvan, Inc., and Fidelio Properties Management, Inc., hereby file their Motion for Leave to file an Amended Answer to Plaintiff's Second Amended Complaint.

1. Plaintiff Jonathan H. Morris is a former employee of Defendant Buvermo Properties, Inc.  Following his termination in March 2006, Plaintiff initiated this lawsuit against Buvermo and seven (7) related parties, alleging that his termination violated the provisions of an alleged oral agreement pursuant to which Buvermo agreed to employ him for 10 years.

2. On January 28, 2008, Plaintiff filed his Second Amended Complaint.  Plaintiff's Second Amended Complaint was filed with the consent of Defendants, and added a new party, Fidelio Properties II, LLC.

3. Defendants filed their Answer to the Second Amended Complaint on January 29, 2008.  When filing their Answer, Defendants inadvertently failed to include an affirmative defense regarding Plaintiff's failure to mitigate his damages.  While this defense does not appear in Defendants' earlier Answers filed with the Court, Plaintiff has been on notice that Defendants

intended to assert such a defense since October 12, 2006, when Plaintiff was deposed and questioned (without any objection from Plaintiff's counsel) regarding his efforts to mitigate his damages by obtaining alternative employment.  (See Exhibit 1 attached hereto).

   4.  Defendants now seek to amend their Answer to Second Amended Complaint to add an affirmative defense that Plaintiff has failed to mitigate his damages.  In accordance with Local Rule 7(m), counsel for Defendants has conferred with counsel for Plaintiff and Plaintiff does not consent to the relief requested in this Motion, although Plaintiff's counsel has not articulated a reasonable basis for this refusal.

   5.  According to Rule 15(a) of the Federal Rules of Civil Procedure:

> A party may amend the party's pleading once as a matter of course:
>
> (A)  before being served with a responsive pleading; or
>
> (B)  within 20 days after serving the pleading if a responsive pleading is not allowed and the action is not yet on the trial calendar.

   5.  In this case, Defendants' Answer to Second Amended Complaint (filed on January 29, 2008) is a pleading to which no responsive pleading is permitted.  Further, the proposed Amended Answer has been filed within 20 days after the Answer to Second Amended Complaint was served, and the case is not yet on the trial calendar.  As such, Defendants have the right under Rule 15(a) to file the proposed Amended Answer "as a matter of course."

   6.  Even if leave of Court is required to file the proposed Amended Answer, Rule 15(a) provides that "the court should freely give leave when justice so requires."  Here, given the fact that Plaintiff alleges the existence of a 10 year oral employment contract, Defendants' ability to raise the issue of failure to mitigate damages is of critical importance to Defendants' case, and Defendants would be severely prejudiced if they were precluded from raising this defense at

trial. Conversely, Plaintiff would suffer no such prejudice if the proposed amendment were allowed. Moreover, this issue will not require any discovery on Plaintiff's part, as the facts underlying this defense are uniquely in Plaintiff's possession -- i.e. Plaintiff is fully aware of the scope of his efforts to mitigate his damages.

7. The original of the proposed Amended Answer to Second Amended Complaint is attached as Exhibit 2. A "redline" version of the proposed Amended Answer is also attached reflecting the addition of the affirmative defense of failure to mitigate.

WHEREFORE, for the reasons set forth above, Defendants respectfully request that the Court GRANT their Motion for Leave to file Amended Answer to Plaintiff's Second Amended Complaint.

Respectfully submitted,

SMITH, LEASE & GOLDSTEIN, LLC

By:  /s/ Marc J. Smith
Marc J. Smith
D.C. Bar No. 460255
11 North Washington Street
Suite 520
Rockville, Maryland 20850
Phone: (301) 838-8950

Counsel for Defendants