1      MR. HADDAD:  And I'll just repeat my
2  objection as to legal conclusion.
3      MR. SMITH:  That's fine.
4      MR. HADDAD:  If you don't know, say you
5  don't know.
6      THE WITNESS:  I don't know.
7      MR. HADDAD:  Do you want to take a couple
8  minutes' break?
9      (Whereupon, a short recess was taken.)
10     BY MR. SMITH:
11  Q    Mr. Morris, we touched on this briefly at
12  the beginning of your deposition.
13     What efforts have you undertaken to find
14  alternative employment since you were terminated from
15  Buvermo in March of 2006?
16  A    I met with some investment brokers up here
17  and talked to them about what was going on with the
18  different firms in town.  I have spoken with another
19  brokerage firm, not a commercial firm, a residential
20  firm, and, you know, I just wanted to get some
21  feedback about what was going on, anybody hiring, not
22  hiring.

1        But my direction has pretty much been back
2   toward Florida and -- which is where I'm trying to
3   wind out of this condo and I'll be moving back there.
4   I'm going back soon, but instead of 60 percent of the
5   time, I'll spend a hundred percent of the time.  I've
6   talked to two real estate companies down there and one
7   property management company down there.
8        Q    About employment?
9        A    Yes.
10       Q    Would you say you're actively seeking
11  employment at this time?
12       A    I have been actively seeking employment
13  through the summer and into the fall, and I think I've
14  come to an arrangement with a guy in Florida to work
15  with him in his property management business and, you
16  know, I've known him for five or six years.
17            I explained what had happened up here, and,
18  you know, I think it affected the deal that I could
19  have made with him, an employee situation.  So now
20  I'm -- he would prefer at this point just to have me
21  as a business partner and then see how it goes.  So
22  that's probably the direction I'm going to go in.

1    Q    Have you put your resume out there?  Have you made it known to headhunters that you're looking for a position?

4    A    No.  I mean, I've been around for a long time.  I kind of know the end user, if you will, of these companies maybe better than the headhunters know.  So I haven't -- I haven't talked to a hundred people, but I might have talked to 10 or 15 people.

9    Q    Ten or 15 prospective employers?

10   A    No.  Ten or 15 people that might know what's going on in the --

12   Q    How many prospective employers have you talked to about a position?

14   A    Five or less.

15   Q    Okay.  Have you documented your efforts to find alternative employment?

17   A    No.  I've just had meetings.

18   Q    Have you earned any money through employment since you were terminated?

20   A    No.

21   Q    You haven't held any positions?

22   A    Have I held any positions.  No.

66cdaec6-8a0c-489b-a89a-b54ec5facc3c

1   Q   Okay. Independent, have you acted as a
2   consultant, gotten compensated as a consultant?
3   A   No.
4   Q   You've hired a -- or you've named an expert
5   witness in this case.
6       Do you have any sort of preexisting
7   relationship with your expert?
8   A   No.
9   Q   What's his name?
10  A   I don't recall. I don't know the guy's
11  name.
12      MR. HADDAD: Brent Solomon.
13      THE WITNESS: The firm is Reznick Group.
14      BY MR. SMITH:
15  Q   Have you had any dealings with the Reznick
16  firm in the past?
17  A   I've dealt with some of the principals.
18  Q   And what type of firm are they?
19  A   Well, they were originally a CPA firm, and
20  then they evolved into a real estate consulting firm.
21      MR. SMITH: All right. No further
22  questions.