**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JONATHAN H. MORRIS | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Case No. |
| | : | 1:06-CV-01131 (HHK)(AK) |
| BUVERMO PROPERTIES, INC., et. al., | : | Next Event: Status Conference |
| | : | April 4, 2008 at 10:00 a.m. |
| Defendants. | : | |

## ORDER

Having considered Defendants' Motion for Leave to file Amended Answer, Plaintiff's Opposition thereto, for good cause shown, it is hereby

ORDERED that Defendants' Motion is hereby GRANTED and Defendants shall be permitted to file the Amended Answer attached to their Motion.

SO ORDERED this __ day of _____ 2008.

_____
Hon. Henry H. Kennedy, Jr.
United States District Judge

Copies to:

Marc J. Smith, Esq.
Smith, Lease & Goldstein, LLC
11 North Washington Street
Suite 520
Rockville, Maryland 20850

Counsel for Defendants

Ziad P. Haddad, Esq.
Tobin, O'Connor, Ewing & Richard
5335 Wisconsin Avenue, N.W.
Suite 700
Washington, D.C.  20015

Counsel for Plaintiff