**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JONATHAN H. MORRIS | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Case No. |
| | : | 1:06-CV-01131 (HHK) |
| BUVERMO PROPERTIES, INC., et. al., | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' RULE 26(a)(2) DISCLOSURE**

Defendants Buvermo Properties, Inc., Fidelio Properties, Fidelio Properties II, LLC, F.P. Executive Partners, L.L.C., Janivo Realty, Inc., Donelux, Inc., Orvan, Inc., and Fidelio Properties Management, Inc., hereby file their Rule 26(a)(2) disclosure, and state that the following individual will be called to testify at trial and provide expert testimony:

Richard Lanier Parli, MAI
Parli Appraisal, Inc.
3545 Chain Bridge Road
Suite 207
Fairfax, Virginia 22030

Pursuant to the Court's Order entered on October 25. 2007, Mr. Parli's expert report will be provided to the Plaintiff on or before March 18, 2008.

Respectfully submitted,

SMITH, LEASE & GOLDSTEIN, LLC

By: _____/s/_____
Marc J. Smith
D.C. Bar No. 460255
11 North Washington Street
Suite 520
Rockville, Maryland 20850
Phone: (301) 838-8950

Counsel for Defendants

SMITH, LEASE &
GOLDSTEIN, LLC

ATTORNEYS AT LAW
11 NORTH WASHINGTON
STREET, SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 838-8950