IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JONATHAN H. MORRIS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No.: 1:06CV01131 (HHK) |
| | : | Next Event: Status Conference |
| **BUVERMO PROPERTIES, INC., et al.,** | : | April 4, 2008 at 10:00 a.m. |
| | : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of the Defendant's Motion for Leave To File Amended Answer To Second Amended Complaint, and plaintiff's opposition thereto, it is this _____ day of _____, 2008, hereby

ORDERED, that the Defendant's Motion for Leave To File Amended Answer To Second Amended Complaint be, and the same hereby is, DENIED.
.

_____
United States District Judge

Copies to:

David C. Tobin, Esq.
Ziad P. Haddad, Esq.
Tobin, O'Connor, Ewing & Richard
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C. 20015

Marc J. Smith, Esq.
Smith, Lease & Goldstein, L.L.C.
11 North Washington Street
Suite 520
Rockville, MD 20850