UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN H. MORRIS,**<br><br>Plaintiff,<br><br>v.<br><br>**BUVERMO PROPERTIES, INC., et al.,**<br><br>**Defendants.** | Civil Action 06-01131  (HHK) (AK) |

ORDER REFERRING MOTION
TO UNITED STATES MAGISTRATE JUDGE

It is this 28th day of February 2008, hereby

**ORDERED** that defendants' motion for leave to file amended answer to second amended complaint [ #56], filed February 15, 2008, is referred to United States Magistrate Judge Alan Kay for his determination pursuant to LCvR 72.2(a).  Henceforth, and until this referral is terminated, ALL filings in this case shall include the initials of Magistrate Judge Alan Kay, "AK," in the caption next to the initials of the undersigned judge.  *See* LCvR 5.1(f).

Henry H. Kennedy, Jr.
United States District Judge