Re:

## Marc J. Smith

**From:** Ziad P. Haddad [zphaddad@tobinoconnor.com]
**Sent:** Friday, January 25, 2008 5:20 PM
**To:** msmith@slglaw.com
**Subject:** Re:

There's no issue. I was unable to speak with him about your request until late yesterday and again today. Notwithstanding your clients' refusal to voluntarily submit to a continuation of their designee's deposition, Jonathan will submit to a second (and brief) deposition. Jonathan is in Florida, however, and has no plans to be in the area any time soon. Therefore, his deposition will have to be taken in Florida or telephonically, whichever you prefer. In addition, the deposition must be limited to questioning on matters that could not have been discovered prior to the discovery deadline. Please let me know how you would like to proceed. Thanks and have a nice weekend.

Ziad Haddad
Tobin, O'Connor, Ewing & Richard
5335 Wisconsin Avenue, N.W.
Suite 700
Washington, D.C. 20015
202-362-5900
202-362-6579 (fax)

EXHIBIT 1

**Marc J. Smith**

**From:** Ziad P. Haddad [zphaddad@tobinoconnor.com]
**Sent:** Thursday, January 10, 2008 10:40 AM
**To:** Marc J. Smith
**Subject:** RE:

Sorry Marc, but I haven't been able to reach him. I'll try again today. Could you just confirm that you will be limiting your questioning to efforts he has made to secure employment since his last deposition? If not, what else do anticipate questioning him on?

Ziad Haddad
Tobin, O'Connor, Ewing & Richard
5335 Wisconsin Avenue, N.W.
Suite 700
Washington, D.C. 20015
202-362-5900
202-362-6579 (fax)

**From:** Marc J. Smith [mailto:msmith@slglaw.com]
**Sent:** Thursday, January 10, 2008 10:23 AM
**To:** Ziad P. Haddad
**Subject:**

Ziad: Please let me know whether Mr. Morris will consent to the deposition we discussed.

Marc J. Smith
Smith, Lease & Goldstein, LLC
11 North Washington Street
Suite 520
Rockville, Maryland 20850

(301) 838-8950
(301) 838-0322 (Fax)

www.slglaw.com