IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JONATHAN H. MORRIS | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Case No. |
| | : | 1:06-CV-01131 (HHK)(AK) |
| BUVERMO PROPERTIES, INC., et. al., | : | Next Event: Status Conference |
| | : | April 4, 2008 at 10:00 a.m. |
| Defendants. | : | |

**DEFENDANTS' CONSENT MOTION TO EXTEND TIME**

Defendants Buvermo Properties, Inc., Fidelio Properties, Fidelio Properties II, LLC, F.P. Executive Partners, L.L.C., Janivo Realty, Inc., Donelux, Inc., Orvan, Inc., and Fidelio Properties Management, Inc., hereby file their Consent Motion to Extend Time for submitting their Expert Report.

1. On October 25, 2007, this Court granted the parties' Joint Motion to extend the timeframes to complete expert discovery and submit expert reports. According to this Order, Defendants have through and including March 18, 2008 to complete expert discovery and submit their expert report.

2. Defendants' expert requires an additional week to complete his report which involves valuation of the commercial properties at issue in this case. Plaintiff has consented to Defendants' request for a one week extension of time in which to submit their expert report.

3. Defendants consent to a corresponding one week extension of time for Plaintiff to submit his rebuttal statement pursuant to Rule 26(a)(2).

WHEREFORE, for the reasons set forth above, Defendants respectfully request that the Court GRANT their Consent Motion to Extend Time and extend the time in which Defendants

may submit their expert report through and including March 25, 2008 and the time in which

Plaintiff may submit his rebuttal statement pursuant to Rule 26(a)(2).

                                                Respectfully submitted,

                                                SMITH, LEASE & GOLDSTEIN, LLC

By:    /s/ Marc J. Smith
         Marc J. Smith
         D.C. Bar No. 460255
         11 North Washington Street
         Suite 520
         Rockville, Maryland 20850
         Phone: (301) 838-8950

         Counsel for Defendants