**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JONATHAN H. MORRIS | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Case No. |
| | : | 1:06-CV-01131 (HHK)(AK) |
| BUVERMO PROPERTIES, INC., et. al., | : | Next Event: Status Conference |
| | : | April 4, 2008 at 10:00 a.m. |
| Defendants. | : | |

## **ORDER**

Upon consideration of Defendants' Consent Motion to Extend Time for submitting their Expert Report, it is hereby

ORDERED that Defendants' Consent Motion is hereby GRANTED and Defendants shall have through and including March 25, 2008 in which to submit their expert report and Plaintiff shall have a corresponding one week extension of time in which to submit his rebuttal statement pursuant to Rule 26(a)(2).

This __ day of _____, 2008.

_____
Harry H. Kennedy, Jr.
United States District Judge