IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JONATHAN H. MORRIS | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Case No. |
| | : | 1:06-CV-01131 (HHK)(AK) |
| BUVERMO PROPERTIES, INC., et. al., | : | Next Event: Status Conference |
| | : | April 4, 2008 at 10:00 a.m. |
| Defendants. | : | |

**DEFENDANTS' CONSENT MOTION TO EXTEND TIME**

Defendants Buvermo Properties, Inc., Fidelio Properties, Fidelio Properties II, LLC, F.P. Executive Partners, L.L.C., Janivo Realty, Inc., Donelux, Inc., Orvan, Inc., and Fidelio Properties Management, Inc., hereby file their Consent Motion to Extend Time for submitting their Expert Report.

1. On March 18, 2007, this Court granted the Defendants' Consent Motion to extend the time in which Defendants could submit their expert report through and including March 25, 2008.

2. Defendants' expert requires a short extension to complete his report which involves valuation of the commercial properties at issue in this case. Plaintiff has consented to Defendants' request for an extension of time through March 28, 2008 in which to submit their expert report.

3. Defendants consent to a corresponding three day extension of time for Plaintiff to submit his rebuttal statement pursuant to Rule 26(a)(2).

WHEREFORE, for the reasons set forth above, Defendants respectfully request that the Court GRANT their Consent Motion to Extend Time and extend the time in which Defendants

may submit their expert report through and including March 28, 2008 and the time in which

Plaintiff may submit his rebuttal statement pursuant to Rule 26(a)(2).

                                          Respectfully submitted,

                                          SMITH, LEASE & GOLDSTEIN, LLC

By:    /s/ Marc J. Smith
          Marc J. Smith
          D.C. Bar No. 460255
          11 North Washington Street
          Suite 520
          Rockville, Maryland 20850
          Phone: (301) 838-8950

          Counsel for Defendants