**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JONATHAN H. MORRIS        :
                :
 Plaintiff,          :
                :
v.               : Civil Case No.
                : 1:06-CV-01131 (HHK)
BUVERMO PROPERTIES, INC., et. al.,  :
                :
 Defendants.         :

**DEFENDANTS' SUPPLEMENTAL RULE 26(a)(2) DISCLOSURE**

Defendants Buvermo Properties, Inc., Fidelio Properties, Fidelio Properties II, LLC, F.P. Executive Partners, L.L.C., Janivo Realty, Inc., Donelux, Inc., Orvan, Inc., and Fidelio Properties Management, Inc., hereby file their Supplemental Rule 26(a)(2) disclosure, and state that the following individual will be called to testify at trial and provide expert testimony:

 Richard Lanier Parli, MAI
 Parli Appraisal, Inc.
 3545 Chain Bridge Road
 Suite 207
 Fairfax, Virginia 22030

Mr. Parli's written report is attached hereto. Defendants paid Mr. Parli's firm, Parli Appraisal, Inc., $25,000 to complete his study. It is expected that Mr. Parli will be compensated for his testimony on an hourly basis. This report will be supplemented to disclose Mr. Parli's hourly rate.

SMITH, LEASE &
GOLDSTEIN, LLC

ATTORNEYS AT LAW
11 NORTH WASHINGTON
STREET, SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 838-8950

                    Respectfully submitted,

                    SMITH, LEASE & GOLDSTEIN, LLC

By:           /s/
                    Marc J. Smith
                    D.C. Bar No. 460255
                    11 North Washington Street
                    Suite 520
                    Rockville, Maryland 20850
                    Phone: (301) 838-8950

                    Counsel for Defendants

SMITH, LEASE & GOLDSTEIN, LLC

ATTORNEYS AT LAW

11 NORTH WASHINGTON STREET, SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 838-8950