# APPRAISAL REPORT

**RESTON INTERNATIONAL CENTER**
**Commercial Office Building With Excess Density**

11800 Sunrise Valley Drive
Reston, Fairfax County, Virginia

*RETROSPECTIVE VALUE AS OF*

June 9, 2006

*PREPARED FOR*

Smith, Lease & Goldstein, LLC
11 North Washington Street
Suite 520
Rockville, Maryland 20850

## Parli Appraisal, Inc.

3545 Chain Bridge Road, Suite 207, Fairfax, Virginia 22030

# Parli Appraisal, Inc.

*Appraisers of Real Estate since 1946*

Suite 207
3545 Chain Bridge Road
Fairfax, Virginia 22030
parliappraisal.com
Fax (703) 691-3251
(703) 273-6677

March 17, 2008

Marc J. Smith, Esq.
Smith, Lease & Goldstein, LLC
11 North Washington Street
Suite 520
Rockville, Maryland 20850

Dear Mr. Smith:

In response to your request, we have completed an appraisal of the real estate known as the Reston International Center office building with excess land located at 11800 Sunrise Valley Drive, Reston, Virginia

The purpose of this appraisal is to determine the retrospective market value of the leased fee interest in the property "as was" on June 9, 2006.  The appraisal function is to assist in possible litigation over ownership interests.

This is a **Summary Appraisal Report**, which is intended to comply with the reporting requirements set forth under Standards Rule 2-2(b) of the Uniform Standards of Professional Appraisal Practice for a Summary Appraisal Report.  A summary report presents only brief discussions of the data, reasoning and analyses that were used in the appraisal process to develop the appraiser's opinion of value.   Supporting documentation concerning the data, reasoning and analyses are retained in the appraiser's file.  The depth of discussion contained in this report is specific to the needs of the client and for their intended use.  Please refer to the *specific assumptions* stated on page 9 of the report.

This appraisal has been prepared in conformance with the requirements of the Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute.

Marc J. Smith, Esq.
March 17, 2008
Page Two

The accompanying report, with exhibits, describes in summary manner the factors considered and the methods of analysis that were used in forming our opinion that the retrospective market value of the leased fee estate interest in the real estate located at 11800 Sunrise Valley Drive, Reston, Virginia, as of June 9, 2006, was:

<u>SIXTY SEVEN MILLION FIVE HUNDRED THOUSAND DOLLARS</u>
($67,500,000)

We appreciate the opportunity for this appraisal assignment.   Questions of clarification from designated users of the report are welcome.

Respectfully submitted,

PARLI APPRAISAL, INC.

Richard L. Parli, MAI
President

# SUBJECT PROPERTY



Reston International Center Looking North From Sunrise Valley Drive

# SUMMARY OF FACTS AND CONCLUSIONS

| | |
|---|---|
| **Property Name:** | Reston International Center |
| **Address:** | 11800 Sunrise Valley Drive<br>Reston, Virginia 20190 |
| **Property Location:** | West side of Sunrise Valley just north of its intersection with Reston Parkway; property is situated in the southeast quadrant of interchange of Reston Parkway with Dulles Airport Access and Toll Road, in the Reston community of Fairfax County, Virginia |
| **Tax Map Number:** | 0173 03 0001C |
| **FEMA Flood Hazard Map Number and Status:** | 510054 00100D, Zone X (not in floodplain) |
| **Owner of Record on June 9, 2006:** | JBG RIC, LLC |
| **Land Area:** | 369,280 square feet (8.4775 acres) |
| **Improvements:** | 15-Story office building originally constructed in 1973 and extensively refurbished in 2004 with a gross floor area of ±209,885 square feet. In addition to the office building, the improvements include a free-standing 8,768 square foot restaurant building (currently occupied by Chili's) and a 14,232 square foot separate retail/storage building.  Surface parking for 552 vehicles |
| **Zoning:** | PRC (Planned Community) |
| **Utilities:** | Electric, water, sewer, and telephone service are connected |
| **2006 Tax Assessment:** | Total: $45,255,570; Land: 12,028,940; Bldg: $33,226,630. |
| **Highest and Best Use:** | High-rise Office Building with Excess Land |
| **Property Interest Appraised:** | Leased Fee |
| **Market Value:** | $67,500,000 |
| **Effective date of value:** | June 9, 2006 |

## PROPERTY APPRAISED

The subject of this appraisal consists of 369,280 square feet (8.4775 acres) of land developed with a 15-story commercial office building known as the Reston International Center. The building has a total building area of 209,885 square feet and was built in 1973. The property also includes a free-standing restaurant building and a detached former retail building used for storage. The property is located in the planned residential community of Reston in Fairfax County, Virginia.

Street address, tax map, and legal description for the property are listed below:

- Street Address:                11800 Sunrise Valley Drive
                                 Reston, Virginia  20190

- Tax map number:                0173 03 0001C

- Legal Description:             Block 1 C, Section 40, Reston

## PURPOSE OF APPRAISAL

The purpose of this appraisal is to estimate the retrospective market value of the leased fee interest in the property "as was" on June 9, 2006.

The value estimate is to be made in terms of cash.

## INTENDED USE AND INTENDED USER OF APPRAISAL

It is our understanding that this appraisal will be used by our client, Smith, Lease & Goldstein, LLC, to assist in possible litigation action arising out of a partnership interest dispute.

1

# REPORT DATE AND APPRAISAL DATE

This is intended to be a retrospective appraisal in that the valuation dates significantly precede the report date.

The written appraisal report was completed on March 17, 2008, the report date. The effective date of the valuation is June 9, 2006, the date that was requested by the client.

As a retrospective appraisal (the effective date of the appraisal is prior to the date of the report), this appraisal is complicated by the fact that we know what occurred in the market after the effective date of the appraisal. This information would not be available if the valuation were performed contemporaneously with the appraisal date. Therefore, most market data used in the valuation should be dated prior to the appraisal date. However, data subsequent to the effective date may be considered *as a confirmation of trends that would reasonably be considered by a buyer or seller as of that date.* Therefore, some of the market information presented may be dated subsequent to the appraisal date. This data will be relied upon if it represents market information which was known prior to the appraisal date. For example, a sale contracted prior to the appraisal date with settlement reported as subsequent to appraisal date, or in the case where a transaction confirms a market trend indicated by earlier data.

# STATEMENT OF OWNERSHIP

On June 8, 2006, title to the property was vested in the name of JBG RIC, LLC. JBG RIC, LLC purchased the property on March 8, 2006 from Reston International Center Association for a recorded price of $79,654,096. This transfer of title is recorded in Fairfax County Deed Book 18271, page 0140. There had been no transfers of ownership over the preceding five years.

# PROPERTY RIGHTS APPRAISED

The property rights appraised and reported in this document are the leased fee estate interest in the property. On the effective date, the property was partially occupied by tenants. As such, any sale of the property would not have included the immediate full right of occupancy. The value of the property therefore must consider the impact (if any) that the tenant occupancy had on market value.

2

# PROPERTY AGREEMENTS

On June 9, 2006, the Reston International Center was approximately 98% leased under the terms of 25 different leases.  A summary of the tenants and the occupied space is shown in the chart below.

| No. | Tenant Name/ Description | Suite | Lease Type | Square Footage | Start Date | Term/ Expir | Base/Min Rent | Rent Changes | Reimbursement | Use |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Appleton | 10 | Office | 1,345 | 5-May | 8-Apr | $18.04 | Yes | Base Year | Office |
| 2 | Mark Winkler | 100 | Office | 2,668 | 2-Mar | 6-Jul | $27.01 | Yes | Base Year | Office |
| 3 | American Concrete | 309 | Office | 794 | 6-Feb | 5 years | $32.63 | Yes | Base Year | Office |
| 4 | Lucas | 317 | Office | 1,142 | 2-Feb | 6-Dec | $23.49 | Yes | Base Year | Office |
| 5 | Gaughan | 320 | Office | 821 | 1-Nov | 6-Dec | $27.32 | Yes | Base Year | Office |
| 6 | ESOP | 322 | Office | 1,192 | 3-Apr | 8-Mar | $23.87 | Yes | Base Year | Office |
| 7 | CVG | 325 | Office | 1,243 | 4-Jan | 9-Jan | $22.50 | Yes | Base Year | Office |
| 8 | Wine & Spirits | 332 | Office | 2,960 | 3-Jul | 8-Sep | $23.43 | Yes | Base Year | Office |
| 9 | Geobridge | 400 | Office | 3,122 | 5-May | 8-Jun | $23.50 | Yes | Base Year | Office |
| 10 | Miles Stiebel | 405 | Office | 1,331 | 2-Jun | 7-Jun | $24.03 | Yes | Base Year | Office |
| 11 | CGI | 440 | Office | 844 | 5-Sep | 10-May | $20.00 | Yes | Base Year | Office |
| 12 | Mason | 550 | Office | 8,302 | 1-Nov | 6-Nov | $26.23 | Yes | Base Year | Office |
| 13 | CGI | various | Office | 39,723 | 3-May | 10-May | $21.72 | Yes | Base Year | Office |
| 14 | CGI | 1500 | Office | 12,764 | 3-May | 10-May | $19.99 | Yes | Base Year | Office |
| 15 | CGI | 1212 | Office | 3,183 | 5-Mar | 10-May | $19.50 | Yes | Base Year | Office |
| 16 | Convergys | various | Office | 43,399 | 4-Sep | 7-Jun | $18.94 | Yes | Base Year | Office |
| 17 | McGuire Woods | 900 | Office | 8,719 | Jul-99 | 7-Jun | $27.40 | Yes | Base Year | Office |
| 18 | Roberts Browness | 1000 | Office | 8,185 | 5-Feb | 13-Jan | $23.25 | Yes | Base Year | Office |
| 19 | Aegis | 1050 | Office | 4,825 | 5-Feb | 10-Jan | $24.50 | Yes | Base Year | Office |
| 20 | Clorox | 1135 | Office | 2,385 | 3-Oct | 8-Sep | $24.21 | Yes | Base Year | Office |
| 21 | Applied | 1200 | Office | 9,429 | 3-Jul | 6-Jul | $29.71 | Yes | Base Year | Office |
| 22 | Applied | 300 | Office | 2,347 | 3-Aug | 6-Jul | $23.34 | Yes | Base Year | Office |
| 23 | Meyer | 312 | Office | 1,583 | 5-Sep | 10-Aug | $23.20 | Yes | Base Year | Office |
| 24 | CGI | 420 | Office | 2,362 | 5-Sep | 10-May | $20.00 | Yes | Base Year | Office |
| 25 | Chilis | Rest | Retail | 7,850 | Jun-91 | 11-Jun | $21.61 | Yes | Net | Retail |
| | | | | 172,518 | | Weighted Avg | $22.22 | | | |

Leased tenant space is at an average rate of $22.22 per square foot, full service (except Chili's).

To the best of our knowledge, the property was not listed for sale, nor was it subject to a contract of sale or an option agreement.

3

## SCOPE OF THE APPRAISAL

This appraisal is in a **Summary Report** format as defined by Standard 2-2(b) of the Uniform Standards of Professional Appraisal Practice (USPAP). The report is "summary" in that it is intended to contain only a summary of the information and reasoning that went into the valuation conclusion. A summary report presents only brief discussions of the data, reasoning and analyses that were used in the appraisal process to develop the appraiser's opinion of value. Supporting documentation concerning the data, reasoning and analyses are retained in the appraiser's file. The depth of discussion contained in this report is specific to the needs of the client and for their intended use. The appraiser is not responsible for unauthorized use of this report.

In valuing the subject property, the following steps were taken:

- The property was inspected and photographed March 6, 2008.

- Regional, county and neighborhood data were based on information available in the Parli Appraisal, Inc. library, as well as Fairfax County land records, assessment, economic development, planning and zoning offices. The neighborhood data was also based on a physical inspection of the area.

- Property information was based on Fairfax County land records, treasurer's, assessment, finance, zoning and planning offices, in addition to information obtained from our personal inspection.

- National and local market trends were studied as they affect and are related to office land and office buildings. This included a search for information on the supply and demand for office space and office buildings, and an analysis of local data regarding the construction, sale, lease and absorption (including marketing period) of sites like the subject.

- Data compiled in the preceding steps was analyzed to conclude the highest and best use for the property.

- Market data used in developing the *Sales Comparison* and *Income Approaches* to value was collected from the Parli Appraisal office files, other appraisers, brokers, builders, developers, property owners, county assessors, lenders, and other persons knowledgeable about the subject and the subject property's market segment.

- The *Cost Approach* was not employed due to the lack of reliance on the approach by market participants.

- Final estimate of Market Value was made after assembling and analyzing the data defined in this scope of the appraisal.

# OPERATIONAL DEFINITIONS

The appraisal is intended to conform to the Uniform Standards of Professional Appraisal Practice (USPAP) promulgated by the Appraisal Standards Board of the Appraisal Foundation. In addition, the appraisal and report shall conform to the Real Estate Appraisal Rules of the regulatory agencies comprising the Federal Financial Institution Examination Council (FFIEC), particularly 12 CFR 34.41 through 34.47 issued by the Office of Comptroller of the Currency (OCC) and 12 CFR Part 1608 issued by the Resolution Trust Corporation (RTC). The appraisal and report is also intended to be in conformity with the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989.

As such, the following definitions apply:

**Market Value** means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (A) buyer and seller are typically motivated; (B) both parties are well informed or well advised, and each acting in what it considers its own best interest; (C) a reasonable time is allowed for exposure in the open market; (D) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (E) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

**Market Value As Was On Appraisal Date** means an estimate of the market value of a property in the condition as it physically and legally existed without hypothetical conditions, assumptions, or qualifications as of the effective appraisal date.

**Fee Simple Estate** is defined as the absolute ownership unencumbered by any other interest or estate.

**Leased Fee Estate** is defined as an ownership interest held by a landlord with the right of use and occupancy conveyed by lease to others; usually consists of the right to receive rent and the right to repossession at the termination of the lease. The lease fee estate interest in a property is equivalent to the fee simple estate but with consideration given to any leases in place at the time of the appraisal.

5

## EXPOSURE TIME

The definition of Market Value is conditioned on the premise that "a reasonable time is allowed for exposure." Exposure time is always presumed to precede the effective date of the appraisal.

Exposure time may be defined as follows: the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at Market Value on the effective date of the appraisal; a retrospective estimate based upon an analysis of past events, assuming a competitive and open market.

Exposure time is different for various types of real estate under various market conditions. The overall concept of reasonable exposure encompasses not only adequate, sufficient and reasonable *time* but also adequate, sufficient and reasonable *effort*.

Exposure period is a function of price, time and use, not an isolated estimate of time alone. Our estimate of the time period for reasonable exposure is based upon statistical information about days on market, information gathered through sales verification and interviews with market participants.

For the subject property, our estimate is an exposure period of 9 to 12 months.

## ASSUMPTIONS AND LIMITING CONDITIONS

This appraisal report has been made with the following *general assumptions*:

1. No responsibility is assumed for the legal description or for matters including legal or title consideration. Title to the property was assumed to be good and marketable unless otherwise stated.
2. The property was appraised free and clear of any or all liens or encumbrances unless otherwise stated.
3. Responsible ownership and competent property management are assumed.
4. The information furnished by others is believed to be reliable. However, no warranty is given for its accuracy.
5. All engineering was assumed to be correct. The site plan, floor plans and illustrative material in this report are included only to assist the reader in visualizing the property.
6. It is assumed that there were no hidden or apparent conditions of the property, subsoil, or structures that rendered it more or less valuable. No responsibility is assumed for such conditions or for arranging for engineering studies that may be required to discover them.
7. It is assumed that there was full compliance with all applicable federal, state, and local environmental regulations and laws unless noncompliance is stated, defined, and considered in the appraisal report.
8. It is assumed that all applicable zoning and use regulations and restrictions had been complied with, unless a nonconformity has been stated, defined, and considered in the appraisal report.
9. It is assumed that all required licenses, certificates of occupancy, consents, or other legislative or administrative authority from any local, state, or national government or private entity or organization had been or could be obtained or renewed for any use on which the value estimate contained in this report is based.
10. It is assumed that the utilization of the land and improvements is within the boundaries or property lines of the property described and that there was no encroachment or trespass unless noted in the report.
11. Unless otherwise stated in the report, the existence of hazardous substances, including without limitation asbestos, polychlorinated biphenyls, petroleum leakage, or agricultural chemicals, which may or may not be present on the property, or other environmental conditions, were not called to the attention of nor did the appraisers become aware of such during the appraisers' inspection. The appraisers have no knowledge of the existence of such materials on or in the property unless otherwise stated. The appraisers, however, are not qualified to test such substances or conditions. If the presence of such substances, or environmental conditions, may affect the value of the property, the value estimated is predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss of value. No responsibility is assumed for any such conditions, nor for any expertise or engineering knowledge required to discover them.
12. The Americans with Disabilities Act (ADA) became effective January 26, 1992. We have not made a specific compliance survey and analysis of this property to determine whether or not it was in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more of the requirements of the Act. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we did not consider possible non-compliance with the requirements of ADA in estimating the value of the property.

### Specific assumptions:

This appraisal report has been made with the following *specific assumptions:*

1.  We did not have access to operating statements and leases that were contemporaneous with June 6, 2006. We were provided a copy of the Investment Offering package developed by the previous owner titled Reston International Center and Reston Land, Volume V, dated October 2005. We were not provided with any copies of actual leases. Therefore, this valuation assumes the accuracy of the data provided to us by our client.

2.  We were unable to inspect all floors of the building due to security reasons. The areas we did inspect were represented to us as "representative and typical". This report assumes that those areas not inspected were similar in condition to those areas inspect.

3.  The property was inspected on March 6, 2008. We were informed of certain changes that had occurred to the property since June 2006 and have factored them into this appraisal. The remainder of the property is assumed to have been in condition similar to that observed during our formal inspection.


### General Limiting Conditions:

This appraisal report has been made with the following *general limiting conditions*

1.  The distribution, if any, of the total valuation in this report between land and improvements applies only under the stated program of utilization. The separate allocations for land and buildings must not be used in conjunction with any other appraisal and are invalid if so used.
2.  Possession of this report, or a copy thereof, does not carry with it the right of publication. It may not be used for any purpose by any person other than the party to whom it is addressed without the written consent of the appraiser, and in any event only with proper written qualification and only in its entirety.
3.  The appraiser herein by reason of this appraisal is not required to give further consultation, testimony, or be in attendance in court with reference to the property in question unless arrangements have been previously made.
4.  Neither all nor any part of the contents of this report (especially any conclusions as to value, the identity of the appraiser, or the firm with which the appraiser is connected) shall be disseminated to the public through advertising, public relations, news, sales, or other media without the prior written consent and approval of the appraiser.

# CERTIFICATION

i certify that, to the best of my knowledge and belief:

1.  I have made a personal inspection of the property that is the subject of this report.
2.  Brian L. LeBlanc provided significant professional assistance to the person signing this report.
3.  The statements of fact contained in this report are true and correct.
4.  The reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, unbiased professional analyses, opinions, and conclusions.
5.  I have no present or prospective interest in the property that is the subject of this report, and I have no personal interest or bias with respect to the parties involved.
6.  My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of our client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.
7.  This appraisal assignment is not based on a requested minimum valuation, a specific valuation, or the approval of a loan.
8.  My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and the Standards of Professional Practice of the Appraisal Institute.
9.  The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.
10. The appraiser has performed within the context of the competency provision of the Uniform Standards of Professional Appraisal Practice.
11. As of the date of this report, Richard L. Parli, MAI has completed the requirements of the continuing education program of the Appraisal Institute.
12. Richard L. Parli is a certified general real estate appraiser in the State of Virginia as of the date of this report, and is permitted to perform real estate appraisals in connection with federally related transactions in the State.
13. The retrospective market value of the leased fee estate interest in the property that is the subject of this report, as of June 9, 2006, was $67,500,000.



Richard L. Parli, MAI
President

COMMONWEALTH OF VIRGINIA

RICHARD L. PARLI
No. 4001 001097
Certified General
Real Estate
Appraiser

9

# LOCATION ANALYSIS

A summary analysis of how the subject property is affected by its location is provided in the following two subsections: *Area Description* and *Neighborhood Description.* The *Area Description* provides an overview of the Washington, DC Metropolitan area. The *Neighborhood Description* will present an overview of the subject's local neighborhood.

## Area Description

The subject property is located 17 miles northwest downtown Washington, D.C. in the Reston area of Fairfax County, Virginia. The Northern Virginia region includes the cities of Alexandria, Manassas and Falls Church, and the counties of Fairfax, Arlington, Prince William and Loudoun. Fairfax is part of the Washington, D.C. Metropolitan Statistical Area (MSA) and the Washington-Baltimore Consolidated Metropolitan Statistical Area (CMSA).



Population, employment and gross regional product (GRP) increased by 54%, 112% and 223% respectively in the greater Washington area during the years 1970 to 2000. The Metro area ranked first in job growth over the past year and over the past 5 years. Almost 85,000 jobs were added during the past year, with over 22% of these in the professional and business service categories. This growth occurred in spite the fact that Information technology positions fell by almost ½ % during this period. In June 2006, Northern Virginia constituted nearly half of the regional economy, with Maryland and the District of Columbia at nearly 30% and 20% respectively. GRP growth was forecast to decline from 5% in 2005 to 4% in 2010; however, Northern Virginia was slated to gain an average of 46,000 jobs in year 2006 and 2007.

As of May 2006, the unemployment rate for the Virginia part of the MSA was 2.1%. The unemployment rate for the same period for Fairfax County was 2.1%.

10

As of May 2006, the unemployment rate for the Virginia part of the MSA was 2.1%. The unemployment rate for the same period for Fairfax County was 2.1%.
Employment strength and low interest rates fueled housing demand. Average mortgage rates had declined from ±8% during the 1990's to ±6.5% in the 2000's. A housing deficit of over 690,000 units was forecast for year 2015 for the region. Annual appreciation in house prices averaged over 18% since year 2002 thru first quarter 2005. Appreciation in the Northern Virginia residential market over the year ending in August 2006 approximated 27.5% and the average sale price in Northern Virginia was $480,000. By June 2006, the market was characterized as stable with evidence of an oversupply dampening further appreciation.

Reston is a planned community initiated in the 1960s located between Tyson's Corner and the Washington Dulles International Airport along the Dulles Airport Access Road and Dulles Toll Road (DAAR). It extends as far north as Route 7 and as far south as Stuart Mill Road. Reston is comprised of 7,100 acres and is designed around the concept of clustering the community into five "villages", each with its own village center. By June 2006, the originally planned development was complete. Redevelopment and infill with more intense uses was taking place Reston Town Center on the northwest quadrant of Sunset Hills Road and the Reston Parkway.

Summary demographic information for Reston indicates an average age for residents of under 40 years, household of about 2 people and household income of $65,000, with almost 70% having college education.

The rapid appreciation in residential real estate values was expected to taper off during the following five years. However, the regional economy was expected to remain strong and fuel continued demand both for residential and commercial real estate. The Washington area added 81,600 jobs in 2005, which was the strongest rate in five years. Growth had been seen in both Dulles International and National airports, with over 45 millions passengers in year 2005, a 6 million passenger increase from year 2004. Regional demand for commercial office space recovered in year 2005, with average *Direct Vacancy* of 7.8%. Regional office market statistics are summarized in the following table.

| METROPOLITAN AREA MARKET STATISTICS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Office Markets | No. of Bldgs | Rentable Inventory (SF) | Avail. Vacant Space (SF) | Direct Vacancy | Vacancy w/Sublet | Class A FS Rent | Class B FS Rent | YTD Net Absorption | Under Construction | % UC Leased |
| District of Columbia | 585 | 101,281,897 | 6,478,693 | 5.5% | 6.4% | $43.66 | $36.11 | 3,663,125 | 7,252,862 | 41.8% |
| Suburban Maryland | 745 | 64,373,626 | 6,517,978 | 8.9% | 10.1% | $25.82 | $23.08 | 1,496,216 | 1,431,815 | 18.1% |
| Northern Virginia | 1,246 | 135,677,268 | 14,163,656 | 9.0% | 10.4% | $28.61 | $25.07 | 5,412,581 | 5,103,119 | 44.5% |
| Metropolitan Area | 2,576 | 301,332,791 | 27,160,327 | 7.8% | 9.0% | $31.63 | $27.32 | 10,571,922 | 13,787,796 | 40.4% |

Northern Virginia (NOVA) remained a primary office market. Demand was characterized as up and speculative development in key locations had returned. Average *Direct Vacancy* of 9% was reported; however, rental rates were forecast to increase throughout year 2006. The Department of Defense Base Realignment and Closure (BRAC) recommendations were expected to shift demand in NOVA submarkets, with the Fort Belvoir area benefiting the most.

The extension of Metrorail from Falls Church to Dulles International Airport was driving renewed and expanded interest in the Dulles Toll Road corridor. The Metropolitan Washington Airport Authority had proposed taking over the project to ensure completion and service to Dulles Airport along the Dulles Toll Road/ Dulles Airport Access Road (DAAR). The Dulles Corridor Metrorail Project was expected to consist of a new 23-mile extension of rail from East Falls Church in

Arlington, west through Tyson's Corner, Reston, and Dulles International Airport, to Ryan Road in Loudoun County. Eleven new stations were proposed. The project was expected to consist of two phases, with phase I construction beginning in year 2006 and being completed in 2015 with opening of the Reston Parkway station in Reston.

The Reston office market has rebounded strongly during 2004/2005. Most of the planned office development was slated for Reston Town Center, an urban (main-street style) concentration of high-density housing, retail, office buildings and cultural facilities. Corporations with 100,000 square feet of space or more in Reston include Unisys, Accenture, Sallie Mae, Oracle, Nextel, Verizon, Sprint, BAE Systems, Freddie Mac, Raytheon, Software AG, Northrop Grumman, IBM, and Siebel Systems.

Statistics for the *Inner* Northern Virginia office market are summarized in the following table[1].

| NORTHERN VIRGINIA SUBMARKET STATISTICS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Office Markets | No. of Bldgs | Rentable Inventory (SF) | Avail. Vacant Space (SF) | Direct Vacancy | Vacancy w/Sublet | Class A FS Rent | Class B FS Rent | YTD Net Absorption | Under Const | % UC Leased |
| ALEXANDRIA | | | | | | | | | | |
| Old Town Alexandria | 84 | 5,752,503 | 465,319 | 5.9% | 8.1% | $30.89 | $24.67 | 158,577 | 341,611 | 17.3% |
| Eisenhower Avenue/I-395 | 49 | 8,172,571 | 935,303 | 11.0% | 11.4% | $25.35 | $23.51 | 451,116 | 195,439 | 65.9% |
| Total Alexandria | 133 | 13,925,074 | 1,400,622 | 8.9% | 10.1% | $29.49 | $24.17 | 609,693 | 537,050 | 35.0% |
| ARLINGTON COUNTY | | | | | | | | | | |
| Rosslyn/Ballston Corridor | 106 | 19,020,700 | 1,106,406 | 5.2% | 5.8% | $33.01 | $27.52 | 1,378,104 | 1,505,714 | 66.6% |
| Crystal City/Pentagon City | 53 | 12,753,678 | 1,664,333 | 12.3% | 13.1% | $33.02 | $31.86 | (296,334) | 629,159 | 66.8% |
| Total Arlington County | 159 | 31,774,378 | 2,770,739 | 8.1% | 8.7% | $33.02 | $30.84 | 1,081,760 | 2,134,873 | 66.6% |
| FAIRFAX COUNTY | | | | | | | | | | |
| Tysons Corner/McLean/Vienna | 190 | 24,325,718 | 3,058,660 | 10.8% | 12.6% | $28.72 | $24.54 | 1,405,854 | 0 | - |
| Reston | 128 | 14,393,982 | 1,625,624 | 9.7% | 11.3% | 27.37 | $23.08 | 462,855 | 333,355 | 74.3% |
| Herndon | 90 | 9,370,416 | 1,296,568 | 10.7% | 13.8% | $25.49 | $20.34 | 514,166 | 193,138 | 0.0% |
| Route 28 Corridor South | 87 | 7,768,775 | 983,588 | 10.9% | 12.7% | $23.50 | $22.00 | 474,284 | 809,315 | 12.8% |
| Merrifield | 66 | 6,519,840 | 303,606 | 2.8% | 4.7% | $29.18 | $22.35 | 436,379 | 0 | - |
| Fairfax Center | 54 | 6,002,949 | 457,699 | 4.5% | 7.6% | $25.28 | $22.88 | 53,742 | 200,000 | 0.0% |
| Annandale/Falls Church/I-395 | 60 | 5,866,824 | 425,215 | 7.0% | 7.3% | $24.38 | $23.29 | 33,117 | 85,000 | 63.1% |
| Springfield/Burke/Route 1 | 69 | 4,165,663 | 495,846 | 11.2% | 11.9% | $26.09 | $21.95 | 5,211 | 176,485 | 0.0% |
| Fairfax City/Oakton | 57 | 3,497,168 | 199,595 | 5.3% | 5.7% | $24.50 | $21.76 | (6,517) | 0 | - |
| Total Fairfax County | 801 | 81,911,335 | 8,846,401 | 9.0% | 10.8% | $27.08 | $23.26 | 3,379,091 | 1,797,293 | 22.5% |

Vacancy in the Reston market ran between 9.7% and 11.3% as of year-end 2005, with Class A office space obtaining Full Service rents in the range of $27 to $27.50 per square foot. Absorption was recorded at 462,860 square feet (38,570 square feet per month). Class A office with Dulles Toll Road visibility is bringing full-service rents in the range of mid $30 per square foot. In June 2006 there was 333,400 square feet of space under construction and several projects were ready to break ground.

---

[1] Washington, DC Metropolitan Area Market Review, Year End 2005; GVA Advantis.

## Neighborhood Description

The subject property is situated in the southeast quadrant of Reston Parkway and the Dulles Airport Access and Toll Road (DAAR). The property has primary frontage on Sunrise Valley Drive. It is bounded on north by the Dulles Airport Access and Toll Road (DAAR) and on the west by Reston Parkway. The property is in close proximity is the planned Reston Parkway Metrorail Station and 1/2 mile south of Reston Town Center.

In June 2006, the immediate area was dominated by the subject property with adjacent complementary retail and hotel uses. Across Sunrise Valley Drive is the Reston International public golf course and further south is single and multi-family residential development. To the west, across Reston Parkway along Sunrise Valley Drive and extending to Fairfax County Parkway (see adjacent map), is a significant development of newer mid-rise office buildings in various office parks, including Reston Corner, Reston Plaza, Reston Sunrise, Sunrise Plaza, and Summit business parks. Only a few of these developments are supported by  structured parking. At the end of the second quarter, 2006, Co*Star reported that there was 3,179,958 square feet of space distributed through 28 buildings. The vacancy rate was reported at 2.2% and the average face rent was about $27.90 per square foot, full service. The subject was reported to be 10.4% vacant with average face rents of $26.76 per square foot.

In comparison, the Reston Town Center area, on the north side of the DAAR, there was 3,785,858 square feet of commercial office space distributed through 23 buildings, reporting a vacancy rate in the second quarter 2006 of 5.6% and average face rents of $32.72 per square foot.

The DAAR provides direct access to Dulles Airport and Loudoun County to the west and Tyson's Corner, Arlington, the Capital Beltway, and Washington DC to the east.

The planned Dulles Corridor Metrorail Reston Parkway Station will be to the northwest of the subject site, in the DAAR medium with bridges linking the north and south sides of DAAR. The station will serve as the eastern-most station for Phase II of the project and was scheduled for completion in 2015. The area is identified by the Fairfax County Comprehensive Plan as 

*Land Sub-Unit F-1 Area.* The parcels zoned Planned Residential Community are planned for the uses and intensities (if applicable) approved for the individual parcels. The other parcels in the land unit are planned for office use at .35 FAR. All of the parcels in Sub-unit F-1 are also planned for residential use at up to 30 dwelling units per acre.

The Plan goes on to state that at such time as a funding agreement for rail, is reached, mixed-use development up to a 1.0 FAR may be considered for Sub-unit F-1, provided that the mix of uses includes a residential component and a non-residential component that includes office, hotel, and support retail. The residential component should be at least 40% but no more than 50% of the total gross floor area of the development. Some combination of office, hotel and support retail uses may comprise 50-60% of the total gross floor area of the development.



Much of the property in the immediate area was also part of the *Dulles Rail Transportation Improvement District.* Commercial property was assessed a tax under this district to fund Metrorail extension.

The subject location was considered underutilized while Reston Town Center was being developed and built out to higher densities. Extension of Metrorail through Tyson's Corner and Reston to Dulles Airport is a strongly positive influence. Reston and the greater Northern Virginia markets were slightly over-supplied for both commercial and residential real estate but the economy was forecast to continue to grow.

14

## PROPERTY DESCRIPTION

The subject consists of 8.4775 acres of land developed with an office tower, a detached restaurant building, and a storage building that formerly served to house retail activities.  The total gross floor area of the improvements is 232,885 square feet, reflecting a developed density of 0.63 FAR.

## Description Of The Land

The site is roughly rectangular in shape and at grade with surrounding roads.   A property survey is shown below.  Site characteristics include:

- Address: 11800 Sunrise Valley Drive

- Real Property Code: 0173 03 0001C

- Irregular/Rectangular shape

- Area: 369,280 square feet (8.4775 acres)

- Generally level, at grade with surrounding roads and properties

- Good visibility on Dulles Toll Road and Wiehle Avenue

- Direct access Sunrise Valley Drive

- None of the site is within a recognized flood zone area as indicated by Federal Emergency Management Agency (FEMA map Number 515520 0010 B dated May 3, 1982.

- Utilities: Connected to site include electric, water, natural gas, public sewer, and telephone.



- Subsoil conditions: *assumed* adequate to support construction similar to existing building.

- Environmental Conditions: unknown to the appraiser, no obvious environmental hazards were noted based on personal inspection.

- Easements: assume typical utility and emergency access easements; none noted that would have a negative impact on property value.

15

**Legal Restrictions**

Legal use of the property is governed by three documents: the Reston Master Plan, the Zoning Ordinance and the Comprehensive Plan.

Reston Master Plan

Development of the property is guided by its 1969 Development Plan (#B846) as part of the overall Reston Master Plan. The property's use is identified as "office, service center, minor commercial and high density residential." This approved development plan does not have a limitation or stated maximum allowable floor area for the property.

Zoning

The PRC District is established to permit the development of planned communities on a minimum of 750 contiguous acres of land, which at the time of the initial rezoning to establish a PRC District is owned and/or controlled by a single individual or entity. Such planned communities shall be permitted only in accordance with a comprehensive plan, which plan, when approved, shall constitute a part of the adopted comprehensive plan of the County and shall be subject to review and revision from time to time.

The PRC District regulations are designed to permit a greater amount of flexibility to a developer of a planned community by removing many of the restrictions of conventional zoning. This flexibility is intended to provide an opportunity and incentive to the developer to achieve excellence in physical, social and economic planning. To be granted this zoning district, the developer must demonstrate the achievement of the following specific objectives throughout all of his planning, design and development.

Uses permitted by-right include retail, offices, restaurants, and residences. The subject is a conforming use.

On March 4, 2005, the property received approval (6734-SP-02-2) for development of an additional 201,824 square foot, 7-story office building with an adjacent 7-level parking garage (2 levels below grade) that would add an additional 814 net spaces (995 gross with the loss of 181 existing surface spaces). The development of the additional 201,824 square feet of office space and parking garage would necessitate demolition of a portion of the existing improvements (the detached retail/storage building).

While this plan was technically approved on June 9, 2006, the approval had reportedly lapsed due to a lack on bonding.

Comprehensive Plan

The subject's area is identified by the Fairfax County Comprehensive Plan as *Land Sub-Unit F-1 Area*. The parcels that are zoned PRC (Planned Residential Community) are planned for the uses and intensities (if applicable) approved for the individual parcels. The other parcels in the land unit are planned for office use at .35 FAR. All of the parcels in Sub-unit F-1 are also planned for residential use at up to 30 dwelling units per acre.

The Plan goes on to state that at such time as a funding agreement for rail is reached, mixed-use development up to a 1.0 FAR may be considered for Sub-unit F-1, provided that the mix of

16

uses includes a residential component and a non-residential component that includes office, hotel, and support retail. The residential component should be at least 40% but no more than 50% of the total gross floor area of the development. Some combination of office, hotel and support retail uses may comprise 50-60% of the total gross floor area of the development.

It is understood that on June 9, 2006, the property was also proposed for development with an additional 240 multi-family units that would be situated in a single, 12-story building over-top of a parking garage. Our analysis indicates that the site could accommodate the additional residential density and that it is reasonably probable that a proposal for such would have been approved by Fairfax County.

## Description Of Improvements

The improvements to the land include a 15-story office building containing 209,885 square feet, an 8,768 square foot detached restaurant building, and a 14,232 storage building (formerly used for retail), paved surface parking and landscaping.

<u>The Office Building</u>

The office building is a nearly square shaped, glass exterior building with floor plates of about 14,000 square feet. There is no basement. The building is **prominently set near** the northern edge of the property, providing excellent exposure from all points of the surrounding community.



At the first floor (lobby) level, the main entrance leads into a building vestibule extending into the middle tower and the bank of four elevators. In 2006 the main tenant on the first floor was a bank branch (Chevy Chase) with secondary space serving as the building management office.

The typical upper level contains the central core lobby providing access to the elevators and restrooms, and utility rooms. Surrounding office space is accessed by carpeted common area with sheetrock partitioning and acoustic tile drop ceiling with recessed fluorescent lighting.

The finish schedule is average in terms of materials for this type of building.

Building characteristics are summarized below:

- ° Total Gross Building Area:      209,885 square feet
- ° Completed in 1973
- ° Designed as a nearly square office tower with a central bank of elevators providing access to all floors.
- ° 15 stories.
- ° Exterior facade of reflective glass with pre-cast masonry panels as accents.
- ° Not sprinklered in 2006
- ° Membrane roof

18

Building Size Calculation  It should be noted that we were not provided with and were unable to obtain floor plan drawings with calculation of either gross building area, gross floor area, or net rentable floor area.  We have come to the following conclusions for purposes of this appraisal:

|  | Net Rentable Area (SF) | Gross Building Area (SF) |
|---|---|---|
| TOTAL BUILDING | 183,200 | 209,885 |

Thus, the property has an efficiency ratio of 87.3%.

Restaurant Building

The restaurant building is a one-story, stucco clad masonry structure containing a total area of 8,768 square feet.  The structure was original developed in the early 1970s as a theatre and converted some time later into its current use.  The tenant is a franchise of the Chili's brand.  The structure is located just to the south of the office building.



Retail/Storage Building

The retail/storage building was originally developed in conjunction with the office building as a retail complement.  With the opening of Reston Town Center, the need for retail space in this location evaporated and the structure has been used for storage.  The building is one-story with multiple bays and with a total gross floor area of 14,232 square feet.



**Site Improvements**

Site improvements about 300,000 square feet of asphalt paving providing parking for about 552 vehicles (±2.37 per 1,000 square feet of gross building area).  There is attractive but modest landscaping and a brick courtyard connecting the three buildings.

**Property Condition**

Overall, the property is considered to be in good condition. We observed no areas of deferred maintenance during our inspection.  The quality of materials and maintenance is considered average.  The property was reportedly refurbished between 2001 and 2005 at a cost of about $2.7 million, detailed as follows:

| CATEGORY | COST |
|---|---|
| HVAC | $1,737,765 |
| Fire/Life Safety | $   375,000 |
| Elevators | $     91,607 |
| Exterior | $     85,995 |
| Lobby/Corridors | $   218,932 |
| ADA | $   118,187 |
| Miscellaneous | $     27,118 |
| TOTAL | $2,654,808 |

The floor plate is adequate in size and configuration (central core) to produce good efficiencies.

The office building is considered to suffer from a lack of adequate parking.  The property's need for parking is measured against the industry standards[2] as follows:

| USE | Market Standard Parking | Parking Required | Parking Provided |
|---|---|---|---|
| Restaurant | 10 spaces/1,000 sf | 88 spaces | 88 spaces |
| Storage | 1 space/1,000 sf | 14 spaces | 14 spaces |
| Commercial Office | 3.0 spaces/1,000 sf | 630 spaces | 450 spaces |
| TOTAL | | 732 spaces | 552 spaces |
| | PARKING DEFICIENCY | 180 spaces | |

This deficiency can only be relieved through the construction of a multi-level parking garage.  We estimate the 180 spaces would require a about 66,600 square feet of parking garage, distributed through three levels at a cost of about $40.00 per square foot, or $2,664,000.   Our analysis indicates that constructing the garage would enhance property value by more than $2,664,000 and thus the condition is considered curable; and since there would have been no additional costs incurred by retrofitting the property with the garage compared to development in conjunction with the office building, there is no functional obsolescence.

The office building had an actual age of about 35 years.   We estimate the economic age at 20 years with a remaining economic life 30 years.

The restaurant building was in generally good condition and had a remaining economic life of about 30 years.

The retail/storage building had reached the end of its economic life and contributed no value to the land.

---

[2] The subject has a current parking ratio of about 2.6 spaces per 1,000 sf;  our research revealed an average ratio for the community of about 3.5 spaces per 1,000, ranging from 2.9 to over 4 spaces per 1,000 sf.  We have concluded that the subject needs no less than 3 spaces per 1,000 sf to operate effeciently.

## Taxes And Assessments

Real estate assessments for the subject is presented in the following table:

**TAX PARCEL 0173 03 0001C**

| YEAR | LAND VALUE | IMPROVEMENT VALUE | TOTAL VALUE | TAX RATE | TAXES |
|------|-----------|-------------------|-------------|----------|-------|
| 2006 | $12,028,940 | $33,226,630 | $45,255,570 | $1.111/$100 | $502,789.38 |

Assessments are intended to represent 100% of Fair Market Value. Properties in Virginia are reassessed annually.

In July 2004, a new Dulles Rail East Tax was assessed to certain properties being impacted by the proposed extension of the Metro system. This amounts to $0.22/$100 and was applied for 2006.

The assessed value in 2006 equates to $194.33 per square foot of gross floor area.

21

# HIGHEST AND BEST USE

Highest and best use forms the basis for the applying the three most common approaches to valuing real estate. Highest and best use is defined as the reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value. Four criteria must be met for highest and best use: legal permissibility, physical possibility, financial feasibility, and maximum profitability.[3]

A specific land use must meet four basic criteria to be considered the Highest and Best Use: 1) physically possible, 2) legally permissible, 3) financially feasible, and 4) maximally productive. Also, the highest and best use must be consistent with the conclusions drawn from the regional and neighborhood information. A highest and best use analysis is generally made for both a property's *as improved* and *as if vacant* conditions.

## As If Vacant

In June 2006, if vacant and available for development, the subject property could legally support 411,709 square feet of office space, 8,768 square feet of restaurant space, and 240 multi-family residential units in a 290,400 square foot building, all supported by surface and structured garage parking. This would produce a development density of 1.90 FAR. The site size could physically support this development and market analysis indicates that immediate development would be financially feasible and maximally productive.

## As Improved

As of the appraisal date, the subject is comprised of 232,885 square feet of space distributed through three buildings. One of those buildings – the 14,232 square foot retail/storage building – has reached the end of its economic life. The remaining two buildings produce a developed density of 0.59 FAR. Compared to the subject's potential development, there is excess density equal to 201,824 square feet of office space and 290,400 square feet of multi-family residential space. The development of this space would require extraordinary development costs associated with the replacement of the existing 552 parking spaces that would be lost with development. This extraordinary development cost is estimated at $8,169,600 (552 x 370 sf x $40 = $8,169,600).

## Highest and Best Use Conclusions

In summary, we have concluded that the subject's highest and best use, *as if vacant*, was for office building development with supporting restaurant/retail space to an overall FAR of 1.90 FAR.

The highest and best use of the property, *as improved*, was continued use as a commercial office building with detached restaurant and development of an additional 201,824 square feet of office space and 290,400 square feet of multi-family residential space and supporting parking garages. Our analysis indicates that the office space would be leased multi-tenancy is the most likely use of both buildings; the multi-family would most likely be dedicated to condominium use. There was market support for continued use of the existing building and for development of the excess

---

[3] *The Dictionary of Real Estate Appraisal,* Appraisal Institute; Third Edition; 1993.

density.  The most likely purchaser would therefore be an active developer who would complete the project. The most likely users of the subject space would be medium and small tenants (5,000 – 10,000 sf).

# VALUATION

The purpose of this appraisal is to estimate the retrospective market value of the leased fee estate interest in the property in its "as-was" condition, as of June 9, 2006. Highest and best use of the property *as improved* is continuation of the current use of the existing office building and restaurant but demolition of the storage building for development of an additional 201,824 square feet of office space and 290,400 square feet of multi-family residential space, all supported by structured parking.

Only the Sales Comparison and Income Approaches will be developed. The excess density will be valued by the sales comparison method. The Cost Approach will not be used because the market participants do not generally rely on it to value existing office buildings.

The property is an existing 15-story office building with 209,885 gross square feet and 183,200 net rentable square feet, with excess development density consisting 201,824 gross square feet of additional office space and 240 multi-family units. In June 2006, the existing improvements were 98% leased.

We will first value the excess density and then apply the two approaches to value the office building.

24

## Excess Office Density Value

The excess office density totals 201,824 square feet. Excess development density is the functional equivalent of excess land and will be valued as such.

Land is valued as if vacant for its highest and best use by comparing it with similar land that has recently sold or been offered for sale.

### OFFICE DENSITY COMPARABLE 1

| | |
|---|---|
| Location: | 11352 Random Hills Road |
| | Fairfax Center, Fairfax County, Virginia |
| Grantor: | Cherrywood Plaza Partners, LLC |
| Grantee: | REP CHW Realty, LLC |
| Deed Date: | October 25, 2004 |
| Consideration: | $5,850,000 |
| Deed Reference: | 2004042941.001 |
| Tax Map Number: | 056-2-01-0333G2 |
| Zoning: | I-5 |
| Utilities: | All available |
| FAR: | 0.87 |
| Land Area: | 5.29 Acres (230,432 square feet) |
| Unit FAR: | $29.25 |
| Conditions: | Arm's length transaction |
| Financing: | All cash to the seller |
| Confirmation: | Deed records, Inspection, Agent |

Raw land parcel for office development on west side of Fairfax City at Random Hills and Waples Mill roads, south of I-66 and Route 50. Eight-story office building known as Bridgewater Corporate Center with 200,000 square feet currently under construction. No leases have been signed. The owner is quoting $31 full-service rents with $8.25 per square foot in expenses and $30-$40 per square foot in tenant Improvements on shell space.

### OFFICE DENSITY COMPARABLE 2

| | |
|---|---|
| Location: | Dulles Station/ Sunrise Valley |
| | Reston, VA |
| Grantor: | Dulles Station LLC (Equity Office/Trammell Crow) |
| Grantee: | WRIT Dulles Station LLC |
| Date of Sale: | December 2, 2005 |
| Reference: | Deed book 18019, page 1919 |
| Tax Map Number: | 016-1-25-0006-A |
| Zoning: | PDC |
| Utilities: | All available |
| FAR: | 2.35 |
| Size: | 5.27 Acres (229,561 square feet) |
| Consideration: | $24,700,000 |
| Proposed Use: | 540,000 square foot Class A Commercial office building and structured parking |

Unit Price:              $45.74 per FAR foot
Confirmation:            Deed records; Grantee (T.Regall)

Level, rectangular site with good visibility on Dulles Toll Road and walking distance to future planned Metrorail station.  Buyer indicated that purchase included construction plans and that grantor is the developer.  They plan to build an office park. Phase I Building will be 180,000 square feet. Phase II building will be 360,000 square feet with a structured office garage. Construction should start 01/15/2006 on Phase I.  Phase II time line is still to be determined. The project should take about 18 months to be completed.  Grantor acquired site in September of 2004 for $10,800,000 or $23.50 per proposed FAR.  Earlier sale was reportedly not marketed.

## OFFICE DENSITY COMPARABLE 3

Location:                13800 Sunrise Valley Drive
                         Dulles Corner, Fairfax County, Virginia
Grantor:                 FAIRFIELD DULLES CORNER LLC
Grantee:                 Vardell Realty Investments LLC
Deed Date:               September 23, 2005
Consideration:           $22,816,360
Deed Reference:          *NA*
Tax Map Number:          0154 01 parcels 13E and 13F
Zoning:                  PDC
Utilities:               All available
FAR:                     0.67
Land Area:               15.33 Acres (667,775 square feet)
Unit FAR:                $35.00
Conditions:              Arm's length transaction
Financing:               All cash to the seller
Confirmation:            Deed records, Inspection, Grantee

Mixed use office/hotel parcel of land spanning area from Sunrise Valley Drive to Route 28.  Good frontage/visibility on both roads.   Total FAR potential of 651,896 consisting of 445,000 gross square feet of office (4% core factor for rentable space).  Proffer costs of $300,000.  In negotiation for sale of the hotel componant with 300 room potential at $31,000 per room.  Expected contract in 45 days.  Grantee estimates net of $30/FAR after selling hotel portion.  Structured parking is required for hotel estimated at $15,000 to $18,000 per room.

## OFFICE DENSITY COMPARABLE 4

Location:                12061 Bluemont Way at Town Center Parkway
                         Reston, VA
Grantor:                 Westerra Reston, LLC
Grantee:                 Sallie Mae, Inc.
Date of Sale:            March 18, 2003
Reference:               Deed book 14184, page 0630
Tax Map Number:          0173-01-0003A3
Zoning:                  PRC
Utilities:               All available

FAR:                    1.58
Size:                   3.479 Acres (151,561 square feet)
Consideration:          $8,061,500
Use:                    260,000 square foot owner occupied office building with structured parking
Unit Price:             $31.00 per FAR foot
Confirmation:           Deed records; appraiser file

Site located in Reston Town Center adjoining W&OD trail. An office building has been completed on the site.

## Summary Analysis of Comparable Office Land Sales

The comparables range in unit value between about $31 and $46 per FAR after adjustment. They result in a mean of $39.89 per FAR.

The office land market had been depressed since the recession of 2000. In late 2002, vacancy rates hit their peak (nearly 26% for the Reston/Herndon/Dulles North market) and then began to decline. Face rental rates for Class A space bottomed-out in the third quarter of 2003 (at $22.88/sf for the Reston/Herndon/Dulles North market) and have appreciated at nearly 2% per quarter over the past 10 quarters (to a current rate of ±$27.50/sf).

There is evidence of strong appreciation over the past 24 months, especially for properties with visibility on the Dulles Toll Road.

We have considered all comparables and given Comparables 2 & 3 most weight. We have concluded a unit value of $40 per FAR foot for the subject's excess office density. This indicates a value for the property of $8,072,960 based on 201,824 square feet of office space; rounded to $8,100,000.

# Excess Residential Density Value

The excess multi-family residential density totals 240 units. Excess development density is the functional equivalent of excess land and will be valued as such.

Land is valued as if vacant for its highest and best use by comparing it with similar land that has recently sold or been offered for sale.

## RESIDENTIAL DESITY COMPARABLE 1

Location:               Waples Mill Road @ Lee Jackson Highway (Route 50)
                        Fairfax County, Virginia 22030
Grantor:                Waples Mill LLC (Trammel Crow Residential)
Grantee:                Palumbo Family LLC
Deed Date:              March 15, 2006
Reference:              Deed Book 18288 Page 1237
Parcel ID No:           056-2-01-19
Zoning:                 R-16 (16 residential units/acre)
Land Area:              3.509 Ac; 152,854 square feet

Unit Yield:            63 multi-family units
Improvements:          None
Utilities:             All available.
Consideration:         $3,000,000
Price/Unit:            $47,619
Financing:             All cash to seller.
Confirmation:          Grantee (S. Caldwell).

This is the purchase of a vacant parcel which is approved for development of 63 multi-family units. The site
a corner location adjoining the Route 50/I-66 interchange provided excellent access. It is within close proxim
to community and regional shopping services. It adjoins other multi-family property which was converted fr
rental apartments to for sale condominiums within the past 3 years.

## RESIDENTIAL DESITY COMPARABLE 2

Location:              4390 King Street
                       City of Alexandria, Virginia
Grantor:               Northampton East LLC
Grantee:               DSF Northampton LLC
Deed Date:             January 28, 2005
Consideration:         $22,225,000
Deed Book /Page:       200560002863
Tax Map Number:        11.02-01-14
Zoning:                CRMU-H
Utilities:             All available
Number of Units:       274 multifamily residential units plus 12 *Affordable*
Land Area:             2.43 acres
Unit Price:            $81,113 on *market* units
Conditions:            Arm's length transaction
Financing:             All cash to the seller
Confirmation:          Public Records, Lender/Appraiser

Northampton Place East site located on King Street near I-395. Portion of the 41 acre Park
Center development. 3 ½ miles southeast of King Street Metrorail station. Project planned for a
16 story building with underground parking. Gross floor area approved for 293,883 square feet,
with 281,552 square feet of floor area for *market rate* units. Average unit size is 1,028 square
feet. Development loan of $72M. Purchaser acquired adjoining property at 4380 King Street one
month earlier.

## RESIDENTIAL DESITY COMPARABLE 3

Location:              Fair Lakes Parkway @ East Market Drive
                       Fairfax County, Virginia 22033
Grantor:               Board of Supervisors of Fairfax County, Virginia
Grantee:               The Ryland Group, Inc.
Deed Date:             October 1, 2004
Reference:             Deed Book 16561 Page 1922
Parcel ID No:          055-2-01-15 (part)
Zoning:                PDC (Residential)

Land Area:          5.34141 acres or 232,672 SF
Improvements:       None.
Utilities:          All available.
Consideration:      $3,949,217.69
Unit Yield:         108 multi-family units
Price/ Unit:        $36,567
Financing:          Cash to Seller
Confirmation:       Grantee (D. Ostrander).

This is the purchase of a vacant parcel of land, site plan approved for development with 108 multi-family units. It is a portion of a mixed use development with retail and multi-family. Further, the multi-family element was sold to two separate developers. The entire development is at the corner of Fair Lakes Parkway and West Ox Road with frontage on I-66. Purchaser has subsequently developed the property with 108 condominiums for sale.

## RESIDENTIAL DESITY COMPARABLE 4

Location:           Fair Lakes Parkway @ West Ox Road
                    Fairfax County, Virginia 22033
Grantor:            Board of Supervisors of Fairfax County, Virginia
Grantee:            Centex Homes
Deed Date:          January 28, 2005 Correction Deed to October 1, 2004 Deed
Reference:          Deed Book 16926 Page 680
Parcel ID No:       055-2-01-15 (part)
Zoning:             PDC (Residential)
Land Area:          5.10165 acres or 222,228 SF
Improvements:       None.
Utilities:          All available.
Consideration:      $4,088,623.31
Unit Yield:         102 multi-family units
Price/ Unit:        $40,085
Financing:          Cash to Seller
Confirmation:       Adjoining Grantee (D. Ostrander).

This is the purchase of a vacant parcel of land, site plan approved for development with 102 multi-family units. It is a portion of a mixed use development with retail and multi-family. Further, the multi-family element was sold to two separate developers. The entire development is at the corner of Fair Lakes Parkway and West Ox Road with frontage on I-66. Purchaser has subsequently developed the property with 102 condominiums for sale.

## Summary Analysis of Comparable Residential Land Sales

The comparables range in unit value between $36,567 to about $81,000 per unit.

Another 5.5 acre site sold in September of 2004 on Sunrise Valley Drive, Herndon to Summit Properties. Camden Dulles Station apartments are planned for this site. The seller indicated a density of 169 units ($75,000 per unit); however, the purchaser reported intending to construct 369 rental units with structured parking ($35,000 per unit). This location is inferior to the subject and lacks Metrorail influence.

There was been strong appreciation in residential condominium land over 36 months preceding June 2006. In particular, the unit value of multi-family land experienced a major spike in late 2004 and has only appreciated mildly over 2005.

We have considered all comparables and given comparable 2 somewhat more weight since it is similar in size and development density.  However, Comparable 2 is highly superior in location and had approvals in place.  It is reasonably probable that the subject would obtain approval for the residential density, yet it is not assured; there is risk, time, and expense in obtaining the approvals.  Therefore, we have concluded near the lower end of the range at $40,000 per unit for the subject property.  This indicates a value for the residential component of the subject property of 9,600,000 for the 240 potential units.

**Value of Excess Density**

In order for the excess density to be supported, extraordinary development costs must be absorbed.  We previously identified these costs as providing structured replacement parking for the 552 spaces at $8,169,600.    The contributory value of the excess density is determined as follows:

|  |  |  |
|---|---|---|
| Excess Office Density | - | $ 8,100,000 |
| Excess Residential Density | - | $ 9,600,000 |
| Excess Development Costs | - | ($ 8,169,600) |
| Contributory Value of Excess Density |  | $ 9,530,400 |
| Rounded to |  | $ 9,530,000 |

**CONTRIBUTORY VALUE OF EXCESS DENSITY - $9,530,000**

30

## Sales Comparison Approach

The major premise of the *Sales Comparison Approach* is that the market value of a property is directly related to the prices of comparable, competitive properties. Therefore, this approach involves a comparison of the subject property with other properties which have been sold or have been offered for sale in the open market. Recent office property sales were analyzed and the data developed was compared with the subject property.

The sales presented on the following pages are considered indicative of value for the subject property.

**IMPROVED COMPARABLE 1**

| | |
|---|---|
| Address: | 8614 Westwood Center Drive |
| | Vienna, Virginia 22182 |
| Grantor: | Access Investors Westwood LLC |
| Grantee: | The Realty Associates Fund VII LP |
| Deed Date: | July 21, 2005 |
| Reference: | Deed book 17544 Page 120 |
| Tax Map #: | 29-3-20-0011B |
| Building Area: | 209,214 square feet |
| Land Area: | 4.47 acres |
| Improvements: | A 12-story office building, concrete/steel construction with 750 open parking spaces. |
| Year Built: | 1985 |
| Zoning: | PDC (Planned Development Commercial) |
| FAR: | 1.07 |
| Consideration: | $53,650,000. |
| Unit Price/SF: | $256.44 |
| Cap Rate: | 6.6% |
| Financing: | Cash to seller |
| Confirmation: | Deed Records, Inspection. |

Office building with no rental basement space, 20% vacant at the time of purchase with rollover and lease-up as upside for the purchaser. Leases in place averaged $30.00/SF at time of purchase and operating expenses including taxes were $8.75/SF. This equates to net income at time of purchase of $3,556,638 which indicates a cap rate of 6.6%.



**IMPROVED COMPARABLE 2**

| | |
|---|---|
| Address: | 8300 Greensboro Drive |
| | McLean, VA 22102 |
| Grantor: | 8300 L.P. |
| Grantee: | 8300 Tysons, LLC |
| Deed Date: | January 13, 2005 |
| Reference: | Deed Book 16891 Page 112 |
| Tax Map #: | 29-3-15-0009 |
| Building Area: | 361,204 square feet |
| Land Area: | 5.03 acres |
| Improvements: | Two office building complex, 13-story and 7-story, steel frame with glass exterior and parking for 895 vehicles. |
| Year Built: | 1981 and 1998 |
| Zoning: | C-4 (High Density Office) |
| FAR: | 1.65 |
| Consideration: | $97,536,700. |
| Unit Price/SF: | $270.03 |
| Cap Rate: | 7.27% |
| Financing: | Partial Assumption - $46,400,000 |
| Confirmation: | Seller, Inspection. |

This is the sale of a two-building office complex, fully leased at the time of sale at rents averaging $27.00/SF full service. Subsequently, new owner has increased new lease rates by 10-20%. Parking is 359 spaces (40%) open and 536 spaces (60%) covered.

The buyer assumed the existing $46,400,000 first trust and put 53% down.



33

## IMPROVED COMPARABLE 3

| | |
|---|---|
| Address: | 8200 Greensboro Drive |
| | McLean, Virginia 22102 |
| Grantor: | 8200 Greensboro LLC |
| Grantee: | Greensboro Drive Property LLC |
| Deed Date: | December 1, 2005 |
| Reference: | Deed book 18008, page 2025 and 2031 |
| Tax Map #: | 29-3-15-0012A and 12B |
| Building Area: | 505,091 square feet |
| Land Area: | 6.978 acres |
| Improvements: | A two-building office complex, 11-story and 15-story, with 1,620 covered parking spaces. |
| Year Built: | 1980 and 1988 |
| Zoning: | C-4 (High Density Office) |
| FAR: | 1.66 |
| Consideration: | $145,500,000. |
| Unit Price/SF: | $288.07 |
| Cap Rate: | 6.50% |
| Financing: | Cash to seller |
| Confirmation: | Seller, Inspection. |

This is the sale of a two-building office complex, fully leased at the time of sale at rents averaging $30.00/SF full service.



## IMPROVED COMPARABLE 4

| | |
|---|---|
| Address: | 13461 Sunrise Valley Drive |
| | Reston, Virginia 20171 |
| Grantor: | Dulles Park Tech Center, LLC |
| Grantee: | Republic Park, LLC |
| Deed Date: | September 6, 2006 |
| Reference: | Deed book 18744, page 1273 |
| Tax Map #: | 0163 01 032D |
| Building Area: | 194,270 square feet |
| Land Area: | 7.609 acres (331,446 square feet) |
| Improvements: | A 5-story multi-tenant office building supported by 676 surface parking spaces (3.7/1,000) |
| Year Built: | 2000 |
| Zoning: | I-4 |
| FAR: | 0.55 |
| Consideration: | $48,300,000. |
| Unit Price/SF: | $266.62 |
| Cap Rate: | 5.23% |
| Financing: | Cash to seller |
| Confirmation: | Deed records, appraiser files |

This is the sale a five story office building containing 181,154 square feet of net rentable area. The property was reported to be 70.2% leased at the time of sale. Face rents were reported at about $28.50 per square foot average full service.



**IMPROVED COMPARABLE 5**

| | |
|---|---|
| Address: | 11800 Sunrise Valley Drive |
| | Reston, Virginia 20171 |
| Grantor: | Reston International Center Association |
| Grantee: | JBG RIC, LLC. |
| Deed Date: | March 8, 2006 |
| Reference: | Deed book 18271, page 0140. |
| Tax Map #: | 0173 03 0001C |
| Building Area: | 209,885 square feet |
| Land Area: | 8.489 acres (369,280 square feet) |
| Improvements: | A 15-story multi-tenant office building supported by 552 surface parking spaces, detached 8,768 square foot restaurant building and 14,232 square feet of former retail space used for storage |
| Year Built: | 1973 |
| Zoning: | PRC |
| FAR: | 0.63 |
| Consideration: | $79,654,096; adjusted to $67,054,096 |
| Unit Price/SF: | $339.65; adjusted to $306.67 |
| Cap Rate: | 4.7% |
| Financing: | Cash to seller |
| Confirmation: | Deed records, buyer rep, appraiser files |

This is the sale a 15 story office building situated in the southeast quadrant of DAAR and Reston Parkway. The property had approval for an additional 201,824 square feet of office development and potential for approval of 240 multi-family residential units. The extra density would have necessitated the demolition of the former retail space and the construction of structured parking, a portion of which would be required to support existing space. The additional density is valued at about $12.6 million. The adjusted sale price is therefore $67,054,096 and the adjusted unit price for the 218,653 square foot of productive space was $306.67 per square foot. The property was reported to be 98.7% leased at the time of sale. Face rents were reported at about $27.00 per square foot average full service.



The sale comparables have unit prices ranging from $256.44 to $306.67 per square foot, before adjustments. The comparable sales are summarized below:

## COMPARABLE SALES

| # | LOCATION | PRICE | SALE DATE | SIZE | YR BUILT/ RENOV | OCC | $/sf |
|---|----------|-------|-----------|------|-----------------|-----|------|
| 1 | 8614 Westwood Ctr Dr Vienna, VA | $53,650,000 | 7/21/05 | 209,214 | 1985 | 80% | $256.44 |
| 2 | 8300 Greensboro Dr McLean, VA | $97,536,700 | 1/1/05 | 361,204 | 1981/1988 | 100% | $270.03 |
| 3 | 8200 Greensboro Dr. McLean, VA | $145,500,000 | 12/1/05 | 505,091 | 1980/1988 | 95% | $288.07 |
| 4 | 13461 Sunrise Valley Reston, VA | $48,300,000 | 9/6/06 | 194,270 | 2000 | 70% | $266.62 |
| 5 | 11800 Sunrise Valley Reston, VA | $67,054,096 | 03/8/06 | 218,653 | 1973/2004 | 98% | $306.67 |

Comparable 5 is the recent sale of the subject property. Our analysis and discussions with the purchaser leads us to conclude that it sold well above market value. Although the property has since received approval for well in excess of the density considered in this report, this density was not anticipated by either party and was not referenced in the offering package. Furthermore, we ran a search of Class A and B office buildings that sold in the Tyson's/Reston/Herndon markets over the first 9 months of 2006, shown below.

| Submarket | Property Address | Sale Date | Sale Price | Bldg SF | Price Per SF |
|-----------|------------------|-----------|------------|---------|--------------|
| Reston | 11800 Sunrise Valley Dr | 3/7/2006 | $79,654,096 | 218,653 | $306.67 |
| Reston | 1760 Business Center Dr | 1/18/2006 | $79,173,000 | 275,000 | $287.90 |
| Tysons | 2000 Corporate Ridge | 6/15/2006 | $79,100,000 | 256,022 | $308.96 |
| Tysons | 8283 Greensboro | 4/28/2006 | $71,000,000 | 229,929 | $318.40 |
| Herndon | 13461 Sunrise Valley Dr | 9/6/2006 | $48,300,000 | 181,154 | $266.62 |
| Tysons | 1945 Old Gallows Road | 3/21/2006 | $43,400,000 | 163,811 | $264.94 |
| Herndon | 2300 Corporate Park Dr | 8/30/2006 | $47,060,000 | 159,633 | $294.80 |
| Herndon | 2350 Corporate Park Dr | 8/30/2006 | $42,670,000 | 158,896 | $268.54 |
| Herndon | 2250 Corporate Park Dr | 8/30/2006 | $48,770,000 | 158,015 | $308.64 |
| Reston | 1800 Alexander Bell Dr | 9/7/2006 | $33,450,000 | 138,450 | $241.60 |
| Reston | 1759 Business Center Dr | 1/18/2006 | $37,827,000 | 131,388 | $287.90 |
| Herndon | 205 Van Buren St | 9/7/2006 | $29,450,000 | 129,368 | $227.65 |
| Tysons | 8607 Westwood Center Dr. | 2/8/2006 | $20,250,000 | 86,560 | $233.94 |
| | | | Min | | $227.65 |
| | | | Max | | $318.40 |
| | | | Average | | $275.82 |

The unit prices range from $227.65 to $318.40 per square foot and average 275.82 per square foot. While the subject is bracketed by these sales, it is clearly at the very upper limit and yet it is over 30 years old and recognized as a Class B product.

Case 1:06-cv-01131-HHK    Document 66-2    Filed 03/28/2008    Page 43 of 61

After consideration of all relevant factors, a unit value of $290.00 per square foot is estimated for the subject. Applying this to the subject property at 218,653 square feet indicates a value of $63,409,370; rounded to $63,410,000, *assuming the property had adequate parking, was leased at market rates, and did not have excess density.*

In the Income Approach it will be shown that the subject's contract diminishes property value by an estimated $1,600,000.

We previously determined that the excess density is worth $9,530,000.

An indication of property value by the Sales Comparison Approach is determined as follows:

|  |  |
|---|---|
| Improvements w/ adequate parking & Leased at Market Terms | $63,410,000 |
| Cost to provide adequate parking | ($ 2,664,000) |
| Loss in value due to below market rents | ($ 1,600,000) |
| Contributory Value of Excess Density | $ 9,530,000 |
| Indicated Property Value | $68,676,000 |
| ROUNDED TO | $68,680,000 |

**VALUE INDICATED BY SALES COMPARISON APPROACH - $68,680,000**

## Income Approach

The income approach is based on the premise that the value of an investment property is a function of its income-producing capability.

We will employ both direct capitalization and discounted cash flow in this section.

### DIRECT CAPITALIZATION

### Market Rent

The local market was investigated to uncover current leases within comparable properties in order to estimate current market rent for the subject property. The unit of comparison used to analyze rents for office space is typically the full service rate per square foot of leaseable area per year.

The following leases are considered indicative of what rental rate the subject could command if vacant and available in the current market as of June 9, 2006.

### LEASE COMPARABLE 1

Location:             Tower Building
                      7900 Westpark Drive
                      McLean, VA
Lessor:               Washington Real Estate Investment Trust

| TENANT | DATE | AREA(SF) | TERM | FACE/sf | TI/sf | ESC | EFF RENT |
|--------|------|----------|------|---------|-------|-----|----------|
| Sun Microsystems | Jan 2007 | 65,000 | 5 years | $28.00 | $23.50 | 2.75% | $26.30 |

Expenses:         *Full Service* lease, with landlord responsible for all expenses.
Build Out:        Landlord paid $23.50/SF; Typical was $15.00/SF
Total Building SF: 254,000
Stories:          13
Year Built:       1972, Renovated 2003
Parking:          3 spaces per 1,000 sf

### LEASE COMPARABLE 2

Location:             Tower Building
                      7900 Westpark Drive
                      McLean, VA
Lessor:               Washington Real Estate Investment Trust

| TENANT | DATE | AREA(SF) | TERM | FACE/sf | TI/sf | ESC | EFF RENT |
|--------|------|----------|------|---------|-------|-----|----------|
| Third Floor | Aug 2006 | 5,000 | 3 years | $27.50 | $17.00 | 3% | $26.83 |

Expenses:            *Full Service* lease, with landlord responsible for all expenses.
Build Out:           Landlord paid $17.00/SF; Typical was $15.00/SF
Total Building SF:   254,000
Stories:             13
Year Built:          1972, Renovated 2003
Parking:             3 spaces per 1,000 sf


## LEASE COMPARABLE 3

Location:            Tower Building
                     7900 Westpark Drive
                     McLean, VA
Lessor:              Washington Real Estate Investment Trust

| TENANT | DATE | AREA(SF) | TERM | FACE/sf | TI/sf | ESC | EFF RENT |
|--------|------|----------|------|---------|-------|-----|----------|
| Hair Club for Men | Aug 2006 | 8,815 | 10 years | $30.00 | $42.50 | 3% | $27.25 |

Expenses:            *Full Service* lease, with landlord responsible for all expenses.
Build Out:           Landlord paid $42.50/SF of total of $60.00 being spent by tenant; Typical was $15.00/SF
Total Building SF:   254,000
Stories:             13
Year Built:          1972, Renovated 2003
Parking:             3 spaces per 1,000 sf

This is first floor, quasi-retail space.


## LEASE COMPARABLE 4

Location:            Courthouse Centre
                     1953 Gallows Road
                     First Floor Office
                     Vienna, VA
Lessor:              Lowe Enterprises Real Estate Group

| TENANT | DATE | AREA(SF) | TERM | FACE/sf | TI/sf | ESC | EFF RENT |
|--------|------|----------|------|---------|-------|-----|----------|
| First Floor | Aug 2006 | 2,848 | 5 years | $27.00 | $15.00 | 3% | $27.00 |

Expenses:            *Full Service* lease, with landlord responsible for all expenses.
Build Out:           Landlord typical TI of $15.00/SF
Total Building SF:   256,272 NRA
Stories:             8
Year Built:          1983
Parking:             3 spaces per 1,000 sf

40

## LEASE COMPARABLE 5

Location:           8150 Leesburg Pike
                    Vienna, VA
Lessor:             Atlantic Realty Companies

| TENANT | DATE | AREA(SF) | TERM | FACE/sf | TI/sf | ESC | EFF RENT |
|--------|------|----------|------|---------|-------|-----|----------|
| Various | Aug 2006 | Various | 5 years | $28.75 | $15/SF | 3% | $28.75 |

Expenses:           *Full Service* lease, with landlord responsible for all expenses.
Build Out:          Landlord typical buildout of $15/SF
Total Building SF:  198,250 NRA
Stories:            14
Year Built:         1972; Renovated 1995
Parking:            3 spaces per 1,000 sf

## Market Rent Conclusion

We also uncovered 9 leases of Class A space reported by Co*Star that were signed in 2006 in the Reston community. These rents ranged from $23.00 to $27.00 per square foot, full service. Furthermore, we uncovered 13 leases of Class B space reported by Co*Star that were signed in 2006 in the Reston community. These rents ranged from $19.00 to $29.00 per square foot, full service.

A unit rental rate of $28.00 per square foot full service is concluded for the subject assuming it had adequate support parking.[4] This rent is coupled with a $20 per square foot tenant improvement allowance, a 5 year term, and 3% annual escalation. Full service indicates that the landlord pays all expenses including utilities, property insurance, CAM, and property taxes. Tenants pay increases in these expenses, considered a base year stop.

## REVENUE AND EXPENSE STATEMENT

### Revenue

The subject's office rent is supplemented by significant revenue from roof-top antennae. The first year potential gross office revenue is $5,349,400. The antennae revenue is based upon in-place contracts as of June 9, 2006. Based on this calculation, the first year antennae revenue is forecast to be $743,392.

The subject's first year potential gross income based on market rent is calculated as $6,092,792.

---

[4] Market rental rate for the property "as was" with on 552 surface parking space is concluded to be $27.00 per square foot, full service on June 9, 2006.

Revenue or Gross Income (GI) for the building is the sum of rents received. Estimated vacancy is deducted from GI to indicate Effective Gross Income (EGI). Discussions with market participants indicates that a 5% vacancy and collection loss factor was appropriate in that market.

## Expenses

The subject's expense will be estimated using historical operating expenses for the various expense items. The subject is leased on a full service basis, with the landlord paying all operating expenses. These full service expenses within the market range from $7.50 to $8.75 per square foot. We forecast the subject's first year operating expenses to total $9.01 per square foot.

## Net Operating Income

Using market rents, the first year's income and expenses have been developed from the figures presented on the preceding pages. The subject's first year operating statement is shown below.

**FIRST YEAR NET OPERATING STATEMENT**
**AS OF JUNE 9, 2006**
**RESTON INTERNATIONAL CENTER**

| | | | Office | |
|---|---|---|---|---|
| | **Rentable Area:** | | 191,050 SF | |
| | **Stabilized Occupancy** | | 95.00% | |
| | **Current Market Rent:** | | $28.00 | |

| | $/NRA | % OF EGI | PROJ. 12 MOS. | |
|---|---|---|---|---|
| POTENTIAL GROSS INCOME | $28.00 | | $5,349,400 | |
| Total Antennae Revnue | $0.00 | | $743,392 | |
| Total Potential Income: | $31.89 | | $6,092,792 | |
| | | | | |
| Add: Ground Lease Income | $0.00 | | $0 | |
| Less: Vacancy and Credit Loss @ 5% | ($1.59) | | (304,640) | |
| Concessions | 0 | | 0 | |
| | | | | |
| EFFECTIVE GROSS INCOME | $30.30 | 100% | | $5,788,152 |
| | | | | |
| FIXED EXPENSES | | | | |
| Real Estate Taxes | $2.63 | 8.69% | $503,000 | |
| Insurance | $0.17 | 0.56% | $32,479 | |
| | | | | |
| TOTAL FIXED EXPENSES | $2.80 | 9.25% | | $535,479 |
| | | | | |
| VARIABLE EXPENSES | | | | |
| Management | $1.21 | 4.00% | $231,526 | |
| Admin & General | $0.44 | 1.46% | $84,389 | |
| Repairs & Maintenance | $1.91 | 6.30% | $364,905 | |
| Contracted Services | $0.83 | 2.74% | $158,571 | |
| Utilities | $1.82 | 6.00% | $347,252 | |
| | | | | |
| TOTAL VARIABLE EXPENSES | $6.21 | 20.50% | | $1,186,643 |
| | | | | |
| TOTAL EXPENSES | ($9.01) | -29.75% | | $1,722,122 |
| NET OPERATING INCOME | $21.28 | 70.25% | | $4,066,030 |

It is concluded that the subject's net operating income assuming adequate parking and leased at market terms is $4,066,030.

42

**Overall Rate**

In arriving at a value by *direct capitalization*, the net annual income is converted (capitalized) into an indication of value by use of an *overall rate* (OAR). Overall rate can be developed using various method. When adequate information is available, the preferred method of selecting an OAR is through the analysis of sales of similar properties. Deriving an *overall capitalization rate* in this manner is considered the most reliable method because it relies on empirical evidence to reflect the actions of actual buyers and sellers in the local market. We will also use market survey in developing an OAR.

The comparables indicate a range of 4.7 to 7.27%. The most recent sale is at the lower end of the range.

The latest issues of the <u>Real Estate Investor Survey</u>,[5] indicates an OAR range of 5.00% to 9.00%, with an average of 7.03% for institutional office buildings.

Using the two methods an OAR of 6.5% is concluded for the subject property.

**<u>Value Indication By Direct Capitalization</u>**

The first year NOI derived in the preceding section is capitalized at the indicated OAR as follows:

| NOI | ÷ | OAR | = | INDICATED VALUE |
|---|---|---|---|---|
| $4,066,030 | ÷ | .065 | = | $62,554,308 |
| | | ROUNDED TO | | $62,550,000 |

Thus, the indicated value is $62,550,000, assuming the property did not lack adequate parking, was occupied at market terms, and did not have excess density. We previously estimated the cost to provide the adequate parking at $2,664,000 and valued the excess density at $9,530,000.

In the following Yield Capitalization section, the loss in value due to below market rent will be calculated at $1,600,000.

An indication of property value by the Direct Capitalization is determined as follows:

| | |
|---|---|
| Improvements w/ adequate parking & leased at market terms | $62,550,000 |
| Cost to provide adequate parking | ($ 2,664,000) |
| Loss in value due to below market rents | ($ 1,600,000) |
| Contributory value of excess density | $ 9,530,000 |
| Indicated Property Value | $67,816,000 |
| ROUNDED TO | $67,820,000 |

**Value Indicated By Direct Capitalization - $67,820,000**

---

[5] <u>Real Estate Investor Survey</u>, Peter F. Korpacz & Associates, Inc.; Second Quarter, 2006, p. 65.

**YIELD CAPITALIZATION**

**Holding Period**

The subject's cash flow is based on a fiscal year running from July through June over a 10-year holding period from 2006 to 2016 (allowing an 11th year for estimating reversion).

**Forecasted Net Operating Income**

Market Income

- The subject property is currently encumbered by leases, which are incorporated into the analysis.   Vacant space will be absorbed over the first three quarters.
- All tenants will stay throughout their lease terms, or be replaced with tenants of equal or greater credit.  We have assumed that all tenants have a 75% chance of renewal.
- If the tenant renews, no build-out expense will be incurred by the landlord.

Market and Revenue Input

- Market lease terms will be 5 years for all spaces.
- New leases will have a 75% probability of renewing.
- Spaces not renewed by the existing tenant(s) will stay vacant for an average of four months.
- Market rent will increase at the annual rate of 3%.

Operating Expenses

- All leases are full service with and expense stop of the base year.
- Operating expenses are projected to increase at the general inflation rate or 3% per year.

Capital Costs

- A broker's commission of 3% of gross lease value will be charged for signing new tenants, and 1% for renewing tenants.

**Cash Flow**

An 11-year unleveraged cash flow projection for the subject is presented below.  Although we have projected a 10-year holding period, the 11th year is shown in order to calculate the reversion value.

**RESTON INTERNATIONAL CENTER**
**CONTRACT RENT**

SCHEDULE OF PROSPECTIVE CASH FLOW
In Inflated Dollars for the Fiscal Year beginning 6/1/2006

| For the Years Ending | Year 1 May-2007 | Year 2 May-2008 | Year 3 May-2009 | Year 4 May-2010 | Year 5 May-2011 | Year 6 May-2012 | Year 7 May-2013 | Year 8 May-2014 | Year 9 May-2015 | Year 10 May-2016 | Year 11 May-2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **POTENTIAL GROSS REVENUE** | | | | | | | | | | | |
| Base Rental Revenue | $4,323,876 | $4,689,060 | $4,773,546 | $4,798,695 | $5,365,775 | $5,581,208 | $5,851,712 | $5,979,863 | $6,002,319 | $6,286,612 | $6,474,251 |
| CPI & Other Adjustment Revenue | $45,141 | $93,936 | $154,835 | $218,237 | $115,064 | $50,960 | $24,619 | $0 | $0 | $0 | $0 |
| Expense Reimbursement Revenue | $0 | $37,909 | $61,986 | $86,098 | $42,932 | $20,145 | $9,919 | $0 | $0 | $0 | $0 |
| Total Antennae Revenue | $743,392 | $777,917 | $814,111 | $852,064 | $891,865 | $933,605 | $977,364 | $1,023,315 | $1,071,503 | $1,122,063 | $1,175,117 |
| **TOTAL POTENTIAL GROSS REVENUE** | $5,112,409 | $5,598,822 | $5,804,478 | $5,953,094 | $6,415,636 | $6,555,918 | $6,863,634 | $7,003,178 | $7,073,822 | $7,408,675 | $7,649,368 |
| **REVENUE ADJUSTMENTS** | | | | | | | | | | | |
| Absorption & Turnover Vacancy | $180,694 | $129,747 | $23,178 | $11,863 | $155,117 | $133,264 | $168,790 | $30,592 | $13,752 | $179,822 | $154,491 |
| General Vacancy | $74,926 | $150,194 | $267,046 | $285,792 | $165,665 | $195,032 | $174,392 | $319,567 | $339,939 | $190,612 | $227,977 |
| **TOTAL REVENUE ADJUSTMENTS** | $255,620 | $279,941 | $290,224 | $297,655 | $320,782 | $328,296 | $343,182 | $350,159 | $353,691 | $370,434 | $382,468 |
| **EFFECTIVE GROSS REVENUE** | $4,856,789 | $5,318,881 | $5,514,254 | $5,655,439 | $6,094,854 | $6,237,622 | $6,520,452 | $6,653,019 | $6,720,131 | $7,038,241 | $7,266,900 |
| **OPERATING EXPENSES** | | | | | | | | | | | |
| Utilities | $347,252 | $359,601 | $374,173 | $385,810 | $392,488 | $405,171 | $416,246 | $433,642 | $447,259 | $455,002 | $469,704 |
| Maintenance | $364,905 | $375,853 | $387,128 | $398,742 | $410,704 | $423,025 | $435,716 | $448,788 | $462,251 | $476,119 | $490,402 |
| Insurance | $32,479 | $33,453 | $34,456 | $35,490 | $36,555 | $37,651 | $38,781 | $39,944 | $41,143 | $42,377 | $43,648 |
| Management | $194,272 | $212,755 | $220,570 | $226,218 | $243,794 | $249,505 | $260,818 | $266,121 | $268,805 | $281,530 | $290,676 |
| R.E. Taxes | $503,000 | $518,090 | $533,633 | $549,642 | $566,131 | $583,115 | $600,608 | $618,627 | $637,185 | $656,301 | $675,990 |
| Payroll & Benefits | $158,571 | $163,329 | $168,229 | $173,275 | $178,474 | $183,828 | $189,343 | $195,023 | $200,874 | $206,900 | $213,107 |
| Administration | $34,389 | $35,421 | $36,483 | $37,578 | $38,705 | $39,866 | $41,062 | $42,294 | $43,563 | $44,870 | $46,216 |
| Administration | $50,000 | $51,500 | $53,045 | $54,636 | $56,275 | $57,964 | $59,703 | $61,494 | $63,339 | $65,239 | $67,196 |
| **TOTAL OPERATING EXPENSES** | $1,684,868 | $1,750,002 | $1,807,717 | $1,861,391 | $1,923,126 | $1,980,125 | $2,042,277 | $2,105,933 | $2,164,419 | $2,228,338 | $2,296,939 |
| **NET OPERATING INCOME** | $3,171,921 | $3,568,879 | $3,706,537 | $3,794,048 | $4,171,728 | $4,257,497 | $4,478,175 | $4,547,086 | $4,555,712 | $4,809,903 | $4,969,961 |
| **LEASING & CAPITAL COSTS** | | | | | | | | | | | |
| Tenant Improvements | $494,185 | $281,402 | $58,641 | $26,362 | $344,703 | $296,142 | $367,971 | $75,311 | $30,561 | $399,606 | $343,312 |
| Leasing Commissions | $125,093 | $113,967 | $23,749 | $10,677 | $139,606 | $119,938 | $149,028 | $30,502 | $12,377 | $161,842 | $139,039 |
| **TOTAL LEASING & CAPITAL COSTS** | $619,278 | $395,369 | $82,390 | $37,039 | $484,309 | $416,080 | $516,999 | $105,813 | $42,938 | $561,448 | $482,351 |
| **CASH FLOW BEFORE DEBT SERVICE & INCOME TAX** | $2,552,643 | $3,173,510 | $3,624,147 | $3,757,009 | $3,687,419 | $3,841,417 | $3,961,176 | $4,441,273 | $4,512,774 | $4,248,455 | $4,487,610 |

## Reversion

A reversionary or Going-out Capitalization rate of 7% is estimated for the subject.

We have also assumed that the subject will be sold at the termination of the holding period. This transfer is estimated to include a 3% selling commission, which will be charged to the property.

## Discount Rate

We were unable to extract any yield rate information directly from the comparables presented in the *Sales Comparison Approach*. Instead, we consulted the Korpacz publication regarding yield requirements, which indicates property yield rates for institutional office buildings Northern Virginia range from 6.00% to 11.00%, with an average of 8.27%.[6] Considering the relative strength of the Reston office market and the position of the subject in the market, a property yield rate of 8.0% is concluded to be appropriate for the subject.

---

[6] Ibid.

45

## Value Indication by Yield Capitalization

The discounting of the cash flow is presented below.

### PROSPECTIVE PRESENT VALUE
#### contract rent

**Cash Flow Before Debt Service plus Property Resale**
Discounted Annually (End-point on Cash Flow & Resale) over a 10-Year Period

| Analysis Period | For the Year Ending | Annual Cash Flow | P.V. of Cash Flow @ 8.00% |
|---|---|---|---|
| Year 1 | May-2007 | $2,552,643 | $2,363,558 |
| Year 2 | May-2008 | $3,173,510 | $2,720,773 |
| Year 3 | May-2009 | $3,624,147 | $2,876,965 |
| Year 4 | May-2010 | $3,757,009 | $2,761,514 |
| Year 5 | May-2011 | $3,687,419 | $2,509,595 |
| Year 6 | May-2012 | $3,841,417 | $2,420,744 |
| Year 7 | May-2013 | $3,961,176 | $2,311,308 |
| Year 8 | May-2014 | $4,441,273 | $2,399,482 |
| Year 9 | May-2015 | $4,512,774 | $2,257,511 |
| Year 10 | May-2016 | $4,248,455 | $1,967,857 |
| Total Cash Flow | | $37,799,823 | $24,589,307 |
| Property Resale @ 7% Cap Rate | | $68,869,460 | $31,899,885 |
| Total Property Present Value | | | $56,489,192 |
| Rounded to Thousands | | | $56,490,000 |

A value of $56,490,000 is indicated assuming the property did not have excess land.

In order to determine if the contract rent approximates market rent we developed a cash flow of the property assuming it were leased at market terms, all else remaining constant. We then compared the cash flow developed with contract terms and discovered that the property is rented at an overage average rate that is below market. The difference was determined and discounted to present value at a 12% rate. This is shown in the following table.

### RESTON INTERNATIONAL CENTER
**MARKET W/OUT ADDITIONAL PARKING & CONTRACT INCOME COMPARISON**

#### SCHEDULE OF PROSPECTIVE CASH FLOW
In Inflated Dollars for the Fiscal Year beginning 6/1/2006

| | | | | | |
|---|---|---|---|---|---|
| MARKET CASH FLOW BEFORE DEBT SERVICE & INCOME TAX | $3,272,517 | $3,629,140 | $4,031,795 | $4,164,780 | $3,755,486 |
| CONTRACT CASH FLOW BEFORE DEBT SERVICE & INCOME TAX | $2,552,643 | $3,173,510 | $3,642,147 | $3,757,009 | $3,687,419 |
| Loss In Income | $719,874 | $455,630 | $389,648 | $407,771 | $68,067 |
| Discount @ 12% | $642,745 | $363,225 | $277,344 | $259,146 | $38,623 |
| TOTAL LOSS IN VALUE | $1,581,083 | | | | |
| ROUNDED TO | $1,600,000 | | | | |

46

The loss in value is calculated to be $1,600,000.  Although not applied in this section, this amount is used in the Sales Comparison Approach and the Direct Capitalization method.

An indication of property value by Yield Capitalization is determined as follows:

| | |
|---|---|
| Current improvements leased at contract terms | $56,490,000 |
| Contributory value of excess density | $ 9,530,000 |
| Indicated Property Value | $66,020,000 |

**Value Indicated By Yield Capitalization - $66,020,000**

**INCOME APPROACH RECONCILIATION**

The two methods of valuation employed in the Income Approach produced the following results:

Direct Capitalization - $67,820,000

Yield Capitalization  -  $66,020,000

The two methods result in a fairly close range.  Market participants indicate greater weight is placed on capitalization rates (direct capitalization) and therefore we conclude a value by the Income Approach of $67,000,000.

**VALUE INDICATED BY INCOME APPROACH - $67,000,000**

## RECONCILIATION AND FINAL ESTIMATE OF VALUE

The two approaches to value produced the following estimates of value:

| | |
|---|---|
| Sales Comparison Approach | $68,680,000 |
| Income Approach | $67,000,000 |

Market participants indicate a greater reliance on the Income Approach. We conclude a value of $67,500,000 for the property as was on June 9, 2006.

It is therefore concluded that the market value of the leased fee estate interest in the real estate known as the Reston International Center property, located at 11800 Sunrise Valley Drive, Reston, Virginia, as of June 9, 2006, is

<u>SIXTY SEVEN MILLION FIVE HUNDRED THOUSAND DOLLARS</u>
($67,500,000)

The value conclusion is subject to the assumptions and limiting conditions stated in the report.

Richard L. Parli, MAI

COMMONWEALTH OF VIRGINIA
RICHARD L. PARLI
No. 4001 001097
Certified General
Real Estate
Appraiser

49

# ADDENDA

- **Appraiser Qualifications**
- **Rule 26 Disclosures**

# Appraiser Qualifications

# APPRAISER QUALIFICATIONS

**RICHARD LANIER PARLI, MAI**
3545 Chain Bridge Road, Suite 207
Fairfax, Virginia 22030
(703) 273-6677
Fax (703) 691-3251
rparli@parliappraisal.com

## *FORMAL EDUCATION*

- Bachelor of Arts, Randolph-Macon College, 1969
- Master of Business Administration, The Pennsylvania State University, 1972

## *APPRAISAL EDUCATION*

**Recent Courses:**

Residential Valuation (AI Course 8-2), 3/88
Capitalization Theory & Techniques (AI Course 1BB), 10/90
Highest & Best Use and Market Analysis (AI Course 520), 6/93
Advanced Sales Comparison & Cost Approaches (AI Course 530), 6/95
Standards of Professional Practice, 2007

**Recent Seminars:**

Appraisal of Fractional Interests (AI, 6/91)
Appraising Residential & Commercial Real Estate in a Distressed Market (AI, 6/91)
Discounted Cash Flow Analysis (AI, 4/92)
Subdivision Analysis (AI, 4/92)
Understanding Limited Appraisals (AI, 6/94)
Fundamentals of Relocation Appraising (AI, 10/95)
Regression Analysis: The Appraisal Approach of the Future (AI, 4/95)
Mid-Year 1995 Real Estate Colloquium (AI, 5/95)
The Appraiser as Expert Witness (AI, 4/96)
Successful Redevelopment of a Resort City (AI, 10/96)
Small Hotel/Motel Valuation (AI, 3/97)
Shopping Centers: How to Build, Buy & Redevelop (ULI, 4/97)
Valuation of Detrimental Conditions in Real Estate (AI, 3/98)
Auto Dealership Valuation (WANADA, 10/98)
Income Valuation of Small, Mixed-Use Properties (AI 5/99)
The Masters Class (AI 11/99)
Uniform Appraisal Standards for Federal Land Acquisitions (AI 5/02)
Computer Enhanced Cash Flow Modeling (AI 3/04)

## *REAL ESTATE AND APPRAISAL EXPERIENCE*

| | |
|---|---|
| 1969-1970 | Mortgage Loan Officer for B.F. Saul Company<br>Chevy Chase, Maryland |
| 1972-1973 | Residential Construction Loan Officer & Appraiser for B.F. Saul Company<br>Chevy Chase, Maryland |
| 1973-1975 | Field Appraiser for The American Appraisal Co.<br>Milwaukee, Wisconsin |
| 1975 -<br>present | Field Appraiser, President, Parli Appraisal, Inc.<br>Fairfax, Virginia |

# APPRAISER QUALIFICATIONS

**RICHARD LANIER PARLI, MAI**
**(Cont.)**

## *PROFESSIONAL AFFILIATIONS*

The Appraisal Institute - MAI (1982 to present)
    Government Relations Committee Member (National), 2006
    Education Committee Member (National), 2005
    Vice-Chairman, Curriculum Sub-Committee (National), 2002-2004
    Chairman, Admissions Committee, Washington, D.C. Chapter, 1988-1990
    Director, Washington, D.C. Chapter, 1990 - 1995
    President, Washington, D.C. Chapter, 1995
Certified General Real Estate Appraiser - State of Virginia (#4001 001097)
Certified General Real Estate Appraiser - State of Maryland (#10526)
Certified General Real Estate Appraiser -- District of Columbia (#GA 10899)
Northern Virginia Board of Realtors - Broker (1986 to present)
Washington Area New Car Dealers Association (WANADA) - Kindred Member (1993 to present)
Lambda Alpha International -- Honorary Land Economics Society (2004 to present)
Real Estate Counseling Group of America – Principal Member (2005 to present)

## *ACADEMIC ACTIVITIES*

| | |
|---|---|
| **The Appraisal Journal** – | Review Panel<br>2000 - present |
| **Instructor**, Appraisal Institute – | Advanced Capitalization Techniques<br>(Appraisal Institute Course 510)<br>1990 to 2004 |
| **Instructor**, Appraisal Institute – | General Market Analysis and Highest and Best Use<br>2007 to present |
| **Instructor & Chief Reviewer**,<br>Appraisal Institute – | Highest & Best Use and Market Analysis<br>(Appraisal Institute Course 520)<br>1993 to 2007 |
| **Instructor & Course Reviewer**,<br>Appraisal Institute – | Advanced Sales Comparison and Cost Approaches<br>(Appraisal Institute Course 530)<br>1998 to present |

**Lectures/Seminars:**

Contemporary Issues In Real Estate Market Analysis - Riggs Bank, 4/22/94

Valuation of Partial Interests  - Riggs Bank, 5/20/94

Capitalization Theory - U.S. Department of Housing & Urban Development, 8/28/95

Highest & Best Use Commercial Case Studies (AI) – Kansas City Chapter of
    Appraisal Institute, 4/4/00;  Manassas Chapter 7/00; AI National Meetings 7/01;
    Washington, DC Chapter of AI (9/04); Boston, MA (6/07); Wash., DC (2/08)

Highest & Best Use Concepts – Various locations 2001 – 2006

Market Analysis & Site To Do Business (AI) – Various locations 2005 - 2007

# APPRAISER QUALIFICATIONS

## RICHARD LANIER PARLI, MAI
### (Cont.)

*AUTHORSHIP:*

**Journal Articles:**

"What's Financial Feasibility Got To Do With It?" Appraisal Journal, October 2001

"Risk and Reasonableness for Nonmarket Occupancy" Appraisal Journal, April 2003 (W/ Jeffrey D. Fisher, PhD)

"A Higher and Better Definition" Appraisal Journal, Winter 2004 (W/ David C. Lennhoff, MAI, SRA)

"A Higher and Better Definition" Right of Way, November/December 2004 (W/ David C. Lennhoff, MAI, SRA)

"Disassembling Assemblage" Appraisal Journal, Summer 2005

"The Education of a Profession" Appraisal Journal, Fall 2007

"Apartment Market Analysis" Appraisal Journal, Winter 2008

**Books:**

The Valuation of Apartment Properties, Appraisal Institute, 2007 (W/ Arlen C. Mills, MAI & Anthony Reynolds, MAI)

*AWARDS:*

Armstrong/Kahn Award – Awarded by the *Appraisal Journal* for "most outstanding original article" 2005 (with co-author David C. Lennhoff), "A Higher and Better Definition"

Armstrong/Kahn Award – Awarded by the *Appraisal Journal* for "most outstanding original article" 2006, "Disassembling Assemblage"

*REGULAR APPRAISAL ASSIGNMENTS COMPLETED FOR:*

| | | |
|---|---|---|
| Verizon Communications | Bank of America | WMATA |
| National Park Service | Loudoun County Government | City of Falls Church |
| Wachovia Bank | US Department of Justice | Chevy Chase Bank |
| Fairfax County Government | Arlington County Government | VA Department of Transportation |

*QUALIFIED EXPERT WITNESS:*

Alexandria City, Virginia Circuit Court
Arlington County, Virginia Circuit Court
Fairfax County, Virginia Circuit Court
Prince William, Virginia Circuit Court
Loudoun County, Virginia Circuit Court
Fauquier County, Virginia Circuit Court
Stafford County, Virginia Circuit Court
U.S. Bankruptcy Court for the Eastern District of Virginia
U.S. Tax Court, Washington, D.C.
U.S. District Court for The District of Columbia
Virginia Corporation Commission

# Rule 26 Disclosures

**Recent Court Cases**

Richard L. Parli, MAI

| Case Name | Case Jurisdiction | Case Number | Case Date | Parli Deposition Date | Parli Testimony Date |
|---|---|---|---|---|---|
| Jackaroos, LP | U.S. Bankruptcy Court Eastern District of VA | 96-19124-SSM | 1999 | 10/18/1999 | 10/25/99-10/28/99 |
| Hechinger Stores Company, et al v. City of Fairfax, Virginia | Circuit Court Fairfax County, VA | 177204 | 2000 | 2/17/2000 | N/A |
| Commonwealth Transportation Commission of VA v. Clarence Gatlon, et al | Circuit Court Fairfax County, VA | 182731 | 2000 | 4/26/2000 | N/A |
| Fairfax County Park Authority v. DRW, Inc. | Circuit Court Fairfax County, VA | 186947 | 2001 | 7/2/2001 | N/A |
| Wandra S. Surstgar v. Brandy Rock Farm, Inc, et al | United States District Court Western District of Virginia Charlottesville Division | No. 3:00CV00093 | 2001 | 11/6/2001 | N/A |
| Virginia Department of Transportation v. National Beer Wholesalers Association, Inc | Circuit Court Alexandria, VA | GV01-6284 | 2001 | N/A | 11/1/2001 |
| National Rifle Association v. Board of Supervisors of Fairfax County, VA | Circuit Court Fairfax County, VA | 192819 | 2001 | 1/15/2002 | N/A |
| Fairfax County Park Authority v. George A. Fath, et al. | Circuit Court Fairfax County, VA | 196981 | 2002 | N/A | 6/25/2002 |
| Jagdev S. Sajwa v. Sunoco, Inc. | US District Court Eastern District of VA | 03-1085-A | 2003 | 2/13/2004 | N/A |
| Bread & Kabob v. Maple Inc. | Circuit Court Fairfax County, VA | 208570 | 2003 | N/A | 8/20/03 - 8/21/03 |
| David Young & Martin Young v. Evergreen Properties of VA, Inc. | Circuit Court Fairfax County, VA | L166641 | 2003 | 5/22/2003 | 7/8/2003 |
| Garrett Development Corporation v. Robert Frank Pence, et al | Circuit Court Stafford Co., VA | 00-591 | 2003 | 8/26/2003 | 9/30/2003 |
| Albert J. Stephan, et al. v. Xspedia Management Company of VA | Circuit Court Fairfax County, VA | 213856 | 2004 | 3/3/2004 | 3/22/2004 |
| Vernon Proctor, et. al. v. 7-Eleven, Inc., et. al. | US District Court Northern District of WVA | 3:02CV21 | 2004 | 5/17/2004 | N/A |
| Charles V. Beahm, Jr., et. al. v. 7-Eleven, Inc., et. al. | Circuit Court Jefferson County, WV | 03-C-13 | 2004 | 11/3/2004 | N/A |
| WMATA v. One Parcel of Land | US District Court Southern Division of MD | CCB-1-CV-3803 | 2004 | 11/29/2004 | N/A |
| Roubin Associates, L.L.C. v. The Board of Supervisors of Fairfax County | Circuit Court Fairfax County, VA | CH-2004-0192512 | 2005 | 9/20/2005 | 10/26/2005 |
| Commonwealth Transportation v. HUB Properties Trust | Circuit Court City of Alexandria | 5001515 | 2006 | 5/10/2006 | N/A |
| Commonwealth Transportation v. B. Francis Saul, II, et al | Circuit Court Loudoun County, VA | 32155 | 2006 | 5/16/2006 | 5/22/2006 |
| Commonwealth Transportation v. 5938 Richmond Highway LLC, et al | Circuit Court Fairfax County, VA | 212139 | 2006 | 7/26/2006 | N/A |
| Virginia Electric and Power Company For Approval and Certification of Electric Transmission Facilities | State Corporation Commission Of Virginia | PUE-2005-00018 | 2006 | N/A | 7/11/2006 |
| VA - Falk & Taylor, LLC. v. County Board of Arlington, Virginia | Circuit Court Arlington County, VA | Law No.: 05-764 | 2006 | 9/10/2006 | 11/6/2006 |
| Bradley C. Stewart v. Janice H. Steurat | Circuit Court Montgomery County, MD | Case No. 50872 FL | 2006 | 11/10/2006 | N/A |
| Father Flanagan's Boys Home, et al v. The District of Columbia | United States District Court District of Columbia | Civil Action No. 01-1732 (JR) | 2006 | N/A | 12/4/2006 |
| LCOR Alexandria, LLC v. City Council of the City of Alexandria | Circuit Court City of Alexandria | Case No. CL05001411 | 2006 | 12/18/2006 | N/A |
| Ichibaca, Inc. Adversary Proceeding | U.S. Bankruptcy Court Eastern District of VA | 06-01134-SSM | 2007 | 1/15/2007 | 5/10/2007 |