# APPRAISAL REPORT

**SPOTSWOOD VALLEY SQUARE**
**Commercial Retail Shopping Center**

East Market Street and University Boulevard
Harrisonburg Virginia

*RETROSPECTIVE VALUE AS OF*

July 6, 2006

*PREPARED FOR*

Smith, Lease & Goldstein, LLC
11 North Washington Street
Suite 520
Rockville, Maryland 20850

## Parli Appraisal, Inc.

3545 Chain Bridge Road, Suite 207, Fairfax, Virginia 22030

# Parli Appraisal, Inc.

*Appraisers of Real Estate since 1946*

Suite 207
3545 Chain Bridge Road
Fairfax, Virginia 22030
parliappraisal.com
Fax (703) 691-3251
(703) 273-6677

March 25, 2008

Marc J. Smith, Esq.
Smith, Lease & Goldstein, LLC
11 North Washington Street
Suite 520
Rockville, Maryland 20850

Dear Mr. Smith:

In response to your request, we have completed an appraisal of the real estate known as the Spotswood Valley Square located at East Market Street and University Boulevard, Harrisonburg Virginia

The purpose of this appraisal is to determine the retrospective market value of the leased fee interest in the property "as was" on July 6, 2006.  The appraisal function is to assist in possible litigation over ownership interests.

This is a **Summary Appraisal Report**, which is intended to comply with the reporting requirements set forth under Standards Rule 2-2(b) of the Uniform Standards of Professional Appraisal Practice for a Summary Appraisal Report.  A summary report presents only brief discussions of the data, reasoning and analyses that were used in the appraisal process to develop the appraiser's opinion of value.  Supporting documentation concerning the data, reasoning and analyses are retained in the appraiser's file.  The depth of discussion contained in this report is specific to the needs of the client and for their intended use.  Please refer to the *specific assumptions* stated on page 8 of the report.

This appraisal has been prepared in conformance with the requirements of the Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute.

Marc J. Smith, Esq.
March 25, 2008
Page Two

The accompanying report, with exhibits, describes in summary manner the factors considered and the methods of analysis that were used in forming our opinion that the retrospective market value of the leased fee estate interest in the real estate located at East Market Street and University Boulevard, Harrisonburg, Virginia as of July 6, 2006, was:

SIXTEEN MILLION EIGHT HUNDRED THOUSAND DOLLARS
($16,800,000)

We appreciate the opportunity for this appraisal assignment.    Questions of clarification from designated users of the report are welcome.

Respectfully submitted,

PARLI APPRAISAL, INC.

Richard L. Parli, MAI
President

Brian H. LeBlanc
Senior Associate

# SUBJECT PROPERTY



Spotswood Valley Square Shopping Center Circa 2005

# SUMMARY OF FACTS AND CONCLUSIONS

| | |
|---|---|
| **Property Name:** | Spotswood Valley Square |
| **Address:** | East Market Street and University Boulevard Harrisonburg Virginia |
| **Property Location:** | North side of East Market Street (Route 33) at intersection with University Blvd, approximately 1 mile east of I-81 interchange and 1 mile north of James Madison University in commercial retail corridor, in the City of Harrisonburg, surrounded by Rockingham County, Virginia |
| **Tax Map Number:** | 0073-D-001 |
| **FEMA Flood Hazard Map Number and Status:** | 510076 0006 B (effective date November 3, 1989); Zone X (not in floodplain) |
| **Owner of Record on July 6, 2006:** | Spotswood Valley Center Owner, LLC |
| **Land Area:** | 857,405 square feet (19.6833 acres) |
| **Improvements:** | One-level masonry strip retail center constructed in 1988 with a *Net Rentable Area* of 205,380 square feet and serving 28 tenant spaces with three *Anchor* tenants including Kroger Grocery, TJ Max Department Store, and Office Depot. Traffic counts along East Market Streets at 25,000 vehicles per day. Site is below grade with East Market Street, behind pad sites. Surrounding area is heavily built-out with a mix of strip and stand alone retail and service office uses. Parking consists of 964 spaces in macadam lot improved with curb and gutter, lights, and minimal landscaped traffic islands. |
| **Zoning:** | B2 (Business) |
| **Utilities:** | Electric, water, sewer, and telephone service are connected |
| **2006 Tax Assessment:** | Total: $14,473,500; Land: 6,859,200; Bldg: 7,614,300 |
| **Highest and Best Use:** | Retail Center |
| **Property Interest Appraised:** | Leased Fee |
| **Market Value:** | $16,800,000 |
| **Appraisal Effective Date** | July 6, 2006 |

## PROPERTY APPRAISED

The subject of this appraisal consists of 857,405 square feet (19.6833 acres) of land developed with a strip retail center known as Spotswood Valley Square. The building has a total building area of 205,380 square feet and was built in 1988. The subject property is located in the City of Harrisonburg, in a retail corridor adjacent to James Madison University and east of Interstate 81 (I-81). Harrisonburg is situated in the center of Rockingham County, Virginia.

Street address, tax map, and legal description for the property are listed below:

- Street Address:         East Market Street and University Boulevard
                          Harrisonburg, Virginia  22802

- Tax map number:         073-D-001

- Legal Description:      Commercial District 4
                          Es Of E Market St
                          0173 03 0001C.

## PURPOSE OF APPRAISAL

The purpose of this appraisal is to estimate the *retrospective* market value of the leased fee interest in the property "as was" on July 6, 2006.

The value estimate is to be made in terms of cash.

## INTENDED USE AND INTENDED USER OF APPRAISAL

It is our understanding that this appraisal will be used by our client, Smith, Lease & Goldstein, LLC, to assist in possible litigation action arising out of a partnership interest dispute.

1

## REPORT DATE AND APPRAISAL DATE

This is intended to be a retrospective appraisal in that the valuation dates significantly precede the report date.

The written appraisal report was completed on March 25, 2008, the report date. The effective date of the valuation is July 6, 2006, the date that was requested by the client.

As a *Retrospective* appraisal (the effective date of the appraisal is *prior* to the date of the report), this appraisal is complicated by the fact that we know what occurred in the market after the effective date of the appraisal. This information would not be available if the valuation were performed contemporaneously with the appraisal date. Therefore, most market data used in the valuation should be dated prior to the appraisal date. However, data subsequent to the effective date may be considered *as a confirmation of trends that would reasonably be considered by a buyer or seller as of that date.* Therefore, some of the market information presented may be dated subsequent to the appraisal date. This data will be relied upon if it represents market information which was known prior to the appraisal date. For example, a sale contracted prior to the appraisal date with settlement reported as subsequent to appraisal date, or in the case where a transaction confirms a market trend indicated by earlier data.

## STATEMENT OF OWNERSHIP

On June 5, 2006, title to the property was vested in the name of Spotswood Valley Center Owner, LLC. Spotswood Valley Center Owner, LLC settled on the property on that date. The seller or Grantor is listed as RAC-Harrisonburg, L.P. Consideration of $16,700,000 is recorded as part of the deed, Deed Book 2898, page 77. There had been no transfers of ownership during the preceding five years.

## PROPERTY RIGHTS APPRAISED

The property rights appraised and reported in this document are the leased fee estate interest in the property. On the effective date, the property was partially occupied by tenants. As such, any sale of the property would not have included the immediate full right of occupancy. The value of the property therefore must consider the impact (if any) that the tenant occupancy had on market value.

## PROPERTY AGREEMENTS

On July 6, 2006, the Spotswood Valley Square was reportedly 98% leased as of the effective appraisal date, under terms of 26 leases. Essentially all tenants had been in space for over two years. Approximately 47% of the leases expire within 3 years of the appraisal date; however many have renewal options as part of the lease terms.

Leased tenant space is at an average rate of $8.92 per square foot. Most leases are on a *triple net* basis, with the tenant reimbursing the landlord for a pro-rata share of operating expenses. Many of the leases include an additional administrative fee based on a portion of Common Area Maintenance (CAM), Property Insurance, and Management. The anchor tenants, TJ Max, Kroger, and Office Depot, were at rental rates of $5.00, $6.40, and $9.25 per square feet respectively and all three were triple-net with no administrative add-ons.

- TJ Max had five, five-year renewal options, starting in year 2012 at a rate of $5.00 for the first option and $5.50 for the next four options

- Kroger had six, five-year renewal options, starting in year 2007 with no rent increases; however, there is a Percentage Rent clause calling for additional rent of 1% of sales over a floor of $31,564,164, with a rent ceiling of $50,000. Note, percentage rent history was not provided for this appraisal

- Office Depot has one three-year renewal option starting in year 2012 with a rent of $14.20.

The property was reportedly *not* listed for sale, nor was it subject to a contract of sale or an option agreement as of the effective appraisal date.

3

# SCOPE OF THE APPRAISAL

This appraisal is in a **Summary Report** format as defined by Standard 2-2(b) of the Uniform Standards of Professional Appraisal Practice (USPAP). The report is "summary" in that it is intended to contain only a summary of the information and reasoning that went into the valuation conclusion. A summary report presents only brief discussions of the data, reasoning and analyses that were used in the appraisal process to develop the appraiser's opinion of value. Supporting documentation concerning the data, reasoning and analyses are retained in the appraiser's file. The depth of discussion contained in this report is specific to the needs of the client and for their intended use. The appraiser is not responsible for unauthorized use of this report.

In valuing the subject property, the following steps were taken:

- The property was inspected and photographed March 15, 2008.

- Regional, county and neighborhood data were based on information available in the Parli Appraisal, Inc. library, as well as Harrisonburg and Rockingham County land records, assessment, economic development, planning and zoning offices. The neighborhood data was also based on a physical inspection of the area.

- Property information was based on Harrisonburg and Rockingham County land records, treasurer's, assessment, finance, zoning and planning offices, in addition to information obtained from our personal inspection.

- National and local market trends were studied as they affect and are related to retail shopping center properties. This included a search for information on the supply and demand for leased space by tenants and for finished centers by investor/operators. Local data regarding trends in construction, sale, lease and absorption (including marketing period) for properties comparable to the subject were also analyzed.

- Data compiled in the preceding steps was analyzed to conclude the highest and best use for the property.

- Market data used in developing the *Sales Comparison* and *Income Approaches* to value was collected from the Parli Appraisal office files, other appraisers, brokers, builders, developers, property owners, county assessors, lenders, and other persons considered knowledgeable on the subject and the property's market segment.

- The *Cost Approach* was not employed due to the lack of reliance on this approach by market participants on this property type, that is, an older, existing retail center.

- Final estimate of Market Value was made after assembling and analyzing the data defined in this scope of the appraisal.

4

# OPERATIONAL DEFINITIONS

The appraisal is intended to conform to the Uniform Standards of Professional Appraisal Practice (USPAP) promulgated by the Appraisal Standards Board of the Appraisal Foundation. In addition, the appraisal and report shall conform to the Real Estate Appraisal Rules of the regulatory agencies comprising the Federal Financial Institution Examination Council (FFIEC), particularly 12 CFR 34.41 through 34.47 issued by the Office of Comptroller of the Currency (OCC) and 12 CFR Part 1608 issued by the Resolution Trust Corporation (RTC). The appraisal and report is also intended to be in conformity with the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989.

As such, the following definitions apply:

**Market Value** means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (A) buyer and seller are typically motivated; (B) both parties are well informed or well advised, and each acting in what it considers its own best interest; (C) a reasonable time is allowed for exposure in the open market; (D) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (E) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

**Market Value *As Was* on Appraisal Date** means an estimate of the market value of a property in the condition as it physically and legally existed without hypothetical conditions, assumptions, or qualifications as of the effective appraisal date.

**Fee Simple Estate** is defined as the absolute ownership unencumbered by any other interest or estate.

**Leased Fee Estate** is defined as an ownership interest held by a landlord with the right of use and occupancy conveyed by lease to others; usually consists of the right to receive rent and the right to repossession at the termination of the lease. The lease fee estate interest in a property is equivalent to the fee simple estate but with consideration given to any leases in place at the time of the appraisal.

5

## *Specific assumptions:*

This appraisal report has been made with the following *specific assumptions:*

1.   We did not have access to operating statements and leases that were contemporaneous with the effective appraisal date of July 6, 2006.  We were provided a copy of the Investment Offering package developed by the previous owner titled SPOTSWOOD VALLEY SQUARE.  We were also not provided with copies of actual leases.  Therefore, this valuation relies on the accuracy of the data provided to us by our client.

2.   We were not able to inspect all areas of the building. We were not accompanied by an owner/client representative.   The areas we did inspect were represented to us as "representative and typical".   This report assumes that those areas not inspected were similar in condition to those areas inspect.

3.   The property was inspected on March 15, 2008.  Any changes or modifications that *we were informed of* that had occurred after the effective appraisal date have factored them into this appraisal.  The remainder of the property is assumed to have been in condition similar to that observed during our formal inspection.


## *General Limiting Conditions:*

This appraisal report has been made with the following *general limiting conditions*

1.   The distribution, if any, of the total valuation in this report between land and improvements applies only under the stated program of utilization.  The separate allocations for land and buildings must not be used in conjunction with any other appraisal and are invalid if so used.
2.   Possession of this report, or a copy thereof, does not carry with it the right of publication.  It may not be used for any purpose by any person other than the party to whom it is addressed without the written consent of the appraiser, and in any event only with proper written qualification and only in its entirety.
3.   The appraiser herein by reason of this appraisal is not required to give further consultation, testimony, or be in attendance in court with reference to the property in question unless arrangements have been previously made.
4.   Neither all nor any part of the contents of this report (especially any conclusions as to value, the identity of the appraiser, or the firm with which the appraiser is connected) shall be disseminated to the public through advertising, public relations, news, sales, or other media without the prior written consent and approval of the appraiser.

# CERTIFICATION

We certify that, to the best of my knowledge and belief:

1.   We have made a personal inspection of the property that is the subject of this report.

2.   The statements of fact contained in this report are true and correct.

3.   The reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, unbiased professional analyses, opinions, and conclusions.

4.   We have no present or prospective interest in the property that is the subject of this report, and I have no personal interest or bias with respect to the parties involved.

5.   Our compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of our client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.

6.   This appraisal assignment is not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

7.   Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and the Standards of Professional Practice of the Appraisal Institute.

8.   The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

9.   The appraiser has performed within the context of the competency provision of the Uniform Standards of Professional Appraisal Practice.

10.  As of the date of this report, Richard L. Parli, MAI has completed the requirements of the continuing education program of the Appraisal Institute.

11.  Richard L. Parli and Brian H LeBlanc are certified general real estate appraisers in the State of Virginia as of the date of this report, and are permitted to perform real estate appraisals in connection with federally related transactions in the State.

12.  The retrospective market value of the leased fee estate interest in the property that is the subject of this report, as of July 6, 2006, was $16,800,000.

Richard L. Parli, MAI

Brian H. LeBlanc
Senior Associate

COMMONWEALTH OF VIRGINIA
RICHARD L. PARLI
No. 4001 001097
Certified General
Real Estate
Appraiser

## LOCATION ANALYSIS

A summary analysis of how the subject property is affected by its location is provided in the following two subsections: *Area Description* and *Neighborhood Description*. The *Area Description* provides an overview of the Harrisonburg/Rockingham County Metropolitan area. The *Neighborhood Description* will present an overview of the subject's local neighborhood.

### Area Description

The subject property is located 125 miles southwest of downtown Washington, D.C. in the City of Harrisonburg, on Interstate 81 in the Shenandoah Valley. Roanoke is 110 miles to the south; Washington, D.C. is 125 miles to the northeast; and Richmond, the state capital, is 131 miles southeast. Harrisonburg is surrounded by greater Rockingham County and is the home of James Madison University (JMU). Rockingham County is bounded by Shenandoah County and Frederick County to the north and Augusta County to the South, all served by I-81. Both Frederick County with the town of Winchester and Shenandoah County with the town of Woodstock are gradually becoming extensions of the Northern Virginia/Washington DC region, with commuters making the trip via Interstate 66, which runs from Strasburg to Washington DC.



Harrisonburg is an independent city with a population of approximately 40,461 as of year 2006. The largest employer is James Madison University, a public school. Its enrollment has nearly quadrupled since I-81 was completed in Virginia, from 4,000 in 1970 to 15,000 in the early 2000s. Rockingham County/Harrisonburg: Rockingham County has long been synonymous with poultry. In 2002, the county ranked second in the U.S. for number of turkeys and sixth for number of broilers and other meat-type chickens (it produced 4.5 percent of turkeys sold in the U.S. in 1997).

Rockingham County's value of livestock, poultry, and their products ranked 17th in the nation in 2002. Rockingham also has a significant dairy industry; it ranked 44th in the country for milk and other dairy products from cows. Its orchards are also productive; in 1997 Rockingham ranked 70th for apple production and 74th for peach production.

The Harrisonburg/Rockingham Metro area grew in population by 1.76% from year 2000 to 2005 and is forecast to continue to grow to over 160,000 people by year 2020.  Housing units are also forecast to increase in number by almost 10,000 through year 2010.  The area participated in the real estate boom, with median home prices increasing by over 50% in years 2000 to 2006.

**Population Growth**

**2000-2005**





| Year | % Chg |
|------|-------|
| 2000-2001 | 1.67% |
| 2001-2002 | 1.27% |
| 2002-2003 | 0.72% |
| 2003-2004 | 0.80% |
| 2004-2005 | 1.76% |

Source : Weldon Cooper Center for Public Service, Annual Estimates

**(Harrisonburg**

**Rockingham Metro)**

**Housing Projections**



The Harrisonburg Metro region had a *Civilian Labor Force* in the range of 21,000 to 22,000 as of year 2006. The *Unemployment Rate* declined to just under 3% in year 2006 from just under 3.5% in 2005.  Labor Force and Unemployment trends are shown in the following charts:



11

The 1997 Census of Manufactures found that the *Value Added by Manufacture* (VAM) in Rockingham County was $2.02 billion, the highest in Virginia's I-81 corridor. The only Virginia jurisdictions with higher VAM's were the cities of Richmond and Norfolk. Major factories include poultry processors, a pharmaceutical plant, two book printers, a motor vehicle parts manufacturer, a plastic bottle maker, a large furniture maker, and a producer of aluminum and plastic tubing. The Cargill Turkey Products (formerly Rocco) plant in Dayton is said to be the country's largest turkey-processing plant. In 2004, Pilgrim's Pride announced that it would close its Hinton processing plant. The Coors Brewing Company has packaged beer in Elkton since 1987; it is brewed elsewhere and shipped to Elkton for bottling. By 2007, the company will open a brewery there, its third in the U.S.



Marshalls operates an apparel distribution center in Bridgewater. Wal-Mart intends to open a distribution center in Mt. Crawford (Exit 240) in 2005. J.C. Penney bought the Wal-Mart site in the late 1980s for a distribution center, but suspended the project in 1990 and sold the land in 2002. Representative major employers in the area are summarized in the following table.

**Manufacturing**

| Company | Product/Service | Est. Employment |
|---|---|---|
| Banta Corporation | Book publishing & printing | 300 - 599 |
| ComSonics, Inc. | Telecommunications equipment | 100 - 299 |
| Coors Brewing Company | Malt beverages | 300 - 599 |
| Graham Packaging Co. | Plastic bottles | 300 - 599 |
| Intrapac, Inc. | Aluminum extruded products | 300 - 599 |
| Merck & Company Inc. | Pharmaceuticals | 1,000 - 1,499 |
| Perdue Farms, Inc. | Poultry processing | 600 - 999 |
| Pilgrim's Pride Corporation | Poultry processing | 1,500 - 2,499 |
| R. R. Donnelley & Sons Company | Book printing | 1,000 - 1,499 |
| Tenneco Automotive Inc. | Motor vehicle parts | 600 - 999 |
| Tyson Foods, Inc. | Poultry processing | 300 - 599 |
| Valley Blox, Inc. | Concrete products | 100 - 299 |
| WhiteWave Foods | Milk, Soy Products | 100 - 299 |

**Nonmanufacturing**

| Company | Product/Service | Est. Employment |
|---|---|---|
| James Madison University | Higher education | 2,500 - 4,999 |
| Marshalls | Retail distribution | 600 - 999 |
| Rockingham Memorial Hospital | Health care | 1,500 - 2,499 |
| Wal Mart | Retail distribution | 600 - 999 |

Despite the region's manufacturing and agricultural history, the economy is moving more toward services and retail, feeding off residential growth.  Both Taxable Sales and Per Capita Incomes have shown strong upward trends through years 2000 to 2006 as shown in the adjacent charts:



## Neighborhood Description

The subject property is situated on the east side of Route 33, one mile south of exit 247 on I-81, in the City of Harrisonburg.   Route 33 is known as Market Street within the City.   It runs through the old downtown and becomes East Market on the east side of Main Street (Route 11).    Route 33 and continues east to Massanutin and Elkton and west into Elkins Maryland. University Boulevard runs west from East Market, bordering the south side of the JMU campus, to Port Republic Road on the west.    East Market Street becomes Spotswood Trail on the south side of the City limits.



The area bounded by East Market Street, I-81, and Port Republic Road, surrounding University Boulevard has been relatively heavily developed with retail uses.  These serve both the local and university populations, as well as visitors to the University and Massanutin Resort, approximately 10 miles south.   The Valley Mall, at the southwest quadrant of East Market and University had been one of the few retail locations with larger name retailers.  Now, surrounding big-box retailers include: Wal-Mart, Home Depot, Lowes, Costco, Barnes and Noble, Bed Bath and Beyond, Michaels, Toys R Us, Kohl's, Circuit City and JC Penny.  Both Target and Old Navy were in the process off building new locations on East Market in 2006, and Martin's Grocery (associated with Giant Food) was also moving in further south on East Market.   Harrisonburg Crossing, with Wal-Mart, Home Depot mentioned above was completed in 2002 on the northwest side of East Market Street and Burgess Road, north of University Boulevard.

There is over 2 million square feet of retail space within a 2 mile radius of the subject property. The critical mass of retail along East Market has effectively drawn activity out of the downtown and out of the Route 11 corridor. New retail supply has also effectively put a ceiling on rental rates for older retail properties when competing against new product such as Harrisonburg Crossing and Market Square East. Newer centers are striving for $20 per square foot rents for in-line retail tenants in the under 3,000 square foot range. Existing, older centers were in the low to mid teens for inline space in 2006.

| Retail Name | Location | GLA ( sq ft) |
|---|---|---|
| CLOVERLEAF SHOPPING CENTER | 48 S. Carlton St. | 140,000 |
| DUKE'S PLAZA | 2241 S Main St (Rte 11) | 139,956 |
| FORBES CROSSING | n/a | 74,150 |
| HARMONY SQUARE SHOPPING CENTER | 1751 Virginia Ave. | 49,273 |
| HARRISONBURG CROSSING | 171 Burgess Rd | 538,507 |
| MARKET SQUARE EAST | 1671 E Market St | 61,415 |
| PORT CROSSING SHOPPING CENTER | 1021 Port Republic Rd. | 56,791 |
| ROCKINGHAM SQUARE SHOPPING CENTER | 1751 S High St | 55,860 |
| SKYLINE VILLAGE | 2035 E Market St | 150,404 |
| SPOTSWOOD VALLEY SQUARE | 1700 E. Market St. | 200,000 |
| UNNAMED SHOPPING CENTER | 2475 S Main St | 119,000 |
| VALLEY MALL | 1925 E Market St | 487,429 |
| Total | | 2,072,785 |

East Market Street is a six-lane highway with grassy median in the vicinity of the subject. Traffic counts on the road approximate 25,000 vehicles per day, and traffic is increasing. The intersection of East Market and University Boulevard is controlled by a 4-way traffic signal. Access to the property is good. Stand alone pad sites run along the East Market Street right-of-way. They include a gas-only service station with associated car wash. The pad sites tend to obscure visibility of the center. The Valley Mall is located across East Market from the subject. Country Club Road runs behind and to the northeast of the subject. It consists of low density development as well as the Spotswood Country Club. The Spotswood Homes Trailer Park is to the northeast side of the subject site.

14

East Market Street; facing north towards
University Boulevard Intersection



East Market Street; facing south with
Valley Mall on right



East Market Street; facing west towards
University Boulevard Intersection



# PROPERTY DESCRIPTION

The subject real estate consists of 19.68 acres of land developed with a strip retail commercial center to a net rentable floor area of 205,380 square feet, reflecting a developed density Floor Area Ratio (FAR) of 0.24.

## Description Of The Land

The site is roughly rectangular in shape and at grade with surrounding roads.   A property survey is shown below.  Site characteristics include:

- Tax Map Number: 073-D-001

- Zip Code: 22802

- Shape: Irregular/Rectangular

- Area: 857,405 square feet (19.6833 acres)

- Topography: Level with gradual slope to east away from Market Street right-of-way

- Below grade with Market Street right-of-way

- Below average visibility from Market Street

- None of the site is within a recognized flood zone area as indicated by Federal Emergency Management Agency (FEMA map Number 510076  0006 B (effective date November 3, 1989)

- Utilities: Connected to site include electric, water, natural gas, public sewer, and telephone

- Subsoil conditions: *assumed* adequate to support construction

- Environmental Conditions: unknown to the appraiser, no obvious environmental hazards were noted based on personal inspection.

## Zoning

The property is zoned for commercial use by the City of Harrisonburg under the zoning classification "B2" for General Business District.   This classification is typically assigned to properties serving retail automotive, recreational, and service uses.   More intensive uses involving warehousing, truck traffic, or nuisance are generally not allowed.   Retail involving sale, rental of goods, restaurants and stores associated with shopping centers are permitted by-right.   Offices and automotive service and service stations are permitted by-right.   Research and development is allowed, and some more intensive uses are permitted by Special Use Permit. City of Harrisonburg zoning administrator issued zoning compliance letter for the property in March of 2006.

Regulations for B2 zoning include:
- Front/Street: 30 feet
- Side: 10 feet
- Rear: 10 feet.
- Maximum Building Height: 6 stories

The property serves 14 easements (verified and updated as of February 10, 2006).   None noted that would have a negative impact on property value:



1. Access for Spotswood Mobil Home Estates on west side
2. Access for United Muffler
3. Access and sewer and water tot Old Dominion Savings and Loan Associates
4. Right-of-way serving Clayton Homes
5. Sanitary Sewer and water, City of Harrisonburg
6. Access and parking, Virginia Poultry Federation
7. Columbia Gas of Virginia
8. Access and sign easement serving WJB Realty, L.P.
9. Ingress/Egress serving Chesapeake Foods Inc.
10. Sewer and water easements (Deedbook/Page 587/741)
11. Sewer and water easements (Deedbook/Page



17

723/785)
12. Right-of-way serving NTELOS
13. D'Lois, L.L.C (Deedbook/Page 228/11)
14. City of Harrisonburg (Deedbook/Page 2564/394).

## Description Of Improvements

Improvements consist of a one-story masonry retail strip shopping center, paved surface parking and landscaping.   Building characteristics are summarized below:

°       Net Rentable Building Area:   205,380 square feet

°       Completed in 1988

°       Exterior facade of store-front glass units



We were not provided with and were unable to obtain floor plan drawings with calculation of gross building area.   Net rentable floor area  was based on information provided by the owner/client.

The improvements are constructed in three sections forming a "U" shape as shown on the following figure.   Each section has one large "anchor" space.  The South section has Kroger and several in-line stores.   It faces west toward the inside of the U and parking area.  The middle section has Office Depot and the majority of the in-line spaces.  The west section is separated by a interior vehicle lane and has TJ Max.  None of the sections has good visibility from the road.



The sales areas of most of the stores were inspected, with the exception of UD Government Recruiting, Virginia State Lottery, vacant units, Beneficial of Virginia, Pro-Tax, and China Jade Restaurant.  Spaces consisted of typical retail buildout and appeared in average condition.

**Site Improvements**

Site improvements include over 52,000 square feet of asphalt paving providing parking for 964 vehicles or ±4.7 spaces per 1,000 square feet of net rentable building area. There is attractive but modest landscaping. Loading docks are built on the back side of larger anchor spaces. The Kroger dock includes ramped access. Covered concrete sidewalks line the front of retail units. The parking area is lighted with a mix of quad and triple pole-mounted lights.



**Property Condition**

Overall, the property is considered to be in good condition. We observed no areas of deferred maintenance during our inspection. The quality of materials and maintenance is considered average.

The property is estimated to have an effective age of 10 years and a remaining economic life of 35 years.

## Taxes and Assessments

The real estate assessment for the subject is presented in the following table:

| YEAR | LAND VALUE | IMPROVEMENT VALUE | TOTAL VALUE | TAX RATE | TAXES |
|------|-----------|-------------------|-------------|----------|-------|
| 2006 | $6,859,200 | $7,614,300 | $14,473,500 | 0.62 | $89,736 |

Assessments are intended to represent 100% of Fair Market Value. Properties in Virginia are reassessed annually. The assessed value in 2006 equates to a land value of $8 per square foot of land and $70.47 per Net Rentable square foot of floor area.

## HIGHEST AND BEST USE

Highest and best use forms the basis for the applying the three most common approaches to valuing real estate. Highest and best use is defined as the reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value. Four criteria must be met for highest and best use: legal permissibility, physical possibility, financial feasibility, and maximum profitability.[1]

A specific land use must meet four basic criteria to be considered the Highest and Best Use: 1) physically possible, 2) legally permissible, 3) financially feasible, and 4) maximally productive. Also, the highest and best use must be consistent with the conclusions drawn from the regional and neighborhood information. A highest and best use analysis is generally made for both a property's *as improved* and *as if vacant* conditions.

### As If Vacant

Highest and best use for the property, as if vacant as of the effective appraisal date, is for retail center development. The subject site would consist of 19.7 acres in a developed retail corridor proximate to transportation, employment, and residential areas. The site is zoned for commercial use. Retail development has continued in the area, and remained relatively strong in year 2006. The site is situated at a signal controlled commercial intersection, providing good access. Surrounding uses include retail pad sites along the main road. The site suffers from being somewhat below grade with the main road and visibility is obstructed by the existing pad buildings. Also, newer retail has tended to focus closer to the university campus and on the south side (higher grade). However, feasibility of retail use is supported by continued construction in the corridor. Therefore, retail development is concluded to be the highest and best use of the site if it were vacant as of the effective appraisal date. Development would most likely attempt to maximize visibility; however, requirements for ample parking would limit development density to the 0.2 to 0.25 FAR range (170,000 to 215,000 square feet). The site size could physically support this development and market analysis indicates that development would be financially feasible and maximally productive as of the appraisal date.

### As Improved

Highest and best use of the property *as improved* is continued use as a strip retail center. The property has retained relatively high occupancy, despite new retail supply and competition that came online. We note that grocery store competition has become more intense, with Martin's Grocery recently entering the market with an upscale store. Although large anchor stores generate much lower rental rates than smaller in-line stores, they are required to draw shoppers into centers. This is particularly true for the subject, which has inferior visibility.

The property has no excess or surplus land as improved. The most likely user is a destination retailer. The most likely buyer is a retail operator/investor.

---

[1] *The Dictionary of Real Estate Appraisal,* Appraisal Institute; Third Edition; 1993.

## VALUATION

The purpose of this appraisal is to estimate the retrospective market value of the leased fee estate interest in the property in its "as-was" condition, as of July 6, 2006. Highest and best use of the property is continuation of the current use of the existing retail and restaurant use. Only the Sales Comparison and Income Approaches will be developed. The Cost Approach is not applicable and will not be used because market participants are not relying on cost to value older, existing retail buildings such as the subject. The Cost Approach remains valid for new and recently constructed retail project valuations.

## Sales Comparison Approach

The major premise of the *Sales Comparison Approach* is that the market value of a property is directly related to the prices of comparable, competitive properties. Therefore, this approach involves a comparison of the subject property with other properties which have been sold or have been offered for sale in the open market. Recent shopping center sales were analyzed and the data developed was compared with the subject property.

The sales presented on the following pages are considered indicative of value for the subject property.

**IMPROVED COMPARABLE 1**

| | |
|---|---|
| Property Name: | Spotswood Valley Center |
| Address: | East Market Street (RT 33) and University Boulevard |
| | City of Harrisonburg, Virginia 22802 |
| Grantor: | RAC-HARRISONBURG, L.P. |
| Grantee: | SPOTSWOOD VALLEY CENTER OWNER, LLC |
| Deed Date: | June 5, 2006 |
| Reference: | Deed book 2898 Page 77 |
| Tax Map Number: | 073-D-001 |
| Building Area: | 205,380 square feet |
| Land Area: | 19.68 acres |
| Parking Ratio: | 4.7 spaces per 1000 rentable square foot |
| Improvements: | One story masonry strip retail center with rear loading docks, concrete sidewalks, paved parking area with over 52,000 square feet macadam pavement, lights, parking islands |
| Anchor Tenants: | Kroger, TJ Max, Office Depot |
| Year Built: | 1988 |
| Zoning: | B2 Commercial |
| FAR: | 0.24 |
| Consideration: | $16,700,000 |
| Unit Price/SF: | $81.31 |
| Cap Rate: | 8.7% |
| Occupancy: | 97% |
| Average Rent: | $8.90 |
| Financing: | Assume loan 30-year fixed at 6.09% balance of $9.683 million (June 2005) |
| Confirmation: | Deed Records, Inspection |

Older community retail strip retail center located in heart of Harrisonburg retail corridor within one mile of I-81 and James Madison University. Traffic counts of 25,000 vehicles per day on East Market Street. Access is average to good via four way traffic signal. Visibility is average to fair due to being below grade from road and pad sites.



**IMPROVED COMPARABLE 2**

| | |
|---|---|
| Property Name: | Elkton Plaza |
| Address: | Spotswood Trail (Route 33) |
| | Elkton, Rockingham County Virginia |
| Grantor: | Elkton Plaza LLC |
| Grantee: | Sunrise Properties LLC (Kodiak Properties) |
| Deed Date: | December 11, 2007 |
| Reference: | Deed book 3233 Page 222 |
| Tax Map Number: | 130- (11 ) - L4 |
| Building Area: | 94,782 square feet |
| Land Area: | 10.78 acres |
| Parking Ratio: | Not Available; Ample |
| Improvements: | One story masonry strip retail center with rear docks, concrete sidewalks, paved parking area with no landscaping |
| Anchor Tenants: | Food Lion |
| Year Built: | 1990 (approximate) |
| Zoning: | B2 Commercial |
| FAR: | 0.20 |
| Consideration: | $4,400,000 |
| Unit Price/SF: | $46.42 |
| Cap Rate: | 8.5% |
| Occupancy: | 80% |
| Average Rent: | $4.00 *estimated* |
| Financing: | Cash to seller |
| Confirmation: | Deed Records, Inspection |

Older neighborhood retail strip retail center located 20 miles west of City of Harrisonburg, west side of Elkton, close to Massanutten resort. Access is average to good via four way traffic signal. Visibility is average. Sold with 19,500 sf vacant. Food Lion reported doing very well due to Massanutin resort. Coors bottling is leasing 7600 sf on a monthly basis for storage.



## IMPROVED COMPARABLE 3

| | |
|---|---|
| Property Name: | Wal-Mart Supercenter (portion) |
| Address: | 2180 South High Street (Route 42) |
| | Rockingham County Virginia |
| Grantor: | Harrisonburg  Shop Space Limited |
| Grantee: | Harrisonburg (Garbers) WMS LLC (Rivercrest Realty Assoc. LLC) |
| Deed Date: | September 29, 2003 |
| Reference: | Deed book 2365 Page 1 |
| Tax Map Number: | 108-(12 ) - L2 |
| Building Area: | 33,200 square feet |
| Land Area: | 10.78 acres |
| Parking Ratio: | 5.3 |
| Improvements: | Peripheral strip center across parking lot from Wal-Mart, Masonry construction, asphalt parking of 87,140 square feet |
| Anchor Tenants: | None, across parking lot from Wal-Mart |
| Year Built: | 1999 |
| Zoning: | B1 |
| FAR: | 0.09 *impacted by floodplain (4.3 acres)* |
| Consideration: | $2,912,000 |
| Unit Price/SF: | $87.71 |
| Cap Rate: | 11% |
| Occupancy: | 90% |
| Average Rent: | $10.00 *estimated* |
| Financing: | Cash to seller |
| Confirmation: | Deed Records, Inspection |

Newer neighborhood strip center associated with neighboring Wal-Mart. Mix nine of retail and service/office tenants, with Asia Inn Restaurant being main tenant. Center has little visibility from road and long walk across parking area from Wal-Mart. Site is reported by County as incorporating flood plain, limiting utility. County sewer and water.



The comparable sales have unit prices ranging from $46.42 to $87.71 per square foot, before adjustments.  The comparable sales are summarized below:

### COMPARABLE SALES

| # | LOCATION | PRICE | SALE DATE | SIZE | YR BUILT | OCC | $/sf |
|---|---|---|---|---|---|---|---|
| 1 | Spotswood Valley Center; Rt 33 Harrisonburg V | $16,700,000 | 6/5/2006 | 205,380 | 1988 | 97% | $81.31 |
| 2 | Elkton Plaza Elkton, Rt 33 Rockingham Cty, VA | $4,400,000 | 12/11/2007 | 94,782 | 1990 | 90% | $46.42 |
| 3 | Wal-Mart Super Center Rat 42 Rockingham City, VA | $2,912,000 | 9/29/2003 | 33,200 | 1999 | 90% | $87.71 |

After consideration of all relevant factors, a unit value of $82.00 per square foot is estimated for the subject.  Comparable 1 represents the sale of the subject property and no adjustment is warranted.  Comparable 2, like the subject, is anchored by a grocery store.  However, it is inferior in location, and building improvements.  In addition, occupancy was only in the 80% range.   This warrants significant upward adjustment.  Comparable 3 is inferior in location, but superior in age/condition and in size (where smaller properties tend to trade at a higher dollar-per-square foot price).  Although the comparables are not ideal it terms of attributes similar to the subject property, they demonstrate an active market and demand for retail centers.

Our analysis indicates that the property is leased at approximately market terms and was operating at stabilized occupancy.  Therefore, no adjustment is necessary for property rights.

Applying the $82.00 unit value to the subject property size of 205,380 square feet indicates a value of $16,841,160; rounded to $16,840,000.


**VALUE INDICATED BY SALES COMPARISON APPROACH - $16,840,000**

## Income Approach

The income approach is based on the premise that the value of an investment property is a function of its income-producing capability. We will employ both direct capitalization and discounted cash flow in this section.

### DIRECT CAPITALIZATION

#### Market Rent

The local market was investigated to uncover current leases within comparable properties in order to estimate current market rent for the subject property. The unit of comparison used to analyze rents for retail space is typically the *triple net* rental rate per square foot of leaseable area per year. Expenses are typically passed through to the tenant in a triple net lease, or the tenant reimburses the landlord for operation expenses.

The following leases are considered indicative of what rental rate the subject could command if vacant and available in the current market as of July 6, 2006.

#### LEASE COMPARABLE 1

Location:          Harrisonburg Crossing
                   277 Burgess Road
                   Harrisonburg, Virginia
Lessor:            THF Realty

| TENANT | DATE | AREA(SF) | TERM | FACE/sf | TI/sf | ESC | EFF RENT |
|--------|------|----------|------|---------|-------|-----|----------|
| Michaels | Jan 2003 | 20,215 | 10 years | $11.00 | None | None | $11.00 |

Expenses:          *Triple Net* lease, with tenant reimbursing landlord for operating expenses
Year Built:        2002

Notes: Larger block space in newly constructed regional center just off I-81 in retail corridor of Harrisonburg. Other tenants include Wal-Mart, Home Depot, Barnes and Noble books, and smaller in-line tenants.

**LEASE COMPARABLE 2**

Location:             Spotswood Valley Center
                      1790 East Market Street
                      Harrisonburg, Virginia
Lessor:               Spotswood Valley Center Owner, LLC

| TENANT | DATE | AREA(SF) | TERM | FACE/sf | TI/sf | ESC | EFF RENT |
|---|---|---|---|---|---|---|---|
| Plan 9 Music | Sept 2004 | 2352 | 1 year | $11.50 | None | None | $11.50 |
| American General Finance | May 2005 | 1800 | 3 years | $13.00 | None | None | $13.00 |
| Sole Source | Sept 2004 | 1,600 | 3 years | $11.00 | None | None | $12.00 |

Expenses:             *Triple Net* lease, with tenant reimbursing landlord for operating expenses
                      and administrative charges of 20% of CAM
Year Built:           1988

Notes: In-line space in center anchored by Kroger grocery, TJ Max, Office Depot.  Plan 9 has one three-year renewal at a rate of $12.25 per square foot.  American Genera has one 3-year renewal option at $14.20 per square foot.  Sole Source has a three year renewal option with rent increases to $14.40, $14.85, and $15.30.


**LEASE COMPARABLE 3**

Location:             Cloverleaf Center
                      1790 East Market Street
                      Harrisonburg, Virginia
Lessor:               Harmon Properties

| TENANT | DATE | AREA(SF) | TERM | FACE/sf | TI/sf | ESC | EFF RENT |
|---|---|---|---|---|---|---|---|
| SootBusters | Mid year 2007 | 5,900 | 5 years | $11.00 | None | $12 yr 2 | $8.00 |

Expenses:             *Triple Net* lease, with tenant reimbursing landlord for operating expenses
Year Built:           1988

Notes: In-line space in center anchored by Kroger grocery, TJ Max, Office Depot.  One 3-year renewal option at $12.25 per square foot.

**Market Rent Conclusion**

A unit rental rate of $12.25/SF is concluded for the subject's inline space in the size range of 1000 to 6,000 square feet. Comparable 1 represents larger space, but in a much newer center. Comparable 2 represents leases in the subject center. They are considered the best indicators for market rent in the center. Market conditions were not reported to have changed significantly in the 2003 to 2007 time frame. Comparable 3 represents larger space (inferior on a dollar-per-square foot basis), in an inferior location and in an older center. Therefore, Comparable 3 warrants upward adjustment.

Anchor, large block space, commands significant discounts over typical in-line rents. Our research suggests market rent for both anchor spaces would be at $5.50 per square foot on a triple-net basis. The subject's TJ Max rate supports this. The Kroger rent rate is at $6.40 and involves percentage rent. Given the new grocery store tenants in the market, we conclude that this is above market. However, there is no lease-hold value attributed to this lease since it expires in October of 2007, a little over one year from the effective appraisal date. Market rent for the Office Depot block is discounted for size and concluded to be $9.25 per square foot.

**REVENUE AND EXPENSE STATEMENT**

**Revenue**

The subject first year Potential Gross Income (PGI) based on market rent is calculated as $1,593,701. We conclude in the following section (Yield Capitalization) that the difference between contractual cash flow and the market cash flow is inconsequential. Therefore, contractual Potential Gross Revenue is used.

Revenue or Gross Income (GI) for the building is the sum of rents received. Estimated vacancy is deducted from GI to indicate Effective Gross Income (EGI). Discussions with market participants indicates that a 7% vacancy and collection loss factor was appropriate in that market.

**Expenses**

The subject is leased essentially leased on a triple-net basis, with the tenant reimbursing the landlord paying for a pro rata share of Real Estate Taxes, Property Insurance, Common Area Maintenance (CAM), and management. An allowance is also made for non recoverable expenses. We have allocated expenses for periods of vacancy as an expense to the landlord, that is, for 93% occupancy, 7% of expenses is incurred by the landlord. CAM is typically running between $1.10 and $1.25 per square foot in comparable centers.

**Net Operating Income**

Using market rents, the first year's income and expenses have been developed from the figures presented on the preceding pages. The subject's first year operating statement is shown below. It is concluded that the subject's net operating income at market terms is $1,454,431.

**FIRST YEAR NET OPERATING STATEMENT**
AS OF JULY 6, 2006
Spotswood Valley Square

|                              |         |          | Inline      |             |
|------------------------------|---------|----------|-------------|-------------|
| Rentable Area:               |         |          | 205,380     |             |
| Stabilized Occupancy         |         |          | 93.00%      |             |
| Market Rent:                 |         |          | $7.60       |             |

|                                      | $/NRA     | % OF EGI | PROJ. 12 MOS. |             |
|--------------------------------------|-----------|----------|---------------|-------------|
| POTENTIAL GROSS INCOME               |           |          | $1,593,701    |             |
| Total Potential Income:              | $7.76     |          | $1,593,701    |             |
|                                      |           |          |               |             |
| Less: Vacancy and Credit Loss        | ($0.54)   |          | (111,559)     |             |
| Concessions                          |           |          | 0             |             |
| EFFECTIVE GROSS INCOME               | $7.22     | 100%     |               | $1,482,142  |
|                                      |           |          |               |             |
| FIXED EXPENSES                       |           |          |               |             |
| Real Estate Taxes                    | $0.02     | 3.80%    | $4,815        |             |
| Insurance                            | $0.01     | 1.50%    | $1,871        |             |
|                                      |           |          |               |             |
| TOTAL FIXED EXPENSES                 | $0.03     | 0.45%    | $6,686        |             |
|                                      |           |          |               |             |
| VARIABLE EXPENSES                    |           |          |               |             |
| CAM                                  | $0.04     | 5.70%    | $7,234        |             |
| Management Fee                       | $0.02     | 3.00%    | $3,791        |             |
| Non-Recoverable                      | $0.05     | 0.60%    | $10,000       |             |
|                                      |           |          |               |             |
| TOTAL VARIABLE EXPENSES              | $0.11     | 9.30%    | $21,025       |             |
|                                      |           |          |               |             |
| TOTAL EXPENSES                       | ($0.13)   | -1.87%   |               | $27,711     |
| NET OPERATING INCOME                 | $7.08     | 98.13%   |               | $1,454,431  |

## Overall Rate

In arriving at a value by *direct capitalization*, the net annual income is converted (capitalized) into an estimate of value by using an *Overall Rate* (OAR). An OAR can be developed using various method. The preferred method of selecting an OAR is through the analysis of comparable sales whenever adequate information is available. Deriving an *overall capitalization rate* in this manner is considered the most direct and most reliable method because it relies on empirical evidence to reflect the actions of actual buyers and sellers in the local market. The sale comparables supported a range of 8.5% to 11%. Market surveys supported a range of 5.8% to 9% as second quarter 2006.[2]

We conclude an Overall Rate of 8.75% for the property. This is based on the sales comparables and survey information, coupled with the fact that the property market location is outside of the typically recognized urban market area.

---

[2]Real Estate Investor Survey, Peter F. Korpacz & Associates, Inc.; Second Quarter, 2006, p. 14.

30

**Value Indication By Direct Capitalization**

The first year NOI derived in the preceding section is capitalized at the indicated OAR as follows:

| NOI | + | OAR | = | INDICATED VALUE |
|-----|---|-----|---|-----------------|
| $1,454,431 | ÷ | 0.0875 | = | $16,622,069 |
| | | ROUNDED TO | | $16,620,000 |

**Value Indicated By Direct Capitalization  - $16,620,000**

**YIELD CAPITALIZATION**

**Holding Period**

The subject's cash flow is based on a fiscal year running from July through June over a 10-year holding period from 2006 to 2016 (allowing an 11th year for estimating reversion).

**Forecasted Net Operating Income**

Market Income

- The property is currently encumbered by leases, which are incorporated into the analysis
- All tenants will stay throughout their lease terms, or be replaced with tenants of equal or greater credit
- Tenants have a 80% chance of renewal
- If the tenant renews, no build-out expense will be incurred by the landlord

Market and Revenue Input

- Market lease terms will be 5 years for all spaces
- New leases will have a 80% probability of renewing
- Spaces not renewed by the existing tenant(s) will stay vacant for an average of four months
- Market rent will increase at the annual rate of 3%
- 

Operating Expenses

- Contractual lease terms are used for expense treatment
- Operating expenses are projected to increase at the general inflation rate or 3% per year.

Capital Costs

- A broker's commission of 3% of gross lease value will be charged for signing new tenants, and 1% for renewing tenants.

## Cash Flow

An 11-year unleveraged cash flow projection for the subject is presented below. Although we have projected a 10-year holding period, the 11th year is shown in order to calculate the reversion value.

**SPOTSWOOD VALLEY SQUARE**
CONTRACT RENT

**SCHEDULE OF PROSPECTIVE CASH FLOW**
In Inflated Dollars for the Fiscal Year beginning 7/1/2006

| For the Years Ending | Year 1 Jun-2007 | Year 2 Jun-2008 | Year 3 Jun-2009 | Year 4 Jun-2010 | Year 5 Jun-2011 | Year 6 Jun-2012 | Year 7 Jun-2013 | Year 8 Jun-2014 | Year 9 Jun-2015 | Year 10 Jun-2016 | Year 11 Jun-2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| POTENTIAL GROSS REVENUE | | | | | | | | | | | |
| Base Rental Revenue | $1,593,701 | $1,621,849 | $1,665,841 | $1,675,659 | $1,683,143 | $1,685,820 | $1,750,328 | $1,773,429 | $1,776,670 | $1,777,455 | $1,790,834 |
| Absorption & Turnover Vacancy | -$8,354 | -$14,238 | -$10,673 | -$4,773 | -$6,097 | -$3,516 | -$50,361 | -$4,663 | -$1,235 | $0 | -$8,168 |
| | | | | | | | | | | | |
| Scheduled Base Rental Revenue | $1,585,347 | $1,607,611 | $1,655,168 | $1,670,886 | $1,677,046 | $1,682,304 | $1,699,967 | $1,768,766 | $1,775,435 | $1,777,455 | $1,782,666 |
| CPI & Other Adjustment Revenue | $0 | $1,167 | $7,204 | $19,577 | $31,872 | $47,465 | $66,522 | $88,137 | $118,220 | $151,315 | $172,170 |
| Expense Reimbursement Revenue | $246,900 | $252,993 | $267,183 | $274,624 | $283,201 | $291,172 | $294,131 | $307,397 | $315,941 | $324,868 | $333,221 |
| | | | | | | | | | | | |
| TOTAL POTENTIAL GROSS REVENUE | $1,832,247 | $1,861,771 | $1,929,555 | $1,965,087 | $1,992,119 | $2,020,941 | $2,060,620 | $2,164,300 | $2,209,596 | $2,253,658 | $2,288,057 |
| General Vacancy | -$102,620 | -$98,295 | -$105,189 | -$112,189 | -$111,296 | -$114,245 | -$68,637 | -$119,151 | -$123,045 | -$124,422 | -$116,619 |
| | | | | | | | | | | | |
| EFFECTIVE GROSS REVENUE | $1,729,627 | $1,763,476 | $1,824,366 | $1,852,898 | $1,880,823 | $1,906,696 | $1,991,983 | $2,045,149 | $2,086,551 | $2,129,236 | $2,171,438 |
| | | | | | | | | | | | |
| OPERATING EXPENSES | | | | | | | | | | | |
| CAM | $103,738 | $106,631 | $109,966 | $113,528 | $116,887 | $120,502 | $121,611 | $127,804 | $131,777 | $135,780 | $139,535 |
| Insurance | $26,725 | $27,527 | $28,353 | $29,203 | $30,079 | $30,982 | $31,911 | $32,868 | $33,854 | $34,870 | $35,916 |
| Real Estate Taxes | $68,781 | $70,844 | $72,970 | $75,159 | $77,414 | $79,736 | $82,128 | $84,592 | $87,130 | $89,744 | $92,436 |
| Management Fee | $51,889 | $52,904 | $54,731 | $55,587 | $56,425 | $57,201 | $59,759 | $61,354 | $62,597 | $63,877 | $65,143 |
| Non-Recoverable | $10,000 | $10,300 | $10,609 | $10,927 | $11,255 | $11,593 | $11,941 | $12,299 | $12,668 | $13,048 | $13,439 |
| | | | | | | | | | | | |
| TOTAL OPERATING EXPENSES | $261,133 | $268,206 | $276,649 | $284,404 | $292,060 | $300,014 | $307,350 | $318,917 | $328,026 | $337,319 | $346,469 |
| | | | | | | | | | | | |
| NET OPERATING INCOME | $1,468,494 | $1,495,270 | $1,547,717 | $1,568,494 | $1,588,763 | $1,606,682 | $1,684,633 | $1,726,232 | $1,758,525 | $1,791,917 | $1,824,969 |
| | | | | | | | | | | | |
| LEASING & CAPITAL COSTS | | | | | | | | | | | |
| Tenant Improvements | $28,050 | $76,530 | $41,831 | $29,678 | $28,138 | $16,230 | $18,388 | $36,343 | $5,700 | $0 | $37,697 |
| Leasing Commissions | $18,962 | $51,733 | $28,277 | $20,063 | $19,022 | $10,972 | $103,275 | $24,567 | $3,854 | $0 | $25,483 |
| Cap Reserve | $20,538 | $21,154 | $21,789 | $22,442 | $23,116 | $23,809 | $24,523 | $25,259 | $26,017 | $26,797 | $27,601 |
| | | | | | | | | | | | |
| TOTAL LEASING & CAPITAL COSTS | $67,550 | $149,417 | $91,897 | $72,183 | $70,276 | $51,011 | $146,186 | $86,169 | $35,571 | $26,797 | $90,781 |
| | | | | | | | | | | | |
| CASH FLOW BEFORE DEBT SERVICE & INCOME TAX | $1,400,944 | $1,345,853 | $1,455,820 | $1,496,311 | $1,518,487 | $1,555,671 | $1,538,447 | $1,640,063 | $1,722,954 | $1,765,120 | $1,734,188 |

## Reversion

A reversionary or Going-out Capitalization rate of 9.0% is estimated for the subject. We have also assumed that the subject will be sold at the termination of the holding period. This transfer is estimated to include a 3% selling commission, which will be charged to the property.

## Discount Rate

We were unable to extract any yield rate information directly from the comparables presented in the *Sales Comparison Approach*. Instead, we consulted the Korpacz publication regarding yield requirements, which indicates property yield rates for the *National Strip Shopping Center Market* range from 6.00% to 10.00%, with an average of 8.48%.[3] Considering the relative strength of the shopping center market, together with the secondary market location of the subject, a property yield rate of 10.0% is concluded to be appropriate for the subject.

---

[3] Ibid.

33

**Value Indication by Yield Capitalization**

The DCF is presented below.

| | PROSPECTIVE PRESENT VALUE | | |
|---|---|---|---|
| | Cash Flow Before Debt Service plus Property Resale | | |
| | Discounted Annually (End-point on Cash Flow & Resale) over a 10-Year Period | | |
| Analysis Period | For the Year Ending | Annual Cash Flow | P.V. of Cash Flow @ 10.00% |
| Year 1 | Jun-2007 | $1,400,944 | $1,273,585 |
| Year 2 | Jun-2008 | $1,345,853 | $1,112,276 |
| Year 3 | Jun-2009 | $1,455,820 | $1,093,779 |
| Year 4 | Jun-2010 | $1,496,311 | $1,022,000 |
| Year 5 | Jun-2011 | $1,518,487 | $942,861 |
| Year 6 | Jun-2012 | $1,555,671 | $878,136 |
| Year 7 | Jun-2013 | $1,538,447 | $789,467 |
| Year 8 | Jun-2014 | $1,640,063 | $765,101 |
| Year 9 | Jun-2015 | $1,722,954 | $730,701 |
| Year 10 | Jun-2016 | $1,765,120 | $680,530 |
| Total Cash Flow | | $15,439,670 | $9,288,436 |
| Property Resale @ 9% Cap Rate | | $19,669,110 | $7,583,293 |
| Total Property Present Value | | | $16,871,729 |
| | | | ========== |
| Rounded to Thousands | | | $ 16,872,000 |
| | | | ========== |

A value of $16,872,000 is concluded using the Yield Capitalization Method.   We developed a cash flow of the property assuming it were leased at market terms, with expense treatments remaining at contract terms in order to determine if the contract rent approximates market rent.  These results were compared the cash flow developed with contract terms.  The cash flows differed by only 1% and are concluded to be inconsequential.  Therefore, the property is concluded to be essentially at market terms as of the effective appraisal date.

**Value Indicated By Yield Capitalization - $16,870,000**

34

**INCOME APPROACH RECONCILIATION**

The two methods of valuation employed in the Income Approach produced the following results:

Direct Capitalization - $16,620,000

Yield Capitalization - $16,870,000

The two methods result in a narrow range 1.5%. Market participants indicate greater weight is placed on discounted cash flow forecasts for leased and operating retail centers. Therefore we conclude a value by the Income Approach of $16,800,000.

**VALUE INDICATED BY INCOME APPROACH - $16,800,000**

**RECONCILIATION AND FINAL ESTIMATE OF VALUE**

The two approaches to value produced the following estimates of value:

| | |
|---|---|
| Sales Comparison Approach | $16,840,000 |
| Income Approach | $16,800,000 |

The concluded values support each other. We have relied on the Income Approach conclude a value of $16,800,000 for the property *as was* on July 6, 2006.

It is therefore concluded that the market value of the leased fee estate interest in the real estate known as the Spotswood Valley Square property, located at East Market Street and University Boulevard, City of Harrisonburg, Virginia, as of July 6, 2006, is

<u>SIXTEEN MILLION EIGHT HUNDRED THOUSAND DOLLARS</u>
($16,800,000)

The value conclusion is subject to the assumptions and limiting conditions stated in the report.

Richard L. Parli, MAI

Brian H. LeBlanc
Senior Associate

COMMONWEALTH OF VIRGINIA
RICHARD L. PARLI
No. 4001 001097
Certified General
Real Estate
Appraiser

# ADDENDA

- Appraiser Qualifications
- Rule 26 Disclosures

# Appraiser Qualifications

# APPRAISER QUALIFICATIONS

**RICHARD LANIER PARLI, MAI**
3545 Chain Bridge Road, Suite 207
Fairfax, Virginia  22030
(703) 273-6677
Fax (703) 691-3251
rparli@parliappraisal.com

*FORMAL EDUCATION*

- Bachelor of Arts, Randolph-Macon College, 1969
- Master of Business Administration, The Pennsylvania State University, 1972

*APPRAISAL EDUCATION*

**Recent Courses:**

Residential Valuation (AI Course 8-2), 3/88
Capitalization Theory & Techniques (AI Course 1BB), 10/90
Highest & Best Use and Market Analysis (AI Course 520), 6/93
Advanced Sales Comparison & Cost Approaches (AI Course 530), 6/95
Standards of Professional Practice, 2007

**Recent Seminars:**

Appraisal of Fractional Interests (AI, 6/91)
Appraising Residential & Commercial Real Estate in a Distressed Market (AI, 6/91)
Discounted Cash Flow Analysis (AI, 4/92)
Subdivision Analysis (AI, 4/92)
Understanding Limited Appraisals (AI, 6/94)
Fundamentals of Relocation Appraising (AI, 10/95)
Regression Analysis: The Appraisal Approach of the Future (AI, 4/95)
Mid-Year 1995 Real Estate Colloquium (AI, 5/95)
The Appraiser as Expert Witness (AI, 4/96)
Successful Redevelopment of a Resort City (AI, 10/96)
Small Hotel/Motel Valuation (AI, 3/97)
Shopping Centers: How to Build, Buy & Redevelop (ULI, 4/97)
Valuation of Detrimental Conditions in Real Estate (AI, 3/98)
Auto Dealership Valuation (WANADA, 10/98)
Income Valuation of Small, Mixed-Use Properties (AI 5/99)
The Masters Class (AI 11/99)
Uniform Appraisal Standards for Federal Land Acquisitions (AI 5/02)
Computer Enhanced Cash Flow Modeling (AI 3/04)

*REAL ESTATE AND APPRAISAL EXPERIENCE*

| | |
|---|---|
| 1969-1970 | Mortgage Loan Officer for B.F. Saul Company<br>Chevy Chase, Maryland |
| 1972-1973 | Residential Construction Loan Officer & Appraiser for B.F. Saul Company<br>Chevy Chase, Maryland |
| 1973-1975 | Field Appraiser for The American Appraisal Co.<br>Milwaukee, Wisconsin |
| 1975 -<br>present | Field Appraiser, President, Parli Appraisal, Inc.<br>Fairfax, Virginia |

# APPRAISER QUALIFICATIONS

### RICHARD LANIER PARLI, MAI
### (Cont.)

## PROFESSIONAL AFFILIATIONS

The Appraisal Institute - MAI (1982 to present)
    Government Relations Committee Member (National), 2006
    Education Committee Member (National), 2005
    Vice-Chairman, Curriculum Sub-Committee (National), 2002-2004
    Chairman, Admissions Committee, Washington, D.C. Chapter, 1988-1990
    Director, Washington, D.C. Chapter, 1990 - 1995
    President, Washington, D.C. Chapter, 1995
Certified General Real Estate Appraiser - State of Virginia (#4001 001097)
Certified General Real Estate Appraiser - State of Maryland (#10526)
Certified General Real Estate Appraiser – District of Columbia (#GA 10899)
Northern Virginia Board of Realtors - Broker (1986 to present)
Washington Area New Car Dealers Association (WANADA) - Kindred Member (1993 to present)
Lambda Alpha International – Honorary Land Economics Society (2004 to present)
Real Estate Counseling Group of America – Principal Member (2005 to present)

## ACADEMIC ACTIVITIES

| | |
|---|---|
| **The Appraisal Journal** – | Review Panel<br>2000 - present |
| **Instructor**, Appraisal Institute – | Advanced Capitalization Techniques<br>(Appraisal Institute Course 510)<br>1990 to 2004 |
| **Instructor**, Appraisal Institute – | General Market Analysis and Highest and Best Use<br>2007 to present |
| **Instructor & Chief Reviewer**, Appraisal Institute – | Highest & Best Use and Market Analysis<br>(Appraisal Institute Course 520)<br>1993 to 2007 |
| **Instructor & Course Reviewer**, Appraisal Institute – | Advanced Sales Comparison and Cost Approaches<br>(Appraisal Institute Course 530)<br>1998 to present |

### Lectures/Seminars:

Contemporary Issues In Real Estate Market Analysis - Riggs Bank, 4/22/94

Valuation of Partial Interests - Riggs Bank, 5/20/94

Capitalization Theory - U.S. Department of Housing & Urban Development, 8/28/95

Highest & Best Use Commercial Case Studies (AI) – Kansas City Chapter of
    Appraisal Institute, 4/4/00;  Manassas Chapter 7/00; AI National Meetings 7/01;
    Washington, DC Chapter of AI (9/04); Boston, MA (6/07); Wash., DC (2/08)

Highest & Best Use Concepts – Various locations 2001 – 2006

Market Analysis & Site To Do Business (AI) – Various locations 2005 - 2007

# APPRAISER QUALIFICATIONS

### RICHARD LANIER PARLI, MAI
### (Cont.)

*AUTHORSHIP:*

**Journal Articles:**

"What's Financial Feasibility Got To Do With It?" Appraisal Journal, October 2001
"Risk and Reasonableness for Nonmarket Occupancy" Appraisal Journal, April 2003 (W/ Jeffrey D. Fisher, PhD)
"A Higher and Better Definition" Appraisal Journal, Winter 2004 (W/ David C. Lennhoff, MAI, SRA)
"A Higher and Better Definition" Right of Way, November/December 2004 (W/ David C. Lennhoff, MAI, SRA)
"Disassembling Assemblage" Appraisal Journal, Summer 2005
"The Education of a Profession" Appraisal Journal, Fall 2007
"Apartment Market Analysis" Appraisal Journal, Winter 2008

**Books:**

The Valuation of Apartment Properties, Appraisal Institute, 2007 (W/ Arlen C. Mills, MAI & Anthony Reynolds, MAI)

*AWARDS:*

Armstrong/Kahn Award – Awarded by the *Appraisal Journal* for "most outstanding original article" 2005 (with co-author David C. Lennhoff), "A Higher and Better Definition"

Armstrong/Kahn Award – Awarded by the *Appraisal Journal* for "most outstanding original article" 2006, "Disassembling Assemblage"

*REGULAR APPRAISAL ASSIGNMENTS COMPLETED FOR:*

| | | |
|---|---|---|
| Verizon Communications | Bank of America | WMATA |
| National Park Service | Loudoun County Government | City of Falls Church |
| Wachovia Bank | US Department of Justice | Chevy Chase Bank |
| Fairfax County Government | Arlington County Government | VA Department of Transportation |

*QUALIFIED EXPERT WITNESS:*

Alexandria City, Virginia Circuit Court
Arlington County, Virginia Circuit Court
Fairfax County, Virginia Circuit Court
Prince William, Virginia Circuit Court
Loudoun County, Virginia Circuit Court
Fauquier County, Virginia Circuit Court
Stafford County, Virginia Circuit Court
U.S. Bankruptcy Court for the Eastern District of Virginia
U.S. Tax Court, Washington, D.C.
U.S. District Court for The District of Columbia
Virginia Corporation Commission

## Qualifications of the Appraiser

## Brian H. LeBlanc

### Education

- American Institute of Real Estate Appraisers; Valuation Analysis and Report Writing, Case Studies in Real Estate Valuation, Standards of Professional Practice, Capitalization Theory and Techniques (parts A and B), Basic Valuation Procedures, Real Estate Appraisal Principles
- Graduate Work toward Masters in Business Administration including Micro and Macro Economics, Accounting, Statistical Analysis, Marketing and Management
- MBA Finance; Virginia Polytechnic Institute and State University, Blacksburg, Virginia, 1997.

### Experience Summary

*Commercial Appraiser, Parli Appraisal, Inc, Fairfax, Virginia; 1991-1997; 2002 to Present.*
Commercial and Industrial specialist performing due diligence, market research and analysis, and spreadsheet support, and original writing for narrative reports. Property types include class A office, multi and single user industrial, multi and single tenant retail, and existing and proposed multi-family residential. Maintained knowledge of respective submarkets regarding leasing and occupancy rates, income and expense ratios, lending terms, yield and capitalization rates as well as cost-to-construct figures and competing sales. Identified property marketing and management approaches to maximize use and value of property. Directly supported lender and private clients on time-sensitive assignments for asset management and valuation and litigation.

*Associate Appraiser, Acadia Appraisal Associates, Fairfax, Virginia; March 1990 to January 1991.*
Responsible for commercial and land appraisals in Northern Virginia, Washington D.C. and Maryland. Direct client support for lenders, property owners, and Internal Revenue Service.

*Staff Appraiser, Trustbank Savings, Springfield, Virginia; June 1989 through March 1990.*
Valuation and computer support for appraisal of single-family and multi-family residential properties throughout Northern Virginia area. Gained familiarity with FNMA, underwriting, and regulatory guidelines. Independently managed workflow and time constraints.

### Professional Affiliations

- Appraisal Institute (AI): Candidate for MAI, Candidate Number M90-0075
- Virginia Real Estate Appraiser Board (VREAB): Certified General Real Estate Appraiser (No. 002144)
- Virginia Real Estate Board (VREB): Licensed Real Estate Salesperson (No. 116055)

### Selected Appraisal Assignments

#### Office
- 1101 King Office Condominium; City of Alexandria
- Joshua Coffer Gunnel Office Building; City of Fairfax
- Tycon I Office Building; Vienna
- Fifty West Corporate Center II; Fairfax County
- Luria Office Building; Falls Church, Virginia
- Cherokee Business Center; Springfield, Virginia
- Franklin Office Building; City of Alexandria

## Qualifications of the Appraiser (Cont.)

### Brian H. LeBlanc

**Industrial**
- Proposed Power Sports/Automotive Facility; Montgomery County
- Warehouse/Office Property; City of Alexandria
- Warehouse/Office Property; City of Alexandria
- Warehouse/Office Property; City of Alexandria
- Manufacturing Property; Town of Woodstock
- 19 Condominium Units; Woodbridge
- Featherstone Warehouse/Office Property; Woodbridge
- Reston Ice Industrial Property; Reston
- Industrial Property; Fairfax County
- Warehouse/Office Property; City of Alexandria
- Warehouse/Office Property; Woodbridge
- McLean Rentals Warehouse/Office Property; Fairfax County
- Fullerton Street Warehouse/Office Property; Fairfax County

**Retail**
- Historic Retail Rowhouse; City of Alexandria
- Retail Strip Shopping Center; Herndon, Virginia
- King Street Historic Retail Building; City of Alexandria, Virginia

**Land**
- Residential Subdivision; Fairfax County, Virginia
- Residential Condominium; Arlington County, Virginia
- Residential Townhouse; Arlington County, Virginia
- Heavy Industrial; Fairfax County
- Flex/Office Site; Fairfax County
- Snow Hill Residential Subdivision Lots
- Class A Office Site; Arlington County
- Class A Office Site; Reston
- Class A Office Site; Fairfax County
- Retail Pad Site; Fairfax County
- Industrial; Fairfax County
- Industrial; Fairfax County
- Flex/Office Site; Reston
- Four Parcels of Land; Tysons Corner, Virginia
- Mixed Use Assemblage; City of Falls Church, Virginia

**Residential**
- Proposed Residential Condominium, Carlyle Towers; City of Alexandria
- 38 Townhouse Units; Burke, Virginia

**Miscellaneous**

- Comfort Inn Motel; City of Alexandria, Virginia
- Morrison House Hotel; City of Alexandria, Virginia

# Rule 26 Disclosures

## Recent Court Cases
### Richard L. Parli, MAI

| Case Name | Case Jurisdiction | Case Number | Case Date | Parli Deposition Date | Parli Testimony Date |
|---|---|---|---|---|---|
| Jackarosa, LP v. | U.S. Bankruptcy Court Eastern District of VA | 98-19124-SSM | 1999 | 10/19/1999 | 10/25/99-10/28/99 |
| Hechinger Stores Company, et al v. City of Fairfax, Virginia | Circuit Court Fairfax County, VA | 177204 | 2000 | 2/17/2000 | N/A |
| Commonwealth Transportation Commission of VA v. Clarence Galton, et al | Circuit Court Fairfax County, VA | 182731 | 2000 | 4/26/2000 | N/A |
| Fairfax County Park Authority v. DRW, Inc. | Circuit Court Fairfax County, VA | 188947 | 2001 | 7/2/2001 | N/A |
| Wandra S. Suzatgar v. Brandy Rock Farm, Inc; et al | United Stated District Court Western District of Virginia Charlottesville Division | No. 3:00CV00093 | 2001 | 11/6/2001 | N/A |
| Virginia Department of Transportation v. National Beer Wholesalers Association, Inc | Circuit Court Alexandria, VA | GV01-6284 | 2001 | N/A | 11/1/2001 |
| National Rifle Association v. Board of Supervisors of Fairfax County, VA | Circuit Court Fairfax County, VA | 192519 | 2001 | 1/15/2002 | N/A |
| Fairfax County Park Authority v. George A. Fath, et al. | Circuit Court Fairfax County, VA | 196661 | 2002 | N/A | 6/25/2002 |
| Jagdev S. Bajwa v. Sunoco, Inc. | US District Court Eastern District of VA | 03-1085-A | 2003 | 2/13/2004 | N/A |
| Bread & Kabob v. Maple Inc. | Circuit Court Fairfax County, VA | 208570 | 2003 | N/A | 8/20/03 - 8/21/03 |
| David Young & Martin Young v. Evergreen Properties of VA, Inc. | Circuit Court Fairfax County, VA | L196641 | 2003 | 5/22/2003 | 7/8/2003 |
| Garrett Development Corporation v. Robert Frank Pence, et al | Circuit Court Stafford Co., VA | 00-591 | 2003 | 8/28/2003 | 9/30/2003 |
| Albert J. Stephan, et al. v. Xspedia Management Company of VA | Circuit Court Fairfax County, VA | 213856 | 2004 | 3/2/2004 | 3/22/2004 |
| Vernon Procter, et. al. v. 7-Eleven, Inc., et. al. | US District Court Northern District of WVA | 3:02CV21 | 2004 | 5/17/2004 | N/A |
| Charles V. Beahm, Jr., et. al. v. 7-Eleven, Inc., et. al. | Circuit Court Jefferson County, WV | 03-C-13 | 2004 | 11/3/2004 | N/A |
| WMATA v. One Parcel of Land | US District Court Southern Division of MD | CCB-1-CV-3803 | 2004 | 11/29/2004 | N/A |
| Reston Associates, L.L.C. v. The Board of Supervisors of Fairfax County | Circuit Court Fairfax County, VA | CH-2004-0192512 | 2005 | 9/20/2005 | 10/26/2005 |
| Commonwealth Transportation v. HUB Properties Trust | Circuit Court City of Alexandria | 5001515 | 2006 | 5/10/2006 | N/A |
| Commonwealth Transportation v. B. Francis Saul, II, et al | Circuit Court Loudoun County, VA | 32155 | 2006 | 5/16/2006 | 5/22/2006 |
| Commonwealth Transportation v. 5338 Richmond Highway LLC, et al | Circuit Court Fairfax County, VA | 212139 | 2006 | 7/26/2006 | N/A |
| Virginia Electric and Power Company For Approval and Certification of Electric Transmission Facilities | State Corporation Commission Of Virginia | PUE-2005-00018 | 2006 | N/A | 7/11/2006 |
| VA – Polk & Tayler, LLC. v. County Board of Arlington, Virginia | Circuit Court Arlington County, VA | Law No.: 05-764 | 2006 | 9/19/2006 | 11/6/2006 |
| Bradley C. Steuart v. Janice H. Steuart | Circuit Court Montgomery County, MD | Case No. 50872 FL | 2006 | 11/10/2006 | N/A |
| Father Flanagan's Boys Home, et al v. The District of Columbia | United States District Court District of Columbia | Civil Action No. 01-1732 (JR) | 2006 | N/A | 12/4/2006 |
| LCOR Alexandria, LLC v. City Council of the City of Alexandria | Circuit Court City of Alexandria | Case No. CL06001411 | 2006 | 12/18/2006 | N/A |
| Ishibsee, Inc. v. Adversary Proceeding | U.S. Bankruptcy Court Eastern District of VA | 06-01134-SSM | 2007 | 1/15/2007 | 5/10/2007 |