IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN H. MORRIS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No.: 1:06CV01131 (HHK) |
| : | |
| **BUVERMO PROPERTIES, INC., et al.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

Upon consideration of the Plaintiff's Motion In Limine To Exclude Expert Testimony or Other Evidence at Trial Regarding the Purported Retrospective Value of Plaintiff's Interests in Real Property Investments Made by Fidelio Properties or Its Affiliated Companies ("Motion In Limine"), and any opposition thereto, it is this _____ day of _____, 2008, hereby

ORDERED, that Motion In Limine be, and the same hereby is, GRANTED; and it is further

ORDERED, that defendants are hereby precluded from offering expert testimony or other evidence at trial regarding the purported retrospective value of plaintiff's interests in various real property investments made by defendants Fidelio Properties and its affiliated companies.

 

_____
Judge, United States District Court
    for the District of Columbia

Copies to:

David C. Tobin, Esq.
Ziad P. Haddad, Esq.
Tobin, O'Connor, Ewing & Richard
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C. 20015

Marc J. Smith, Esq.
Smith, Lease & Goldstein, L.L.C.
11 North Washington Street
Suite 520
Rockville, MD 20850