IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JONATHAN H. MORRIS,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: 1:06CV01131 (HHK) (AK) |
| | : | Next Event: Pretrial Conference |
| **BUVERMO PROPERTIES, INC., et al.,** | : | July 15, 2008 at 9:45 a.m. |
| | : | |
| Defendants. | : | |

**JOINT MOTION TO EXTEND DEADLINES FOR DEFENDANTS TO FILE THEIR OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE, FOR PLAINTIFF TO SUBMIT HIS REBUTTAL EXPERT REPORT, AND FOR ALL PARTIES TO TAKE THE DEPOSITIONS OF EXPERT WITNESSES**

Plaintiff Jonathan H. Morris ("plaintiff") and defendants Buvermo Properties, et al. ("defendants"), through their respective undersigned counsel, hereby request an Order extending the deadlines for defendants to file their opposition to plaintiff's Motion in Limine to April 24, 2008, for plaintiff to submit his rebuttal expert report to June 6, 2008, and for all parties to take the depositions of any expert witnesses to June 20, 2008, and state as follows:

1. On March 28, 2008, defendants designated an expert to testify at trial regarding the "retrospective market value" of two investments in which plaintiff claims an interest. See Rule 26(a)(2) Statement filed on March 28, 2008.

2. Pursuant to Fed. R. Civ. P. 26(a)(2)(C)(ii), plaintiff's rebuttal expert report is due on April 28, 2008.

3. On April 4, 2008, plaintiff filed a Motion in Limine, which seeks an Order precluding defendants from offering expert testimony or other evidence at trial regarding the purported retrospective value of plaintiff's interests in any real property investment made by

defendant Fidelio Properties, including those properties that are the subject of the defendants' expert report.

4. Defendants' opposition to the Motion In Limine is due to be filed on or before April 18, 2008. Counsel for defendants has indicated that, due to other pressing matters, he requires an extension through April 24, 2008, to prepare and file defendants' opposing brief.

5. Should the Motion in Limine be granted, no additional expert discovery will be necessary. Although defendants do not agree any basis exists for granting plaintiff's Motion in Limine, both parties would like to avoid wasting time and money by conducting discovery that ultimately may be rendered unnecessary.

6. The parties are hopeful that the Motion in Limine will be ruled upon quickly by the Court, but believe that extending the remaining expert discovery deadlines is necessary to avoid the need to conduct this discovery prior to the Court's issuance of its ruling.

7. Therefore, the parties request that plaintiff be afforded until June 6, 2008 to submit his rebuttal expert report, and that all parties be afforded until June 20, 2008 to depose expert witnesses.

8. Extending these deadlines will in no way affect any events scheduled by the Court. The pretrial conference in this case has been set for July 15, 2008.

WHEREFORE, the parties respectfully request an Order extending the deadlines for defendants to file their opposition to plaintiff's Motion in Limine to April 24, 2008, for plaintiff to submit his rebuttal expert report to June 6, 2008, and for all parties to take the depositions of any expert witnesses to June 20, 2008.

                Respectfully submitted,

By:   /s/ Ziad Haddad_____
       David C. Tobin, Esq., D.C. Bar # 395959
       Ziad P. Haddad, Esq., D.C. Bar #469470
       Tobin, O'Connor & Ewing
       5335 Wisconsin Avenue, N.W., Suite 700
       Washington, D.C.  20015
       Tel:  (202) 362-5900
       Fax:  (202) 362-5901
       *Attorneys for Plaintiff*

       /s/ Marc J. Smith_____
       Marc J. Smith, Esq.
       Smith, Lease & Goldstein, L.L.C.
       11 North Washington Street
       Suite 520
       Rockville, MD  20850
       301.838.8950
       301.838.0322 (fax)
       *Attorney for Defendants*