IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN H. MORRIS,** | : |
| **Plaintiff,** | : |
| v. | : Case No.: 1:06CV01131 (HHK) (AK) |
| **BUVERMO PROPERTIES, INC., et al.,** | : |
| **Defendants.** | : |

## ORDER

Upon consideration of the Joint Motion To Extend Deadlines For Defendants To File Their Opposition To Plaintiff's Motion In Limine, For Plaintiff To Submit His Rebuttal Expert Report, And For All Parties To Take The Depositions Of Expert Witnesses ("Motion To Extend"), and good cause having been shown, it is this _____ day of _____, 2008, hereby

ORDERED, that Motion To Extend be, and the same hereby is, GRANTED; and it is further

ORDERED, that defendants file their opposition to plaintiff's Motion in Limine on or before April 24, 2008, that plaintiff submit his rebuttal expert report on or before June 6, 2008, and that all parties complete the depositions of any expert witness on or before June 20, 2008.

_____
Judge, United States District Court
for the District of Columbia

2

Copies to:

David C. Tobin, Esq.
Ziad P. Haddad, Esq.
Tobin, O'Connor, Ewing & Richard
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C. 20015

Marc J. Smith, Esq.
Smith, Lease & Goldstein, L.L.C.
11 North Washington Street
Suite 520
Rockville, MD 20850