IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JONATHAN H. MORRIS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.:   1:06CV01131 (HHK) (AK) |
| | : | Next Event: Pretrial Conference |
| BUVERMO PROPERTIES, INC., et al., | : | July 15, 2008 at 9:45 a.m. |
| | : | |
| Defendants. | : | |

## JOINT MOTION FOR NON-BINDING MEDIATION

Plaintiff Jonathan H. Morris and Defendants Buvermo Properties, et al., through their respective undersigned counsel, hereby request an Order referring this case to U.S. Magistrate Judge John M. Facciola for Non-Binding Mediation, and state as follows:

1. This matter has been set for a five (5) day jury trial commencing on August 4, 2008.

2. The parties have agreed to participate in non-binding mediation before a U.S. Magistrate Judge in an effort to resolve this case prior to trial. It is the preference of the parties that U.S. Magistrate John M. Facciola serve as the mediator.

3. The parties are available to conduct the mediation at any time during the weeks of May 26, 2008 or June 9, 2008. The parties anticipate that the mediation could be completed in one day or less.

4. Granting this Motion and referring the case to non-binding mediation will in no way affect any events scheduled by the Court. The pretrial conference in this case has been set for July 15, 2008.

WHEREFORE, the parties respectfully request an Order referring this case to U.S. Magistrate Judge John M. Facciola for non-binding mediation during the week of May 26, 2008 or June 9, 2008.

                Respectfully submitted,

By:    /s/ Ziad Haddad_____
David C. Tobin, Esq., D.C. Bar # 395959
Ziad P. Haddad, Esq., D.C. Bar #469470
Tobin, O'Connor & Ewing
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C. 20015
Tel: (202) 362-5900
Fax: (202) 362-5901
*Attorneys for Plaintiff*

/s/ Marc J. Smith_____
Marc J. Smith, Esq.
Smith, Lease & Goldstein, L.L.C.
11 North Washington Street
Suite 520
Rockville, MD 20850
301.838.8950
301.838.0322 (fax)
*Attorney for Defendants*

2