IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JONATHAN H. MORRIS | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Case No. |
| | : | 1:06-CV-01131 (HHK)(AK) |
| BUVERMO PROPERTIES, INC., et. al., | : | Next Event: Pretrial Conference |
| | : | July 15, 2008 at 9:45 a.m. |
| Defendants. | : | |

## ORDER

Having considered the parties' Joint Motion for Non-Binding Mediation, for good cause shown, it is hereby

ORDERED that the Motion is hereby GRANTED and this case shall be referred to U.S. Magistrate Judge John M. Facciola for non-binding mediation to be conducted on _____ __, 2008.

SO ORDERED this __ day of _____ 2008.

                                                                  _____
                                                                  Hon. Henry H. Kennedy, Jr.
                                                                  United States District Judge

Copies to:

Marc J. Smith, Esq.
Smith, Lease & Goldstein, LLC
11 North Washington Street
Suite 520
Rockville, Maryland 20850

Counsel for Defendants

Ziad P. Haddad, Esq.
Tobin, O'Connor, Ewing & Richard
5335 Wisconsin Avenue, N.W.
Suite 700
Washington, D.C. 20015

Counsel for Plaintiff