# EXHIBIT

# 2

Case 1:06-cv-01131-HHK   Document 73-3   Filed 04/24/2008   Page 2 of 5

Morris vs. Buvermo, et al.                    Deposition of L. Millspaugh 10/27/06

14

1   Q   Uh-huh.
2       Are you aware that the paperwork that you're
3   referring to was never done for Jonathan Morris?
4   A   No, don't know anything about that.
5   Q   Okay. Can you tell me what you believe to be
6   your duties and responsibilities as president of Buvermo.
7   A   I am responsible for generating new business,
8   negotiating terms of new business, coordinating with
9   John Gardner on all major decisions, and executing the
10  wishes of our partners as they arise.
11  Q   Now, Buvermo locates deals on behalf of Fidelio;
12  correct?
13  A   Correct.
14  Q   Okay. And your understanding is your job is to
15  go out there and find deals and present it to the
16  management committee of Fidelio; correct?
17  A   Correct.
18  Q   All right. And at some point in time they may --
19  well, if Fidelio decides to invest in those -- that
20  particular deal, then it would be part of your
21  responsibilities to bring the deal to a closing; correct?
22  A   Correct.

Morris vs. Buvermo, et al.                    Deposition of L. Millspaugh 10/27/06

15

1  Q  And then what is your understanding as to what
2  you would do thereafter in connection with that particular
3  deal?
4  A  In conjunction with the other parties involved,
5  oversee and manage that investment.
6  Q  Okay. And what in terms of consulting with
7  John Gardner -- you identified that as -- I think
8  "consulting" is not the word you used, but running things
9  by -- is it your understanding you are supposed to run
10 major decisions by John Gardner?
11 A  Well, run major decisions by him, I'm not quite
12 sure what you mean by that.
13 Q  You mentioned John Gardner in your discussion of
14 what your duties are. What do you believe John Gardner's
15 role is currently?
16 A  John Gardner's role is an active advisor and
17 participant in the decision-making process, and that is the
18 way I have operated since I've arrived.
19 Q  Okay. Is it his role to be generating new
20 business on behalf of Fidelio?
21      MR. SMITH:  Buvermo?
22      MR. HADDAD:  Well, it's Fidelio ultimately.

Morris vs. Buvermo, et al.                    Deposition of L. Millspaugh 10/27/06

65

1   A   No, I don't.

2   Q   And so at least with respect to that aspect of
3   your employment relationship, you're not sure what the deal
4   is?

5   A   Correct.

6   Q   And it's never been explained to you; correct?

7   A   I think that you're casting a -- a specific case
8   about firing, when perhaps the discussion has been more
9   general. I had a more general discussion, but not the
10  specific one you've mentioned about being fired.

11  Q   We talked earlier about what the conditions to
12  you receiving a promoted interest in a deal were --

13  A   Yes.

14  Q   -- okay?

15      And you indicated that you would have to run the
16  deal by John Gardner --

17  A   Yes.

18  Q   -- before you took it to the board --

19  A   Yes.

20  Q   -- okay?

21      And then the board would have to approve the
22  deal; correct?

Morris vs. Buvermo, et al.                           Deposition of L. Millspaugh 10/27/06

66

    A    Correct.

    Q    All right. And then you also indicated that the deal would -- that you would have to close to deal?

    A    Correct.

    Q    And so you see those as the conditions precedent to your deal vesting?

    A    Oh, yeah. I mean if the deal doesn't close while you're there, the deal doesn't close while you're there.

    Q    Okay. So the deal doesn't close while you're there; and, you know, that's unfortunate.

    What I'm asking you is: Is it your understanding that your agreement with them is that, under any circumstance, if you're not there when a deal closes, you're not entitled to that promoted interest?

    A    We never discussed the promoted interest in the context you've just described.

    Q    Okay. And sitting here today, you don't have any understanding as to at what your rights would be in the event that -- in that context?

    A    Sitting here today, I do not understand what my rights would be if I got fired and what any interest would be in a deal that I have not yet closed, but I've been