# EXHIBIT

# 6

Morris vs. Buvermo, et al.                    Deposition of K. McCormick 10/27/06

46

1  partnership agreement?
2             THE WITNESS: Right.
3             MR. HADDAD: Uh-huh.
4             BY MR. HADDAD:
5        Q    So you do recall any --
6        A    There weren't any changes to this.
7             MR. SMITH: Say that again.
8             THE WITNESS: There was no changes to this.
9             BY MR. HADDAD:
10       Q    Okay. Were changes to this being contemplated?
11       A    I'd have to -- I don't recall. But not to the
12  essence of the agreement, just to that one specific
13  section. I think it's 3.03 in the Fidelio partnership
14  agreement --
15       Q    Okay.
16       A    -- that deals with FPEP.
17       Q    I'm just concerned about this particular
18  agreement here.
19       A    Not that I'd remember.
20       Q    So you don't recall any discussions regarding any
21  revisions to be made to this particular agreement?
22       A    No.

MDW Court Reporting, Inc.   (703) 625-8352

Morris vs. Buvermo, et al.                Deposition of K. McCormick 10/27/06

138

1  we were part of a bigger plan.  So I don't know why, no.
2      Q    A bit risky, don't you think, not to?
3      A    I don't know.
4      Q    Were you involved in any discussions related to
5  Mr. Bonacci's buyout?
6      A    At what time?
7      Q    Well, when he left the company, his interest in
8  FPEP was purchased.
9      A    Uh-huh.
10     Q    Were you aware of that?
11     A    I was.
12     Q    Okay.  Did you have any role in calculating that?
13     A    No.
14     Q    Okay.  I requested in discovery in this case the
15 e-mail service providers that are used by Buvermo.  Would
16 you happen to know who those are?
17     A    Our computer guy would know better than me.
18     Q    Who's your computer guy?
19     A    His name is Pete Chapman.
20     Q    Pete Chapman.
21          Do you know who he works for?
22     A    He works independently.

MDW Court Reporting, Inc.   (703) 625-8352