# EXHIBIT

# 7

Buvermo Properties, Inc.
1901 North Moore Street
Suite 804
Arlington, Virginia 22209
June 3, 2005

Jonathan Morris
The Ritz-Carlton
1155 23rd Street, N.W.
Penthouse 2D
Washington, D.C. 20037

Dear Jonathan,

I am pleased to offer you the following terms of employment with Buvermo Properties, Inc.

Position- President of Buvermo Properties, Inc.

Starting Date- June 27, 2005

Starting Salary- $250,000 per annum

Benefits- Standard benefits, including health care benefits, 401K participation etc.

Promoted Interest-
Current Projects-You will be entitled, upon start of employment, to the share of FPEP promoted interest currently owned by Fidelio Properties for land parcels adjacent to the Sheraton Reston parcels, and remaining land parcels at Twinbrook. Such interests will be subject to a two year vesting period.

Future Projects-You will be entitled to the FPEP promote currently available to me for all projects initiated after December 31, 2005, and for all projects initiated by you prior to that time, except that the preferred return to Fidelio and other capital providers will be reduced from 12% to 10% to reflect current market conditions, and which may be subject to change relative to future projects dependent upon future market conditions. For any projects jointly initiated by you and me prior to year end, we will mutually agree on a fair split of the promote. In addition, you will also be provided the right to invest prorata 2.5% of the capital for all future projects, on a nonselective basis.

All items will be governed by the FPEP LLC agreement, of which you will become a member.

**D-001040**

Morris Dep.
Exhibit 7

Morris #7

My Future involvement-
My intent is to continue to work full time at least through year end, and to provide you full support in all Buvermo/Fidelio activities during that period, and for an extended period of time thereafter as well. I will continue to retain the title of president of Fidelio Properties Management, Inc., the managing general partner of Fidelio Properties, as well as the managing member of the LLC's through which Fidelio possesses its property ownership interests, however the intent is for you over time to take over that position as well. I also intend to continue as a prorata 2.5% investor for all future projects.

Future Decision Making-
As we discussed, for any future investment decisions, both you and I will have to agree before we submit the investment to the Fidelio Partners for their approval.

Please indicate your agreement with these terms by signing below.


Sincerely,

John Gardner

Accepted,

Jonathan Morris


D-001041