**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JONATHAN H. MORRIS | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Case No. |
| | : | 1:06-CV-01131 (HHK)(AK) |
| BUVERMO PROPERTIES, INC., et. al., | : | Next Event:  Pretrial Conference |
| | : | July 15, 2008 at 9:45 a.m. |
| Defendants. | : | |

## **ORDER**

Having considered Plaintiff's Motion in Limine and Defendants' Opposition thereto, for good cause shown, it is hereby

ORDERED that Plaintiff's the Motion is hereby DENIED.

SO ORDERED this __ day of _____ 2008.

_____
Hon. Henry H. Kennedy, Jr.
United States District Judge

Copies to:

Marc J. Smith, Esq.
Smith, Lease & Goldstein, LLC
11 North Washington Street
Suite 520
Rockville, Maryland 20850

Counsel for Defendants

Ziad P. Haddad, Esq.
Tobin, O'Connor, Ewing & Richard
5335 Wisconsin Avenue, N.W.
Suite 700
Washington, D.C. 20015

Counsel for Plaintiff