REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-M

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1332 Diversity-Breach of Contract | | | |
|---|---|---|---|---|
| CASE NO:<br>06-cv-01131 | DATE REFERRED:<br>APRIL 21, 1008<br><br>DISPOSITION DATE: | PURPOSE:<br>MEDIATION | JUDGE:<br>HENRY H. KENNEDY, JR. | MAG. JUDGE<br>JOHN M. FACCIOLA |
| PLAINTIFF(S):<br>JONATHAN H. MORRIS | | DEFENDANT(S):<br>BUVERMO PROPERTIES, INC., ET AL. | | |
| ENTRIES: | | | | |