### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JONATHAN H. MORRIS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No.:  1:06CV01131 (HHK)** |
| | : | **Next Event:  Pretrial Conference** |
| **BUVERMO PROPERTIES, INC., et al.,** | : | **July 15, 2008 at 9:45 a.m.** |
| | : | |
| **Defendants.** | : | |

### STIPULATION OF PARTIAL DISMISSAL

Plaintiff Jonathan H. Morris ("plaintiff") and defendants Buvermo Properties, et al. ("defendants"), through their respective undersigned counsel, hereby stipulate to the dismissal of Counts I through IV of the Second Amended Complaint, except to the extent those claims seek damages or a declaratory judgment for defendants' refusal to recognize plaintiff's alleged interests in various real estate transactions initiated during his term as Buvermo's President, including Spotswood Valley Shopping Center and Reston International Center.[1]

---

[1]  In its Memorandum Opinion dated September 24, 2007, this Court dismissed Counts V and VI of the Second Amended Complaint.

Respectfully submitted,


By:     /s/ Ziad Haddad_____
        David C. Tobin, Esq., D.C. Bar # 395959
        Ziad P. Haddad, Esq., D.C. Bar #469470
        Tobin, O'Connor & Ewing
        5335 Wisconsin Avenue, N.W., Suite 700
        Washington, D.C.  20015
        Tel:  (202) 362-5900
        Fax:  (202) 362-5901
        *Attorney for Plaintiff Jonathan Morris*


        /s/ Marc J. Smith_____
        Marc J. Smith, Esq.
        Smith, Lease & Goldstein, L.L.C.
        11 North Washington Street
        Suite 520
        Rockville, MD  20850
        301.838.8950
        301.838.0322 (fax)
        *Attorney for Defendants*

2