IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JONATHAN H. MORRIS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No.: 1:06CV01131 (HHK) |
| | : | Next Event: Pretrial Conference |
| **BUVERMO PROPERTIES, INC., et al.,** | : | July 15, 2008 at 9:45 a.m. |
| | : | |
| **Defendants.** | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jonathan H. Morris ("plaintiff") and defendants Buvermo Properties, et al. ("defendants"), through their respective undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims made by any and all parties in the above-captioned case, with each party bearing his/its own attorney's fees and costs.

Respectfully submitted,

By:   /s/ Ziad Haddad_____
David C. Tobin, Esq., D.C. Bar # 395959
Ziad P. Haddad, Esq., D.C. Bar #469470
Tobin, O'Connor & Ewing
5335 Wisconsin Avenue, N.W., Suite 700
Washington, D.C. 20015
Tel: (202) 362-5900
Fax: (202) 362-5901
*Attorney for Plaintiff Jonathan Morris*


/s/ Marc J. Smith_____
Marc J. Smith, Esq.
Smith, Lease & Goldstein, L.L.C.
11 North Washington Street
Suite 520
Rockville, MD 20850
301.838.8950
301.838.0322 (fax)
*Attorney for Defendants*